UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JA APPAREL CORP.,

        Plaintiff,

v.

JOSEPH ABBOUD, HOUNDSTOOTH CORP., and
HERRINGBONE CREATIVE SERVICES, INC.,

        Defendants.

------------------------------------------------------------x

Civil Action No. 07-cv-7787

## RULE 7.1 STATEMENT OF JA APPAREL CORPORATION

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for JA Apparel Corporation certifies that: (1) no publicly-held company owns 10% or more of JA Apparel Corporation's stock; (2) JA Holding, Inc. is the parent of JA Apparel Corporation; and (3) no publicly-held company owns 10% or more of JA Holding, Inc.

Dated: September 4, 2007
       New York, New York

                                    KAYE SCHOLER LLP

                                    By: _____ /VH
                                           Thomas A. Smart
                                           Phillip A. Geraci
                                   425 Park Avenue
                                   New York, New York 10022
                                   (212) 836-8000

                                   *Attorneys for Plaintiff*
                                   *JA Apparel Corp.*

31526605.DOC