Thomas A. Smart
Phillip A. Geraci
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2007
```

*Attorneys for Plaintiff JA Apparel Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JA APPAREL CORP.,

        Plaintiff,

    v.

JOSEPH ABBOUD, HOUNDSTOOTH CORP., and
HERRINGBONE CREATIVE SERVICES, INC.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.
07-cv-7787 (DAB)

### STIPULATED SCHEDULING ORDER

IT IS HEREBY STIPULATED, AGREED AND ORDERED as follows:

1. Pursuant to Rule 65(a)(2), FED. R. CIV. P., plaintiff JA Apparel Corp.'s motion for a preliminary injunction is consolidated with the trial of this action.

2. Counsel for defendants will accept service of the summons and complaint on behalf of each defendant.

3. The requirements of conferring pursuant to Rule 26(f), FED. R. CIV. P., and making initial disclosures pursuant to Rule 26(a)(1), FED. R. CIV. P., are hereby waived and the following schedule shall apply to this action:

31527893.DOC

| | |
|---|---|
| September 28, 2007 | Parties shall exchange document requests and interrogatories |
| September 28, 2007 | Defendants shall respond to the complaint |
| October 10, 2007 | Defendants shall file and serve their memorandum of law in opposition to plaintiff's motion for a preliminary injunction |
| October 19, 2007 | Parties shall respond to document requests, produce responsive documents and serve their interrogatory answers |
| October 24, 2007 | Plaintiff shall file its reply memorandum of law in support of its motion for a preliminary injunction |
| October 29–November 30, 2007 | Depositions of party and third-party fact witnesses to take place |
| December 10, 2007 | Parties shall serve and file their Proposed Findings of Fact and Conclusions of Law |
| December 17, 2007 onward | Trial shall be heard, subject to the Court's schedule. |

Dated: September 7, 2007
       New York, New York

KAYE SCHOLER LLP                                ARNOLD & PORTER LLP

By: /s/ Thomas A. Smart                         By: /s/ Louis S. Ederer
    Thomas A. Smart                                 Louis S. Ederer
    Phillip A. Geraci
425 Park Avenue                                 399 Park Avenue
New York, New York 10022                        New York, NY 10022-4690
(212) 836-8000                                  (212) 715-1000

*Attorneys for Plaintiff JA Apparel Corp.*      *Attorneys for Defendants Joseph Abboud,
                                                 Houndstooth Corp., and Herringbone
                                                 Creative Services, Inc.*

                                                SO ORDERED:

                                                /s/ Deborah A. Batts
                                                United States District Judge  9/10/07

31527893.DOC                         2