# EXHIBIT 1

Thomas A. Smart
Phillip A. Geraci
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000

*Attorneys for Plaintiff JA Apparel Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JA APPAREL CORP.,                              :

      Plaintiff,                            :       Civil Action No. 07-cv-___

  v.                                          :

JOSEPH ABBOUD, HOUNDSTOOTH CORP., and           :
HERRINGBONE CREATIVE SERVICES, INC.,

      Defendants.                           :

------------------------------------x

## [PROPOSED] EXPEDITED SCHEDULING ORDER

| | | |
|---|---|---|
| 1. | September 11, 2007 | Parties shall exchange document requests and interrogatories. |
| 2. | September 21, 2007 | Parties shall respond to document requests, produce responsive documents and serve their interrogatory answers. |
| 3. | October 11–October 31, 2007 | Depositions of fact witnesses to take place. |
| 4. | November 14, 2007 onward | Hearing shall be heard at the Court's earliest convenience after this date. |

Dated: September    , 2007
       New York, New York

So Ordered:

_____
United States District Judge

31520224.DOC