Schedule 3.7

# JOSEPH ABBOUD WORLDWIDE

## Most recent MGR payment received, by Licensee

| Company | Product Categories | $ Amount | Date paid | Invoice # | Check # |
|---|---|---|---|---|---|
| Avon | Tablecloths, Place Mats, Kitchen Textiles | 17,500 | 4/3/00 | 355 | 11297 |
| Bess Manufacturing | Decorative Pillows | 10,000 | 4/4/00 | 356 | 15702 |
| Carnival | Men's Clothing, Furn., Sportswear, Accessories | 10,000 | 5/17/00 | 375 | Wire transfer |
| Couristan | Woven and Printed Area Rugs | 10,000 | 1/20/00 | 371 | 63037 |
| Creative Bath | Shower Curtains and Accessories | 10,000 | 4/24/00 | 357 | 33229 |
| E. Gluck Corp. | Men's Watches & Timepieces | 10,000 | 4/3/00 | 348 | 40538 |
| Euroitalia / EuroParfums | Men's Fragrance | 33,459 | 1/20/00 | 327 | Wire transfer |
| Excel | Flatware | 3,750 | 8/9/99 | 309 | 71882 |
| Florsheim | Men's Shoes | 75,000 | 4/26/00 | 349 | 047142 |
| General Motors Corporate, (consulting) | Design promotional collection for 2000 Olympic games | 90,000 (final payment) | 3/6/00 | 328 | 2294103 |
| General Motors, Buick Regal, (license) | Style Buick Regal (1st pyml expected Oct 2000) | No MGR | | | |
| GFT | Sportswear (1st Quarter) | 212,156 | 4/28/00 | R-JAS 3/00 | 050294 |
| GFT | Men's Tailored Clothing, and Furnishings | 387,500 | 3/31/00 | | 049971 |

| Company | Product Categories | $ Amount | Date paid | Invoice # | Check # |
|---|---|---|---|---|---|
| Hedaya | Hand Made Quilts & Accessories | 12,500 | 4/19/00 | 358 | 016182 |
| Humphreys Inc. | Men's Belt and Small Leather Goods | 100,000 | 2/18/00 | 332 | 68139 |
| Imperial | Wall Coverings | 15,000 | 1/21/99 | 213 | 1004075 |
| Induter / Atrium / Davidson | Bedding, Bath, Blanket & Beach | 25,000 | 4/6/00 | 359 | Wire transfer |
| Kravet | Decorative Fabrics | 6,250 | 3/27/00 | 360 | 138478 |
| Majestic Industries | Men's Swimwear, Sleepwear, Robes & Loungewear | 20,000 | 3/27/00 | 361 | 238 |
| Onward Kashiyama | Men's Tailored Clothing, Furnishings and Sportswear | 81,000 | 4/11/00 | 350 | 50104 (GFT) |
| Pancaldi (license in litigation) | Womens Shoes | 10,000 | 2/16/99 | 210 | 2009 |
| Pietrafesa Corp. | Men's Overcoats | 10,000 | 1/19/00 | 320 | 82631 |
| PTS America | China | 10,000 | 4/30/99 | 258 | 4931 |
| Quentin Ashford | Men's Sterling Silver Jewelry | 8,750 | 1/20/00 | 372 | 241 |
| Sergio Pellari/ADC | Women's Collection | 8,190 | 4/6/00 | 346 (partial) | 2578 |
| Simmons | Mattresses and Box Springs | 37,500 | 1/6/00 | 373 | 3201064 |
| United Feather & Down | Down Comforters and Pillows | 15,000 | 4/3/00 | 362 | 1001558 |
| V. Fraas | Men's Scarves Women's Scarves | 7,500 | 3/28/00 | 353 | 9360 |

| Whaling Mfg. Co. | Men's Rainwear | 18,750 | 4/25/00 | 354 | 0070 |
|---|---|---|---|---|---|







063037

COURISTAN, INC.

HOUNDSTOOTH CORP

$10,000.00

063037

CHECK NUMBER

DATE
1-20-00

CHECK AMOUNT
$10,000.00

AUTHORIZED SIGNATURE

COURISTAN, INC.
TWO EXECUTIVE DRIVE
FORT LEE, NJ 07024

The Bank of New York (Delaware)
Newark, Delaware

PAY

TO THE
ORDER OF    HOUNDSTOOTH CORP



CREATIVE BATH PRODUCTS, INC.
290 CREATIVE DRIVE
CENTRAL ISLIP, NY   11722

33229

1-12/210

PAY
AMOUNT
OF

DATE   1/12/00

TO THE ORDER OF   Household Corp

THE SUM 10000 DOLLARS00 CTS

CHECK
AMOUNT
$ *10,000.00

CHEMICAL BANK
816 GRAND BOULEVARD, DEER PARK, NY   11729

DOLLARS

CHECK
NUMBER   33229

DESCRIPTION

EXPLANATION                    AMOUNT
Jan March Royalties

⑆033229⑆ ⑆0280001211⑆ 844⑈105455⑈



FLEET BANK, NATIONAL ASSOCIATION
Route 22
Goldens Bridge, NY 10526
(516) 531-6515

