# EXHIBIT 2

Int. Cls.: 14, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 22, 27, 28, 39, 41 and 50

**United States Patent and Trademark Office**

Reg. No. 2,690,336
Registered Feb. 25, 2003

## TRADEMARK
### PRINCIPAL REGISTER

JOSEPH ◆ ABBOUD

JA APPAREL CORPORATION (DELAWARE CORPORATION)
650 FIFTH AVENUE
NEW YORK, NY 10019

FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 7-0-2001; IN COMMERCE 7-0-2001.

FOR: SMALL LEATHER GOODS, NAMELY WALLETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 8-0-2001; IN COMMERCE 8-0-2001.

FOR: SPORT SHIRTS, KNIT SHIRTS, SWEATERS, TROUSERS, OUTERWEAR, NAMELY, OVERCOATS AND RAIN COATS, LEATHER COATS AND JACKETS, SWIMWEAR, LOUNGEWEAR, PAJAMAS, ROBES, SUITS, SPORT COATS, DRESS TROUSERS, TUXEDOS, DRESS SHIRTS, NECKWEAR, SCARVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-0-2001; IN COMMERCE 7-0-2001.

OWNER OF U.S. REG. NOS. 1,733,480, 1,802,766 AND OTHERS.

THE NAME "JOSEPH ABBOUD" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 76-343,075, FILED 11-29-2001.

CHRISIE B. KING, EXAMINING ATTORNEY

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

Reg. No. 2,408,887

**United States Patent and Trademark Office**   Registered Nov. 28, 2000

## TRADEMARK
### PRINCIPAL REGISTER

### JOSEPH ABBOUD

ABBOUD, JOSEPH (UNITED STATES CITIZEN)
90 PINE BROOK ROAD
BEDFORD, NY 10506

FOR: TEXTILES, NAMELY TOWELS, TABLE-CLOTHS, HANDKERCHIEFS, CLOTHS FOR PILLOWS, CHAIRS, HANGING SCROLLS AND FLAGS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 7–0–1994; IN COMMERCE 7–0–1994.

OWNER OF U.S. REG. NOS. 1,675,915 AND 1,756,084.

SER. NO. 75–906,918, FILED 1–24–2000.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,408,660
Registered Nov. 28, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## JOSEPH ABBOUD

ABBOUD, JOSEPH (UNITED STATES CITIZEN)
90 PINE BROOK ROAD
BEDFORD, NY 10506

　FOR: PERFUMED WATER, PERFUMED OIL, EAU DE COLOGNE, PERFUME, EAU DE PERFUME, EAU DE TOILETTE, SPLASH COLOGNE, AFTERSHAVE BALM, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.

OWNER OF U.S. REG. NOS. 1,675,915 AND 1,756,084.

SER. NO. 75-878,639, FILED 12-22-1999.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,357,617

Registered June 13, 2000

## SERVICE MARK
## PRINCIPAL REGISTER

### JOSEPH ABBOUD

ABBOUD, JOSEPH (UNITED STATES CITIZEN)
90 PINE BROOK ROAD
BEDFORD, NY 10506

FOR: RETAIL CLOTHING STORE FEATURING CLOTHING, WATCHES AND WALLETS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2–0–1999; IN COMMERCE 2–0–1999.
OWNER OF U.S. REG. NOS. 1,675,915 AND 1,756,084.

SER. NO. 75–772,376, FILED 8–10–1999.

REID WILSON, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,345,776

Registered Apr. 25, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## JOSEPH ABBOUD

ABBOUD, JOSEPH (UNITED STATES CITIZEN)
90 PINE BROOK ROAD
BEDFORD, NY 10506

FOR: PERFUMED WATER, PERFUMED OIL, EAU DE COLOGNE, PERFUME, EAU DE PERFUME, EAU DE TOILETTE, SPLASH COLOGNE, AND AFTER SHAVE BALM, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.

SER. NO. 75-769,266, FILED 8-6-1999.

PAM WILLIS, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 1,756,084

**United States Patent and Trademark Office** Registered Mar. 2, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## JOSEPH ABBOUD

ABBOUD, JOSEPH (UNITED STATES CITIZEN)
PATTERSON ROAD
POUND RIDGE, NY 10576

   FOR: EYEGLASSES, IN CLASS 9 (U.S. CL. 26).
   FIRST USE 3-13-1992; IN COMMERCE 3-13-1992.

THE MARK IS THE NAME OF A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SN 74-212,563, FILED 10-9-1991.

