# EXHIBIT 3

Trademark Electronic Search System (TESS)      Page 1 of 2

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Sat Aug 4 04:09:01 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

**JOSEPH ABBOUD PROFILE**

| | |
|---|---|
| **Word Mark** | JOSEPH ABBOUD PROFILE |
| **Goods and Services** | IC 025. US 022 039. G & S: CLOTHING, NAMELY, SUITS, TROUSERS AND SPORT COATS. FIRST USE: 20050700. FIRST USE IN COMMERCE: 20050700 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.11 - Rectangles divided twice into three sections<br>26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 78672597 |
| **Filing Date** | July 18, 2005 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 11, 2006 |
| **Owner** | (APPLICANT) JA Apparel Corp. CORPORATION DELAWARE 650 Fifth Avenue New York NEW YORK 10019 |
| **Attorney of Record** | Joel Karni Schmidt, |
| **Prior Registrations** | 1675915;2408660;2408887;AND OTHERS |
| **Description of Mark** | The color(s) white, green, black and brown is/are claimed as a feature of the mark. The mark consists of the words JOSEPH ABBOUD in white stylized letters superimposed on a brown striped diamond design and the word PROFILE in green stylized letters, all against a black background and within a rectangle with a green border at the top and bottom. |
| **Type of Mark** | TRADEMARK |

| Register | PRINCIPAL |
| --- | --- |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Sat Aug 4 04:09:01 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Logout   Please logout when you are done to release system resources allocated for you.

**Record 1 out of 1**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*

# JOE JOSEPH ABBOUD

| | |
|---|---|
| Word Mark | JOE JOSEPH ABBOUD |
| Goods and Services | IC 025. US 022 039. G & S: Clothing, namely, suits, sport coats, pants, jeans, ties, shorts, dress shorts, shirts, dress shirts, hats, scarves, socks; outerwear, namely, jackets, coats, top coats, wool overcoats, and raincoats; footwear |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 78755967 |
| Filing Date | November 17, 2005 |
| Current Filing Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | January 23, 2007 |
| Owner | (APPLICANT) JA Apparel Corp. CORPORATION DELAWARE 650 Fifth Avenue New York NEW YORK 10019 |
| Attorney of Record | Joel Karni Schmidt |
| Prior Registrations | 1675915;2471279;2690336;AND OTHERS |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Other Data | The name(s), portrait(s), and/or signature(s) shown in the mark identifies JOSEPH ABBOUD or |

JOE, whose consent(s) to register is submitted.

**Live/Dead Indicator** LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sat Aug 4 04:09:01 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]   ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| Word Mark | JOSEPH ABBOUD JEANS INC. |
| Goods and Services | IC 025. US 022 039. G & S: JEANS, CLOTHING, NAMELY, SUITS, TUXEDOS, SPORT COATS, PANTS, TROUSERS, BLAZERS, VESTS, DRESS SHIRTS, SHIRTS, SPORT SHIRTS, KNIT SHIRTS, T-SHIRTS, SWEATERS, CARDIGANS, DRESSES, SKIRTS, BLOUSES, BELTS FOR CLOTHING, SHORTS, SWEATSHIRTS, SWEATPANTS, HATS, CAPS, UNDERWEAR, SWIMWEAR, SLEEPWEAR, EXERCISE WEAR, LOUNGEWEAR, PAJAMAS, ROBES, HOSIERY, SOCKS; OUTERWEAR, NAMELY, RAINWEAR, OVERCOATS, LEATHER COATS AND JACKETS; FOOTWEAR, NAMELY, SHOES, BOOTS AND SLIPPERS |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 26.07.12 - Diamonds with bars, bands and lines<br>26.07.21 - Diamonds that are completely or partially shaded<br>26.11.21 - Rectangles that are completely or partially shaded |
| Serial Number | 78647513 |
| Filing Date | June 9, 2005 |
| Current Filing Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | January 23, 2007 |
| Owner | (APPLICANT) JA Apparel Corp. CORPORATION DELAWARE 650 Fifth Avenue New York NEW YORK 10019 |
| Attorney of Record | Joel Karni Schmidt |
| Prior Registrations | 1675915;2408660;2408887;AND OTHERS |

