# EXHIBIT 4


















































