# EXHIBIT 9

**From:** David Lipke [mailto:David.Lipke@fairchildpub.com]
**Sent:** Wednesday, August 08, 2007 11:48 AM
**To:** Mumma, Chris [cmumma@rlmnet.com]
**Subject:** Abboud follow-up

Hi Chris...below is the email that Jaz people sent to me. Joseph Abboud (the designer) seems to be under the impression that he is allowed to use the Joseph Abboud name in his marketing and advertising materials. I was under the opposite impression and wrote that in my story. They are now asking for a correction/clarification, but before I write that, I'd like to run this by you and the JA Apparel people.

Is is possible to chat briefly with Marty Staff on this one particular topic? Or have you send me a written response?
Many thanks --

FROM JAZ:
"I wanted to follow up on a conversation that you and Joseph may have already had. In the third to last paragraph you mentioned that Joseph is unable to use his name in marketing materials. While there is a challenge ahead of us and we must be careful how to represent Joseph Abboud the designer, we are free to use his name in marketing materials, not on clothing. While it may sound like a small thing, this is a very big asset to us, our partners and future partners and accounts. Would this at all warrant running a correction in the next issue?"


**DAVID LIPKE**
**DEPUTY EDITOR**
**DNR**

david_lipke@condenast.com

212-630-3599 | 750 Third Avenue | Tenth Floor | New York, NY | 10017

*Fairchild Fashion Group/Condé Nast Publications*
*On the Web at DNRnews.com*
This message is intended only for the use of the Addressee(s) and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient(s), you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Thank You