E. GLUCK CORPORATION
28-10 THOMSON AVENUE
LONG ISLAND CITY, NY 11101

CHECK NO. 0040538

132
210

DATE
03/31/00

PAY THIS AMOUNT
********10,000 dollars NO cents

N

AMOUNT OF CHECK
******$10,000.00

TO THE
ORDER OF
HOUNDSTOOTH CORP.
C/P JOSEPH ABBOUD
650 FIFTH AVE. 27th FL.
NEW YORK, N.Y.     10019

⑆0040538⑆ ⑆021900325⑆ 2598 02 3014⑈



excel

PAY EXACTLY

100 ANDREWS ROAD
HICKSVILLE, NY
11801        ******3,750 DOLLARS  00  CENTS

PAY TO
JOSEPH ABBOUD WORLDWIDE
49 W 57th ST    10019
NEW YORK NY

HARRIS BANK ROSELLE
ROSELLE, ILLINOIS

CHECK NO. 71882

DATE  8/09/89    CHECK AMOUNT
******3,750.00

⑇071882⑇ ⑆071915560⑆ 04⑈253⑈272⑈9⑉



FLORSHEIM GROUP INC.

No. 047142

DATE:    04/20/00    CUST. ACCT. NO.    VENDOR NAME  HOUNDSTOOTH CORPORAT  VENDOR NO:  91811

| | | | | | | |
|---|---|---|---|---|---|---|
| 100003153 | 149/JA LICENSE | | 03/06/00 | 75,000.00 | 0.00 | 75,000.00 |

DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT.    *Thank You*    0.00    75,000.00

LORSHEIM GROUP INC.    Bankers Trust (Delaware)  Wilmington, Delaware    No. 047142

o North LaSalle Chicago, IL 60601-1014

LOESHEIM

**** SEVENTY-FIVE THOUSAND DOLLARS AND 00/100 ***

| 04/20/00 | $***75,000.00 |
|---|---|

HOUNDSTOOTH CORPORATION
N/A
STATELESS

AUTHORIZED SIGNATURE

THE WORD VOID WILL APPEAR IF THIS CHECK IS COPIED IN ANY MANNER



THE FACE AND BACK OF THIS DOCUMENT HAVE MULTIPLE SAFETY FEATURES

JA APPAREL CORP.
MEADOWS OFFICE COMPLEX
301 Route 17 North, Rutherford, NJ 07070

THE BANK OF NEW YORK
WHITE PLAINS, N.Y.

NO. 049971

PAYABLE IN U.S. FUNDS

AMOUNT
********397*500.00

VOID AFTER 180 DAYS

DATE    03/27/00          049971

THREE HUNDRED EIGHTY-SEVEN THOUSAND FIVE HUNDRED AND 00/100----------

JA APPAREL CORP.

By
AUTHORIZED SIGNATURE

By
AUTHORIZED SIGNATURE

TO
THE
ORDER
OF

HOUNDSTOOTH CORPORATION
650 FIFTH AVENUE
27 FL.
NEW YORK    NY 10019
ATTN:MR. JOSEPH ABBOUD

"000499171"  ":021000018":   14 71920"



CHECK PAYMENT NBR.

1612 HOUNDSTOOTH CORPORATION

| INVOICE | DESCRIPTION | DATE | P.O. NO. | GROSS AMT. | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| R-1A3-3/00 | | 03/31/00 | | 213152.00 | | 213152.00 |
| HJAS-3/00C | | 03/31/00 | | 996.00~ | | 996.00~ |
| | | | TOTALS | 212156.00 | | 212156.00 |

DATE

JA APPAREL CORP.
MEADOWS OFFICE COMPLEX
301 Route 17 North, Rutherford, NJ 07070

JA APPAREL CORP. · 301 Route 17 North, Rutherford, NJ 07070

DATE   04/26/00

NO. 050294

AMOUNT
^^^^$212,156.00.

PAYABLE IN U.S.A. FUNDS
VOID AFTER 180 DAYS

THIS IS THE FACE AND BACK OF THE DOCUMENT. THE INTERIOR SCREEN CONTAINS

THE BANK OF NEW YORK
WHITE PLAINS, N.Y.

THE SUM 212156 DLS 00 CTS

JA APPAREL CORP.