IRENE D. WILLIAMS, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 1,675,915
Registered Feb. 18, 1992

## TRADEMARK
PRINCIPAL REGISTER

### JOSEPH ABBOUD

ABBOUD, JOSEPH M. (UNITED STATES CITIZEN)
PATTERSON ROAD
POUND RIDGE, NY 10576

FOR: MEN'S AND WOMEN'S APPAREL; NAMELY, SUITS, JACKETS, SHIRTS, TIES, SWEATERS, TROUSERS, OVERCOATS AND RAINCOATS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 6-12-1986; IN COMMERCE 8-4-1986.

SER. NO. 73-680,600, FILED 8-25-1987.

PAUL E. FAHRENKOPF, EXAMINING ATTORNEY

Int. Cls.: **9 and 18**

Prior U.S. Cls.: **1, 2, 3, 21, 22, 23, 26, 36, 38 and 41**

**United States Patent and Trademark Office**  Reg. No. 2,471,279
Registered July 24, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## JOSEPH ABBOUD

ABBOUD, JOSEPH (UNITED STATES CITIZEN)
90 PINE BROOK ROAD
BEDFORD, NY 10506

FOR: COMPUTER CARRYING CASES OF LEATHER; CELLULAR TELEPHONE HOLDERS OF LEATHER, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-1999; IN COMMERCE 2-0-1999.

FOR: SMALL LEATHER GOODS NAMELY, TRI-FOLD, SLIMFOLD WALLETS, FANNY PACKS; CHANGE PURSES; BUSINESS CARD CASES; LEATHER KEY FOBS; KEY CASES; BRIEFCASE-TYPE PORTFOLIOS; BACKPACK BRIEFCASES; BRIEFCASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 2-0-1999; IN COMMERCE 2-0-1999.

OWNER OF U.S. REG. NOS. 1,675,915, 1,756,084 AND OTHERS.

SER. NO. 75-902,628, FILED 1-24-2000.

MARLENE MENARD, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

United States Patent and Trademark Office

Reg. No. 2,408,889

Registered Nov. 28, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## JOSEPH ABBOUD

ABBOUD, JOSEPH (UNITED STATES CITIZEN)
90 PINE BROOK ROAD
BEDFORD, NY 10506

FOR: WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 8-0-1997; IN COMMERCE 8-0-1997.

OWNER OF U.S. REG. NOS. 1,675,915 AND 1,756,084.

SER. NO. 75-906,922, FILED 1-24-2000.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,355,271
Registered June 6, 2000

## SERVICE MARK
### PRINCIPAL REGISTER

JOSEPH ◆ ABBOUD

ABBOUD, JOSEPH (UNITED STATES CITIZEN)
90 PINE BROOK ROAD
BEDFORD, NY 10506

  FOR: RETAIL CLOTHING STORE FEATURING CLOTHING, WATCHES AND WALLETS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-0-1999; IN COMMERCE 2-0-1999.

OWNER OF U.S. REG. NOS. 1,675,915 AND 1,756,084.

SER. NO. 75-772,402, FILED 8-10-1999.

REID WILSON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,199,722
Registered Jan. 16, 2007

## TRADEMARK
### PRINCIPAL REGISTER

## JOSEPH ABBOUD JEANS INC.

JA APPAREL CORP. (DELAWARE CORPORATION)
650 FIFTH AVENUE
NEW YORK, NY 10019

FOR: JEANS, CLOTHING, NAMELY, SPORT COATS, PANTS, TROUSERS, BLAZERS, VESTS, SHIRTS, KNIT SHIRTS, T-SHIRTS, SWEATERS, CARDIGANS, BELTS FOR CLOTHING, SHORTS, SWEATSHIRTS, OUTERWEAR, NAMELY, LEATHER COATS AND JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-25-2006; IN COMMERCE 7-25-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,675,915, 2,408,887, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "JEANS INC.", APART FROM THE MARK AS SHOWN.

SN 78-637,201, FILED 5-25-2005.

WILLIAM BRECKENFELD, EXAMINING ATTORNEY

Int. Cls.: 4 and 26

Prior U.S. Cls.: 1, 6, 15, 37, 39, 40, 42 and 50

**United States Patent and Trademark Office**

Reg. No. 2,976,156
Registered July 26, 2005

## TRADEMARK
### PRINCIPAL REGISTER

J O S E P H ◆ A B B O U D
E N V I R O N M E N T S

JA APPAREL CORP. (DELAWARE CORPORATION)
650 FIFTH AVENUE
NEW YORK, NY 10019

FOR: CANDLES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 3-31-2004; IN COMMERCE 3-31-2004.

FOR: RIBBONS AND BRAIDS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 10-31-2002; IN COMMERCE 10-31-2002.

OWNER OF U.S. REG. NOS. 1,675,915, 2,796,710 AND OTHERS.