| | |
|---|---|
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "JEANS INC." APART FROM THE MARK AS SHOWN |
| Description of Mark | The color(s) BLUE, GREY, BLACK is/are claimed as a feature of the mark. The mark consists of the words JOSEPH ABBOUD in black, stylized letters, and the words JEANS INC. in grey, stylized letters superimposed on a striped diamond design, all against a blue background and within a rectangle with a black border at the top and bottom. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Sat Aug 4 04:09:01 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  ( Use the "Back" button of the Internet Browser to return to TESS)

# JOSEPH ABBOUD SLEEP SPA

| | |
|---|---|
| Word Mark | JOSEPH ABBOUD SLEEP SPA |
| Goods and Services | IC 020. US 002 013 022 025 032 050. G & S: MATTRESSES |
| | IC 024. US 042 050. G & S: BEDDING, NAMELY, SHEETS, BED COVERS, BED LINENS, BED SPREADS, COMFORTERS, DUVET COVERS, BLANKETS, FEATHER BEDS, DUST RUFFLES, SHAMS AND THROWS, PILLOWCASES, QUILTS, DUVETS, MATTRESS PADS; TOWELS; SHOWER CURTAINS |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 78798209 |
| Filing Date | January 24, 2006 |
| Current Filing Basis | 1B |
| Original Filing Basis | 1B |
| Published for Opposition | January 9, 2007 |
| Owner | (APPLICANT) JA Apparel Corp. CORPORATION DELAWARE 650 Fifth Avenue New York NEW YORK 10019 |
| Attorney of Record | Joel Karni Schmidt |
| Prior Registrations | 1675915;2408660;2408887;AND OTHERS |

| | |
|---|---|
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "sleep" APART FROM THE MARK AS SHOWN |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Other Data | The name JOSEPH ABBOUD identifies a living individual whose consent is of record. |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Sat Aug 4 04:09:01 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]   ( Use the "Back" button of the Internet Browser to return to TESS)

# JOE
### Joseph Abboud

| | |
|---|---|
| **Word Mark** | JOE JOSEPH ABBOUD |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: JEWELRY; WATCHES AND CUFFLINKS |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 77140249 |
| **Filing Date** | March 26, 2007 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) JA Apparel Corp. CORPORATION DELAWARE 650 Fifth Avenue New York NEW YORK 10019 |
| **Attorney of Record** | Joel Karni Schmidt |
| **Prior Registrations** | 2357617;2690336 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Other Data** | "The name(s), portrait(s), and/or signature(s) shown in the mark identifies Joseph Abboud, whose consent(s) to register is submitted." |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Sat Aug 4 04:09:01 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Logout   Please logout when you are done to release system resources allocated for you.

**Record 1 out of 1**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]   ( Use the "Back" button of the Internet Browser to return to TESS)

# JOE JOSEPH ABBOUD

| | |
|---|---|
| Word Mark | JOE JOSEPH ABBOUD |
| Goods and Services | IC 014. US 002 027 028 050. G & S: JEWELRY; WATCHES AND CUFFLINKS |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 77129927 |
| Filing Date | March 13, 2007 |
| Current Filing Basis | 1B |
| Original Filing Basis | 1B |
| Owner | (APPLICANT) JA Apparel Corp. CORPORATION DELAWARE 650 Fifth Avenue New York NEW YORK 10019 |
| Attorney of Record | Joel Karni Schmidt |
| Prior Registrations | 2357617;2690336 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Other Data | "The name(s), portrait(s), and/or signature(s) shown in the mark identifies Joseph Abboud , whose consent(s) to register is submitted." |
| Live/Dead Indicator | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sat Aug 4 04:09:01 EDT 2007

[ TESS HOME ] [ NEW USER ] [ STRUCTURED ] [ FREE FORM ] [ BROWSE DICT ] [ SEARCH OG ] [ BOTTOM ] [ HELP ]