By _____

By _____
AUTHORIZED SIGNATURE

14 719 2

TO
THE
ORDER
OF

HOUNDSTOOTH CORPORATION
650 FIFTH AVENUE
27 FL.
NEW YORK NY 10019
ATTN: JOSEPH ABBOUD

"000050294"  1:0210000018:

# J O S E P H

# A B B O U D

April 28, 2000

Mr. Joseph Abboud, President
Houndstooth Corporation
90 Pine Brook Road
Bedford, NY  10506

Dear Mr. Abboud:

In accordance with the license agreement of January 19, 1996, our records indicate the following for Mens Sportswear for the period Jan. 1, 2000 to Mar. 31, 2000.

| | | |
|---|---|---|
| Net Sales, Full-Price Products | $3,760,323 | |
| Percentage Royalty @ 5% : | | $188,016 |
| Net Sales, Off-Price Products | 759,027 | |
| Percentage Royalty @ 2% : | | $15,181 |
| Net Sales, Sub-Licensed Affiliates- Canada | 199,110 | |
| Percentage Royalty @ 5% : | | $9,956 |
| Net Sales, Sub-Licensed Affiliates- Australia | N/A | |
| Percentage Royalty @ 5% : | | $0 |
| Commission Income, Third Party - Mexico | 0 | |
| Your Share @ 50% | | $0 |
| Percentage Royalty, 3-31-00 | | $213,152 |
| Less: 10% Canadian W/H Tax | | 996 |
| Less: 10% Australian W/H Tax | | 0 |
| Percentage Royalty Due, to 3-31-00 | | $212,156 |

Very Truly Yours,
JA Apparel Corp.

Wayne Markowitz
Executive V.P., C.A.O., C.F.O.

JA APPAREL CORP.  BUSINESS OFFICE: 301 ROUTE 17N, 4TH FLOOR, RUTHERFORD NJ 07070  (201) 939-9139  FAX (201) 939-1957



HEDAYA HOME FASHIONS, INC.

| INVOICE NO. | INVOICE DATE | VOUCHER NUMBER | INVOICE AMOUNT | DISCOUNT | PAY THIS AMOUNT |
|---|---|---|---|---|---|
| 358 | 3/6/00 | | $12,500.00 | | 12,500.00 |

| CHECK NO. | VENDOR NUMBER | | | TOTALS |
|---|---|---|---|---|
| 16182 | 8826.3 | | | |

# HEDAYA HOME FASHIONS, INC.
285 16TH ST. BROOKLYN, N.Y. 11215 • (718) 965-5050

CHASE    The Chase Manhattan Bank
349 Fifth Avenue
New York, NY 10016

NO.    016182

| CHECK DATE | CHECK NO. |
|---|---|
| 4/19/00 | 16182 |

NOTE: ORIGINAL CHECK HAS MICROPRINTING ON
THE SIGNATURE LINE AND RED CHECK NUMBERS
MADE THROUGH TO THE BACK OF THE SHEET.

| | CHECK AMOUNT |
|---|---|
| | $12,500.00 |

AUTHORIZED SIGNATURE

$2,500 00/100

PAY TO
ORDER
OF:    Houndstooth Corp.

⑈016182⑈ ⑆021000021⑆ 003931609⑈



HUMPHREYS INC.
2008 WEST HASTINGS ST. CHICAGO, IL 60608

HOUNDSTOOTH CORP

CONTROL NO.
CHECK NO.

DETACH BEFORE DEPOSITING

| INVOICE NUMBER | DESCRIPTION | INVOICE DATE | GROSS AMOUNT | DISCOUNT | ANTICIP. | NET AMOUNT |
|---|---|---|---|---|---|---|
| 332 | | 02/08/00 | 100000.00 | 0.0 | | 100000.00 |
| | | | 100000.00 | 0.0 | | 100000.00 |

HUMPHREYS INC.
2008 WEST HASTINGS ST.  CHICAGO, IL 60608
312.997.2358    FAX 312-997-2147

CONTROL NO. 068139

THE FIRST NATIONAL BANK
OF CHICAGO
CHICAGO, ILLINOIS

| CHECK NO. |
|---|
| 68139 |

ONE HUNDRED THOUSAND AND 00/100----------------------------

PAY TO THE ORDER OF

HOUNDSTOOTH CORP.
ATTN: E. LEACH JOHNSON
JOSEPH ABBOUD COMPANY
650 FIFTH AVE. 20TH FLOOR
NEW YORK        NY 10019

| DATE | PAY THIS AMOUNT |
|---|---|
| 02/11/00 | ****100000.00 |

AUTHORIZED SIGNATURE

"068139"  ":071923226:    94 3016"



IHDG™ Imperial Home Decor Group™

23845 Mercantile Rd.
Beachwood, Ohio 44122

Check No. 1004075

| Invoice Date | | | Voucher No. | Invoice Number | Gross Amount | Payment Amount |
| Mo. | Day | Yr. | | | | |
|---|---|---|---|---|---|---|
| 01 | 18 | 99 | 66790 | ROYALTY | 15,000.00 | 15,000.00 |



Date January 19, 1999

Pay to the order of Houndstooth Corp.
c/o The Brookford Properties
90 Fifth Ave Bedford NY 10506

$ ***15,000.00

IHDG™ Imperial Home Decor Group™
23845 Mercantile Rd. Beachwood, Oh. 44122

VOID AFTER 90 DAYS

BANK ONE, NA
CIRCLEVILLE, OH

⑈1004075⑈ ⑆044115443⑆ 9866 183 54⑈



INOUTER U.S.A., INC.

1-661/360
2601441

1478

DATE March 28th 2000

PAY TO THE
ORDER OF  Houndstooth Corp.                    | $ 25,000.00

Twenty thousand and zero cents————————————————————————————— DOLLARS

BANCO ESPANOL DE CREDITO S.A.
NEW YORK BRANCH
730 Fifth Avenue, New York, N.Y. 10019

MEMO  Inv. 159

⑆026009849⑆ ⑈29331 20⑈



KRAVET FABRICS, INC.
225 CENTRAL AVENUE SOUTH
BETHPAGE, NY 11714

THE BANK of NEW YORK
White Plains, NY
50-828/219

138478

0138478  03/22/2000  **********$6,250.00

PAY
TO THE
ORDER
OF:

SIX THOUSAND TWO HUNDRED FIFTY AND 00/100 DOLLARS

HOUNDSTOOTH CORP
49 W 57TH ST
3RD FL
NEW YORK NY 10019

KRAVET FABRICS, INC.

AUTHORIZED SIGNATURE

"138478"  ":021908288:  98"7024 15"



CHECK PAYMENT NBR.

1612 HOUNDSTOOTH CORPORATION

| INVOICE | DESCRIPTION | DATE | P.O. NO. | GROSS AMT. | DATE 50104 DISCOUNT | 04/10/00 NET AMOUNT |
|---------|-------------|------|----------|------------|----------|-----------|
| 000 | VIA M. WEINBER | 03/22/00 | | 81000.00 | 0.00 | 81000.00 |
| | | | TOTALS | 81000.00 | 0.00 | 81000.00 |

JA APPAREL CORP. · 301 Route 17 North, Rutherford, NJ 07070

**JA APPAREL CORP.**
MEADOWS OFFICE COMPLEX
301 Route 17 North, Rutherford, NJ 07070

CRUPPO-CED

DATE   04/10/00

THE BANK OF NEW YORK
WHITE PLAINS, N.Y.

1-1 144
110

NO. 050104

PAYABLE IN U.S. FUNDS

AMOUNT
*****81000.00

VOID AFTER 180 DAYS

PLEASE DETACH BEFORE CASHING

EIGHTY-ONE THOUSAND AND 00/100 ------------------------------------

TO
THE
ORDER
OF

HOUNDSTOOTH CORPORATION
650 FIFTH AVENUE
27 FL.
NEW YORK      NY 10019
ATTN:MR. JOSEPH ABBOUD

JA APPAREL CORP.

By _____
AUTHORIZED SIGNATURE

By _____
AUTHORIZED SIGNATURE

⑈000050104⑈  ⑆02⑆0000⑆0⑆⑈  ⑈14 719⑆⑈







PTS AMERICA INC

CHECK NO. 4931

| CD | REFERENCE # | DATE | VOUCHER | BATCH | GROSS | % | DISCOUNT | OTHER | NET |
|----|-------------|------|---------|-------|-------|---|----------|-------|-----|
| I | | 04/26/99 | 000447D | 9428 | 10000.00 | | | | 10000.00 |
| | | | TOTALS | | 10000.00 | | 0.00 | 0.00 | 10000.00 |

I = INVOICE
CA = ON ACCOUNT
CM = CREDIT MEMO
DB = DEBIT MEMO

CD-0428.

CHEMICAL

4931

PTS AMERICA INC.
222 FIFTH AVENUE
NEW YORK, NY 10001-7701

PAY
EXACTLY TEN THOUSAND AND 00/100

TO THE
THE       COUNDS.COM CORP
ORDER       ENT       STREET
OF          NTH       NY 10001

QUENTIN ASHFORD OF LONDON
DIV. MEN'S ACCESSORIES GROUP LTD.

241
1-327/250

Date 01-13-2000

PAY TO
THE ORDER OF _Holdistron Corp_                    $ 8210 00/100

_Eighty Seven Hundred Eleven_                    ___ 00/100 ___ DOLLARS

BROADWAY NATIONAL BANK
335 AVENUE OF THE AMERICAS
NEW YORK, NY 10001

FOR _Jacques Agner, account licence, 1st Mer_

⑆026003272⑆ 32 1013 5⑈ 0241

06/14/2000  15:28    212..9390        ABBOUD WORLDW.                    PAGE  01
03/06/2000  17:22    2122239390       JOSEPH ABBOUD WW                  PAGE  02

# JOSEPH ABBOUD
### w o r l d w i d e

## INVOICE - DEBT DUE TO
## HOUNDSTOOTH CORP

| DATE | INVOICE NO. |
|------|-------------|
| 3/6/00 | 346 |

**BILL TO**

SERGIO PELLARI, INC.
ATTN: ANGELO DELLA CROCE
49 WEST 57TH STREET
NEW YORK NY 10019

**PAYMENT INSTRUCTIONS**

PLEASE MAKE CHECK PAYBLE TO
HOUNDSTOOTH CORP.

SEND TO:
ATTN: E. LEACH JOHNSON
JOSEPH ABBOUD COMPANY
650 FIFTH AVE, 20TH FLOOR
NEW YORK, NY 10019

| TERMS | DUE DATE |
|-------|----------|
| BY DUE DATE | 3/30/00 |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| MGR | MINIMUM GUARANTEED ROYALTY PAYMENT | 12,230.00 |

---

SERGIO PELLARI INC.                                          2578

APRIL 1

PAY TO THE ORDER OF  HOUNDSTOOTH CORP————$ 8190⁰⁰

EIGHT THOUSAND ONE HUNDRED NINTY ———— DOLLARS

STERLING NATIONAL BANK

⑆002578⑆ ⑆026007773⑆ 03. 10986 01

| | |
|---|---|
| Rec'd | 4/6/00 |
| QB | 4/10/00 |
| F/S detail | 4/10/00 |
| F/S summary | 4/10/00 |

| TOTAL | $ 12,230.00 |
|-------|-------------|

**CORPORATE**

Enter Sleep Through Service

VOID AFTER 180 DAYS

CHECK NO.

CHECK DATE: 1/05/99

PAY ***37,500*** .00

PAY THIS AMOUNT $37,500.00

TO THE
ORDER OF Joseph Abboud

⑈000320106⑈ ⑈061112279⑈   07 535 466⑈

| INVOICE NUMBER | INVOICE DATE | VOUCHER NO. | GROSS AMOUNT | DISCOUNT AMOUNT | NET AMOUNT PAID |
|---|---|---|---|---|---|
| 10300 | 01 03 00 | | $37,500.00 | | $37,500.00 |
| | CHECK NO. | CHECK DATE 1 05 99 | GROSS AMOUNT | Joseph Abboud | TOTAL AMOUNT OF CHECK $37,500.00 |

CHECK 03201064

| | | |
|---|---|---|
| Rec'd | 1/6/00 | ✓ |
| QB | 3/23/00 | |
| F/S Detail | 3/24/00 | |
| F/S Summary | 3/24/00 | |



United Feather & Down
414 East Golf Road
Des Plaines, IL 60016
(847) 296-6500

State Street Bank & Trust Co.
Boston, MA 02101

CHECK NO.   1001558

DATE   03/28/2000

5-2/119

AMOUNT   $15,000.00

PAY   Sum of Fifteen Thousand and 00/100 Dollars

TO THE
ORDER
OF   HOUNDSTOOTH CORP.

⑆1001558⑆ ⑆011000028⑈ ⑆649078 79⑈

V. FRAAS U.S.A., INC.

TOTAL ***                    7500,00

---

BAYERISCHE Vereinsbank AG
United Bank of Bavaria
New York Branch, 335 Madison Ave.,
New York, N.Y. 10017

**V. FRAAS (U.S.A.) INC.**
335 FIFTH AVENUE
SUITE 4201
NEW YORK, NEW YORK 10016

352

9360

PAY*************************7.500,00***********          ****7.500,00
                                                          AMOUNT

TO THE        JOSEPH ABBOUD
ORDER         WORLDWIDE
OF

DATE
3.23.00

V. FRAAS (U.S.A.) INC.

FOR _____
AUTHORIZED SIGNING OFFICER

⑈026008808⑈: 514⑈120677⑈00⑈



| INVOICE NUMBER | INVOICE DATE | DESCRIPTION | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 231350 | VENDOR | HOUNDSTOOTH CORP | | CHECK DATE | 4/06/00 |
| 354 | 3/06/00 | ACCR ROX PAY | 18750.00 | .00 | 18750.00 |
| | TOTALS | | 18750.00 | .00 | 18750.00 |

CHECK NUMBER    65040

*Whiting Mfg., Co., Inc.*
*Whiting Industries, Inc.*

387 QUARRY STREET · FALL RIVER, MA 02723

Made in U.S.A.

0070

CHECK DATE    CHECK NO
4/06/00    65040

CHECK AMOUNT

******18,750.00

⊕ BankBoston
CONNECTICUT

*[signature]* AUTHORIZED SIGNATURE

EIGHTEEN THOUSAND SEVEN HUNDRED FIFTY AND 00/100********************

TO THE
ORDER OF

HOUNDSTOOTH CORP.
JOSEPH ABBOUD COMPANY
650 FIFTH AVE. 20TH FLOOR
NEW YORK NY 10019

⑈0005040⑈ ⑆0⑉⑈00805⑈ 574 02840⑈

February 1, )

# JOSEPH ABBOUD WORLDWIDE

## Licensee List - Apparel

| Product Categories | Label | Launch | Company | Contact (incl. full name, CEO / President / Director, etc.) | Phone | Fax |
|---|---|---|---|---|---|---|
| Men's Tailored Clothing, Furnishings, Golfwear and Sportswear | Joseph Abboud Diamond Label, Joseph Abboud Black Label | Spring 1989, Spring 1999 | GFT/JA Apparel, 650 5th Ave. NYC 10019 | Mr. Bob Wichser, Mr. Tracd Young | 212-356-9140, 800-999-0600 | 212-315-2616 |
| Men's Overcoats | Joseph Abboud Diamond Label, Joseph Abboud Black Label | Fall 2000 | Pietrafesa Corp., 7400 Morgan Rd., Liverpool, NY 13090, 551 Madison Avenue NYC 10022 | Mr. Richard Pietrafesa, Mr. John McCoy, Mr. Patrick Holmes | 315-451-4300, 212-569-9683 | 315-451.5439, 212-581-3980, 212-069-9498 |
| Men's Swimwear, Sleepwear, Robes & Loungewear | Joseph Abboud Collection and Joseph Abboud Diamond Label | Spring 1998 | Majestic Industries, 3700 Jean Rivard, Montreal, Quebec H1Z 4K2 Canada, 9 Nursery La. Westport, CT 06880 | Mr. Sam Landsman, Mr. Peter Zucker | 514-727-2000, 203-226-5976, 800-361-0185 | 514-727-2727, 203-227-3211 |
| Men's Rainwear | Joseph Abboud Diamond Label | Fall 1999 | Whaling Mfg. Co., 650 5th Ave. NYC 10019 | Mr. James Favao, Mr. Ben Miller | 508-678-9061, 212-245-0810, 800-225-8554 | 508-678-9726, 212-581-1215 |
| Women's Collection | Joseph Abboud Collection | Fall 1997 | Sergio Fellini/ADC, 49 W. 57th St. 4th Floor NYC 10019 | Mr. Angelo Della Croce, Mr. John Hollyer | 212-750-5606 | 212-750-5537 |

# JOSEPH ABBOUD WORLDWIDE

## Licensee List - Accessories

| Product Categories | Label | Launch | Company | Contact (Bold indicates CEO/President/Director, etc.) | Phone | Fax |
|---|---|---|---|---|---|---|
| Men's Shoes | Joseph Abboud Collection and Joseph Abboud Diamond Label | Spring 1997 | Florsheim 1150 Broadway, #1510 NYC 10018 | Mr. Rick Anglin Mr. Dave Sanguinetti Ms. Carolyn Most | 312.458.2500 212-868-9615 | 312-458-7470 212-262-8329 |
| Men's Belt and Small Leather Goods | Joseph Abboud Collection Joseph Abboud Diamond Label | Fall 2000 | Humphreys Inc. 2009 West Hastings St. Chicago IL, 60608 | Mr. Richard Ryan Mr. Larry Fleming | 312-997-2258 312-455-3310 | 312-997-2147 |
| Men's Optical Eyewear & Sunglasses | Joseph Abboud Collection and Joseph Abboud Diamond Label | Fall 1998 | Ambassador Eyewear 3600 Marshall La. Bensalem, PA 19020 | Mr. Barry Budhar Mr. Kenneth Klinick Mr. Marty Levine | 215-633-7868 800-220-2019 | 215-604-9962 800-245-8865 |
| Men's Fragrance | Joseph Abboud Diamond Label | Spring 1991 | EuroItalia/EuroParfums 444 Madison Ave. NYC 10022 | Ms. Maria Torres Ms. Clary Lopez Ms. Alexandra Gianzanti | 212-715-0671 | 212-715-9912 |
| Men's Watches & Timepieces | Joseph Abboud Collection and Joseph Abboud Diamond Label | Spring 1998 | E. Gluck Corp. 29-10 Thomson Ave. L.I.C., NY 11101 Shrm: 411 5th Av, NYC | Mr. Mitchell Getnick | 718-784-0700 718-482-4130 212-679-6455 800-810-2959 | 718-482-2702 718-482-2700 |
| Men's Scarves Women's Scarves | Joseph Abboud Collection and Joseph Abboud Diamond Label | Fall 1998 | V. Fraas 350 5th Ave. NYC 10118 | Mr. Ken Krieger Mr. Roy Chimici Mr. Jim Pell | 212-244-2250 | 212-629-5759 |
| Men's Sterling Silver Jewelry | Joseph Abboud Collection Joseph Abboud Diamond Label | Fall 2000 | Quentin Ashford 1300 Avenue T Brooklyn, NY 11229 | Mr. Jacques Baghdadi | 718-376-7676 212-944-8383 | 718-998-9988 |



# JOSEPH ABBOUD WORLDWIDE

## Licensee List - Home

| Product Categories | Label | Launch | Company | Contact (with address CEO etc) | Phone | Fax |
|---|---|---|---|---|---|---|
| Bedding, Bath, Blanket & Beach | Joseph Abboud Diamond Label | Spring 1999 | Davidson Cotton Co./Atrium 295 5ᵗʰ Ave, Suite 312 NYC 10016 | Mr. Charles Schlang | 212-889-7777 704-947-0880 | 212-447-4070 704-947-0018 |
| Wall Coverings | Joseph Abboud Diamond Label | Spring 2000 | Imperial Home Décor Grp 23645 Mercantile Rd. Cleveland, OH 44122 | Mr. Michael Landau Mr. Susan Meek | 216-378-3505 216-378-5330 800-539-5399 | 216-378-5529 |
| Decorative Fabrics | Joseph Abboud Diamond Label | Spring 2000 | Kravet 225 Canal Avenue,South Bethpage, NY 11714 | Mr. Lisa Kravet | 212-486-9233 212-421-6360 516-293-2000 | 212-551-7008 212-751-7196 516-293-2176 |
| Tablecloths, Place Mats, Kitchen Textiles | Joseph Abboud Diamond Label | Spring 2000 | Avon Home Textiles 75 Lundquist Dr. Braintree, MA 02184 | Mr. George Kouri, Jr. | 781-843-9600 ext. 206 212-683-0830 | 781-843-9601 212-213-3157 |
| Hand-made Patchwork Quilts and Accessories | Joseph Abboud Diamond Label | Spring 3000 | Hedaya Home Fashions Inc. 295 5ᵗʰ Ave, Suite 406 NYC 10016 | Nahum Hedaya Jack McDonnell | 212-889-1111 | 212-889-1115 |
| Down Comforters and Pillows | Joseph Abboud Diamond Label | Spring 2000 | United Feather and Down 414 East Golf Road Des Plaines, IL 60016 | Brandon Palmer | 847-296-6500 | 847-296-6616 |
| Shower Curtains and Accessories | Joseph Abboud Diamond Label | Spring 2000 | Creative Bath Products, Inc 295 5ᵗʰ Avenue, Suite 111 New York, NY 10016 | Rick Lipton | 212-889-2666 | 212-889-2770 |
| Decorative Pillows | Joseph Abboud Diamond Label | Spring 2000 | Brax Manufacturing Co. 1007-27 Huntingdon St. Philadelphia, PA 19123 | W. Thomas Klinert | 215-425-9410 215-545-6942 | 215-425-5328 215-685-5102 |
| China | Joseph Abboud Diamond Label | Spring 2000 | PFB America, Inc. 222 5ᵗʰ Avenue New York, NY 10001 | Chuck Gallagher | 212-889-8301 | 212-889-6907 |
| Flatware | Joseph Abboud Diamond Label | Spring 2000 | Excel 100 Andrews Road Hicksville, NY 11801 | Mr Harmon Stein | 516-794-3333 | 516-794-5250 |
| Mattresses and Box Springs | Joseph Abboud Diamond Label Joseph Abboud Collection | Fall 2000. | Simmons Company 1 Concourse Parkway Atlanta, GA. 30328-5369 | Mr. Scott White | 770-206-2647 | 770-677-2618 |
| Woven and Printed Area Rugs | Joseph Abboud Diamond Label | Fall 2000 | Couristan 2 Executive Drive Fort Lee, NJ 07024 | Mr. Greg Jordi | 201-585.8500 800-223-6186 | 201.585.8552 |

# JOSEPH ABBOUD WORLDWIDE

## Licensee List – International

| Product Categories | Label | Launch | Company | Contact (Bold indicates CEO / President / Director, etc) | Phone | Fax |
|---|---|---|---|---|---|---|
| Men's Tailored Clothing, Furnishings and Sportswear | Joseph Abboud Diamond Label | Fall 1995 (Japan) | Onward Kashiyama 499 7ᵗʰ Ave. NYC 10018 | Mr. Masahumi Kiyohara Ms. Yukiko Okita | 212-629-5100 | 212-629-5067 |
| Men's Clothing, Furn., Sportswear, Accessories | Joseph Abboud Collection and Joseph Abboud Diamond Label | Fall 1999 (Taiwan) | Carnival C/O Ralph Kaufmann 3160 Summit Ave. Highland Park, IL 60035 | Mr. Bob Shalu Mr. Alfred Wang Mr. Ralph Kaufmann | 011-886-227-113-171 847-433-6415 | 011-886-227-317-357 847-433-6420 |

Schedule 3.8

## <u>LICENSE OVERVIEW</u>

### <u>MEN'S LICENSES</u>- (OTHER THAN G.F.T.)

1. <u>Pietrafesa</u> – Men's Outwear Fall 2000, First season, replaced Cardinal as Overcoat licensee.

2. <u>Majestic</u> - Swimwear ; No issues.

3. <u>Whaling</u> – Men's Rainwear.  No issues.

4. <u>Florsheim</u> – Men's Shoes – Spring 2001 last season.  All details provided in due diligence book.  Search on for replacement.

5. <u>Humphreys</u> – Men's Belts & Leather Accessories. Fall 2000 1st season– No issues.

6. <u>Ambassador</u> - Eyewear Contract expired.  Company filed Chapter 11.  Royalties still due Joseph Abboud.

7. <u>EuroItalia</u> - Men's Fragrance.  Small underdeveloped business. Looking to find a stronger partner.

8. <u>E.Gluck</u> – Men's Watches.  Royalties renegotiated and agreed upon December 6, 1999.  In Due Dilegence Book.

9. <u>V. Fraas</u> – Men's Scarves.  Small business expires Fall 2000.  No issues.

10. <u>Quentin Ashford</u> - Men's Jewelry.  Fall 2000 First Season.  No issues.

11. <u>Cardinal</u> - Men's Overcoats.  Contract expired Fall 1999.  Replaced by new licensee, Pietrafesa.  In litigation.

12. <u>Grieco</u> - Men's Collection.  Contract expired Fall 1999.  Royalties not received for 1999.

13. <u>DayLor</u>- Contract expired Spring 2000. Royalties not received. In litigation.

## WOMEN'S LICENSES

1. <u>Pellari</u> - Women's Collection- Spring 2001 last season. Minimums eliminated due to erosion of business.

2. <u>Pancaldi</u> - Women's Shoes- No business activity. In breach of contract. No funds received. In litigation.

## INTERNATIONAL LICENSES

1. <u>Onward Kashiyama</u> – Japan – Contract with G.F.T. Spring 2000 Last Season. Contract renegotiated by Bob Wichser. Awaiting finalization.

2. <u>Carnival</u> – Tiawan – Fall 1999 First Season. No issues.

## HOME LICENSES

1. <u>Davidson Cotton Co.</u> -- Bedding & Bath. Spring 1999 First Season. First season difficulties in shipping product.

2. <u>Imperial</u> - Wall Coverings. Spring 2000 First Season. No issues.

3. <u>Kravet</u> - Decorating Fabrics. Spring 2000 First Season. No issues.

4. <u>Avon Home Textiles</u>- Tablecloths, Kitchen textiles. Spring 2000 First Season. No issues.

5. <u>Hedaya Home Fashions</u> – Handmade Quilts. Spring 2000 First Season. No issues.

6. <u>United Feather & Down</u> – Down Comforters and Pillows. Spring 2000 First Season. No issues.

7.  <u>Creative Bath</u> – Shower Curtains and Accessories. Spring 2000 First Season. No issues.

8.  <u>Bess Manufacturing</u> – Decorative Pillows. Spring 2000 First Season. No issues.

9.  <u>PTS America</u> – China. Spring 2000 First Season. No issues.

10. <u>Excel</u> – Flatware. Spring 2000 First Season. No issues.

11. <u>Simmons Company</u> – Mattresses and Box Springs. Fall 2000 First Season. No issues.

12. <u>Couristan</u> – Woven and Printed Area Rugs. Fall 2000 First Season. No issues.

SCHEDULE 5.1

NONE