THE MARK CONSISTS OF THE WORDS "JOSEPH ABBOUD ENVIRONMENTS" WITH A GRAPHIC REPRESENTATION OF A DIAMOND SHAPE BETWEEN THE WORDS "JOSEPH" AND "ABBOUD".

SER. NO. 78-431,835, FILED 6-8-2004.

WILLIAM BRECKENFELD, EXAMINING ATTORNEY

Int. Cls.: 8, 20, 21 and 24

Prior U.S. Cls.: 2, 13, 22, 23, 25, 28, 29, 30, 32, 33, 40, 42, 44 and 50

**United States Patent and Trademark Office**

Reg. No. 2,796,710
Registered Dec. 23, 2003

## TRADEMARK
### PRINCIPAL REGISTER

JOSEPH ABBOUD
ENVIRONMENTS

JA APPAREL CORPORATION (DELAWARE CORPORATION)
650 FIFTH AVENUE
NEW YORK, NY 10019

FOR: FLATWARE, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 1-0-2001; IN COMMERCE 1-0-2001.

FOR: MATTRESSES AND DECORATIVE PILLOWS, DOWN PILLOWS AND NON-METAL SHOWER HOOKS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-0-2000; IN COMMERCE 1-0-2000.

FOR: DINNERWARE AND NAPKIN RINGS MADE OF NON-PRECIOUS METAL; BATH ACCESSORIES, NAMELY SOAP DISHES, SOAP DISPENSERS, TOOTHBRUSH HOLDERS, AND WASTE PAPER BASKETS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 1-0-2001; IN COMMERCE 1-0-2001.

FOR: HOME FURNISHINGS, NAMELY, DOWN COMFORTERS, BED SHEETS, COMFORTERS, BED SKIRTS, PILLOW SHAMS, DUVET COVERS, DRAPERIES, TOWELS, SHOWER CURTAINS, TABLECLOTHS NOT OF PAPER, TEXTILE, PLASTIC AND VINYL PLACEMATS, TEXTILE NAPKINS, FABRIC TABLE RUNNERS, AND DECORATIVE FABRIC, NAMELY, COTTON, SILK, POLYESTER, NYLON AND WOOL, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 1-0-2000; IN COMMERCE 1-0-2000.

OWNER OF U.S. REG. NOS. 1,648,203, 2,471,279 AND OTHERS.

THE NAME "JOSEPH ABBOUD" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 76-356,850, FILED 1-8-2002.

CHRISIE B. KING, EXAMINING ATTORNEY

Int. Cl.: 3

Prior U.S. Cls.: 1, 4, 6, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 2,400,258
Registered Oct. 31, 2000

## TRADEMARK
### PRINCIPAL REGISTER



ABBOUD, JOSEPH (UNITED STATES CITIZEN)
90 PINE BROOK ROAD
BEDFORD, NY 10506

FOR: PERFUMED WATER, PERFUMED OIL, EAU DE COLOGNE, PERFUME, EAU DE PERFUME, EAU DE TOILETTE, SPLASH COLOGNE, AFTERSHAVE BALM, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.

OWNER OF U.S. REG. NOS. 1,675,915 AND 1,756,084.

SER. NO. 75-878,009, FILED 12-22-1999.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

Reg. No. 2,419,195

United States Patent and Trademark Office    Registered Jan. 9, 2001

## TRADEMARK
### PRINCIPAL REGISTER



ABBOUD, JOSEPH (UNITED STATES CITIZEN)
90 PINE BROOK ROAD
BEDFORD, NY 10506

FOR: TEXTILES, NAMELY TOWELS, TABLE-CLOTHS, HANDKERCHIEFS, CLOTHS FOR PILLOWS, CHAIRS, HANGING SCROLLS AND FLAGS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 2-0-1999; IN COMMERCE 2-0-1999.

OWNER OF U.S. REG. NOS. 1,675,915 AND 1,756,084.

SER. NO. 75-902,629, FILED 1-24-2000.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

Int. Cl.: 24

Prior U.S. Cls.: 42 and 50

Reg. No. 2,408,888

**United States Patent and Trademark Office**  Registered Nov. 28, 2000

## TRADEMARK
### PRINCIPAL REGISTER



ABBOUD, JOSEPH (UNITED STATES CITIZEN)
90 PINE BROOK ROAD
BEDFORD, NY 10506

FOR: TEXTILES, NAMELY TOWELS, TABLECLOTHS, HANDKERCHIEFS, CLOTHS FOR PILLOWS, CHAIRS, HANGING SCROLLS AND FLAGS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 8-0-1997; IN COMMERCE 8-0-1997.

OWNER OF U.S. REG. NOS. 1,675,915 AND 1,756,084.

SER. NO. 75-906,921, FILED 1-24-2000.

MARGERY A. TIERNEY, EXAMINING ATTORNEY