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[ TARR Status ] [ ASSIGN Status ] [ TDR ] [ TTAB Status ]   ( Use the "Back" button of the Internet Browser to return to TESS)

# JOSEPH ABBOUD

| | |
|---|---|
| **Word Mark** | JOSEPH ABBOUD |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: COMPUTER CARRYING CASES OF LEATHER; CELLULAR TELEPHONE HOLDERS OF LEATHER; EYEWEAR NAMELY OPTICAL EYEGLASS FRAMES FOR VISION CORRECTION AND SUNGLASSES; EYEWEAR ACCESSORIES, NAMELY, STRAPS, NECK CORDS AND HEAD STRAPS WHICH RESTRAIN EYEWEAR FROM MOVEMENT ON A WEARER<br><br>IC 018. US 001 002 003 022 041. G & S: SMALL LEATHER GOODS NAMELY, TRIFOLD, SLIMFOLD WALLETS, FANNY PACKS; PURSES; BUSINESS CARD CASES; KEY CASES; BRIEFCASE-TYPE PORTFOLIOS; BACKPACK BRIEFCASES; BRIEFCASES<br><br>IC 025. US 022 039. G & S: CLOTHING, NAMELY, SUITS, TUXEDOS, SPORT COATS, PANTS, TROUSERS, JEANS, BLAZERS, VESTS, DRESS SHIRTS, SHIRTS, SPORT SHIRTS, KNIT SHIRTS, T-SHIRTS, SWEATERS, CARDIGANS, DRESSES, SKIRTS, BLOUSES, BELTS FOR CLOTHING, SHORTS, SWEATSHIRTS, SWEATPANTS, NECKWEAR, SCARVES, HATS, CAPS, UNDERWEAR, SWIMWEAR, SLEEPWEAR, EXERCISE WEAR, NAMELY, JACKETS, HEADWEAR, T-SHIRTS, LONG SLEEVE SHIRTS, SLEEVELESS SHIRTS, SPORTS TOP, SWEATERS, SWEATSHIRT, POLO SHIRTS, SPORTSBRAS, TANK TOPS, VESTS, SHORTS, LONG PANTS, SWEATPANTS, BELTS, TIGHTS, CAPRIS, FULL BODY SUIT, BODYSUIT, BIKE SHORTS, WARM-UP SUITS, SOCKS; LOUNGEWEAR, PAJAMAS, ROBES, HOSIERY, SOCKS; OUTERWEAR, NAMELY, RAINWEAR, OVERCOATS, LEATHER COATS AND JACKETS; FOOTWEAR, NAMELY, SHOES, BOOTS AND SLIPPERS, GLOVES |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77004949 |

| | |
|---|---|
| Filing Date | September 22, 2006 |
| Current Filing Basis | 1B |
| Original Filing Basis | 1B |
| Owner | (APPLICANT) JA Apparel Corp. CORPORATION DELAWARE 650 Fifth Avenue New York NEW YORK 10019 |
| Attorney of Record | Joel Karni Schmidt |
| Prior Registrations | 1756084;2471279 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Sat Aug 4 04:09:01 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Logout — Please logout when you are done to release system resources allocated for you.

### Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]   ( Use the "Back" button of the Internet Browser to return to TESS)

# JOSEPH ABBOUD GOLF

| | |
|---|---|
| Word Mark | JOSEPH ABBOUD GOLF |
| Goods and Services | IC 025. US 022 039. G & S: CLOTHING |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 77174024 |
| Filing Date | May 7, 2007 |
| Current Filing Basis | 1B |
| Original Filing Basis | 1B |
| Owner | (APPLICANT) JA Apparel Corp. CORPORATION DELAWARE 650 Fifth Avenue New York NEW YORK 10019 |
| Attorney of Record | Joel Karni Schmidt |
| Prior Registrations | 1675915;2357617;2690336 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Other Data | "The name(s), portrait(s), and/or signature(s) shown in the mark identifies Joseph Abboud , whose consent(s) to register is submitted." |
| Live/Dead Indicator | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY