# EXHIBIT 12

Paulicelli, Kathleen
---

From: Gilbert Harrison [GHarrison@financo.com]
Sent: Monday, August 06, 2007 8:01 AM
To: Staff, Marty
Cc: Robin Harris
Subject: Fw: Consumer Retail M&A: mergermarket.com - Multiple Intelligence Alert

Congratulatons but why did you not call us? Please call.

-----Original Message-----
From: mergermarket Alert <info@mergermarket.com>
To: MergeMarket
Sent: Mon Aug 06 07:48:15 2007
Subject: Consumer Retail M&A: mergermarket.com - Multiple Intelligence Alert

<http://www.mergermarket.com>    Biofuels Investor Summit: 17-18 September 2007, Chicago
<http://www.mergermarket.com/offsitebroker.asp?offsite=6&sysid=&url=http%3A//www.almevents.com/conf_page.cfm%3Finstance_id%3D30%26web_id%3D957%26pid%3D564&urlencoded=1>

Main Headlines
Computer software
Teradata indicates that buys will play a role in growth strategy
Consumer: Foods
Icicle Seafoods to be acquired by Fox Paine III
Consumer: Other
Joseph Abboud acquires Merrill Sharpe, Fall River Shirt Company for an undisclosed sum
Herr Foods to remain independent for now, says president
Unilever chairman says will hold on to all product groups
Altria to benefit from international acquisitions - research report
FUBU still on block; strategic acquirer more likely than PE, sources say
    <http://www.mergermarket.com/images/mergermarket_small.gif> Proprietary Intelligence
Old Dominion Footwear would consider any options to access international marketplace; would not rule out sale, manager says
    <http://www.mergermarket.com/images/mergermarket_small.gif> Proprietary Intelligence
Issac Daniel considering full realm of exit possibilities, CMO says
    <http://www.mergermarket.com/images/mergermarket_small.gif> Proprietary Intelligence
Consumer: Retail
Barneys New York: Istithmar may make statement today on its bid, insider says
    <http://www.mergermarket.com/images/mergermarket_small.gif> Proprietary Intelligence
Istithmar may not raise offer for Barneys New York - report
Fast Retailing raises offer for Barneys New York to USD 950m
Blue Square signs term sheet to buy Eden Market
Coyote Management acquires Alton Square Mall, shopping for others
Scottsdale Courtyard Shops mall on the block for USD 10.6m

Headline :    Barneys New York: Istithmar may make statement today on its bid, insider says
    <http://www.mergermarket.com/images/mergermarket_small.gif> Proprietary Intelligence
Main body :    Istithmar may make a statement today with regards to whether or not it will make a further bid for fashion retailer Barneys New York, said an insider.
It was reported this morning that Japan's Fast Retailing beat the Dubai-based private equity firm's revised offer of USD 900m, offering USD 950m to Barneys owner, NYSE-listed Jones Apparel Group.
Istithmar has until tomorrow to make a further bid for Barneys.
The insider told this news service he couldn't say if the private equity firm would make an improved offer but said he was 40/50% certain "that they (Istithmar) would make a statement today".
Source :    mergermarket
Size :    > 500m (USD)
Value :    950 m USD (Current deal value)
Stake Value :    more than 30% inclusive
Grade :    Strong evidence

Alert :    Consumer Retail M&A
Intelligence ID :   511848
Back


Headline :   Joseph Abboud acquires Merrill Sharpe, Fall River Shirt Company for an undisclosed sum
Main body :   Joseph Abboud, the New York mens' suit designer, has acquired two firms for his Jaz label, Women's Wear Daily reported. The report cited Joseph Abboud, who said he paid well into the millions for Massachusetts-based Fall River Shirt Company (WWD reported the company name as Alden Street Shirts) and New York-based Merrill Sharpe. According to the report, the acquisition of both companies is expected to be completed within the next few months.
Merrill Sharpe will continue to be run by president, Andrew Schwartz, the report noted. According to financial reporting services, Sharpe is currently owned by Schwartz and has over USD 5m in annual revenue. Fall River Shirt Company has USD 18.8m in annual revenue and is owned by Albert Metivier and George Nova, according to financial reporting services.
The WWD report noted Abboud has made the acquisitions in preparation for launching his Jaz label next fall.
Source :   Women's Wear Daily
Size :   50m < (USD)
Value :   23 m USD (minimum revenue of combined targets)
Stake Value :   more than 30% inclusive
Grade :   Confirmed
Alert :   Consumer Retail M&A
Intelligence ID :   511835
Back


Headline :   Herr Foods to remain independent for now, says president
Main body :   Herr Foods, the Pennsylvania-based snack food manufacturer, said that it has received takeover interest, the Philadelphia Inquirer reported. The report cited company president, Ed Herr, who said that in spite of receiving questions of interest, Herr plans to stay independent as long as it's beneficial for the Herr family and the company. Herr made these comments in the Q&A article on being asked whether the company had received acquisition interest from any large companies.
According to financial reporting services, Herr Foods has USD 165m in annual revenues.
See other intelligence on companies looking to buy in the (sub-)sector in the last three months
<http://www.mergermarket.com/rsvp.asp?e=101&id=511817>
See intelligence on companies for sale in the (sub-)sector in the last three months
<http://www.mergermarket.com/rsvp.asp?e=100&id=511817>
See recently announced transactions in the (sub-)sector in the last six months
<http://www.mergermarket.com/rsvp.asp?e=102&id=511817>
League Table of top financial advisors to the sector in the last 12 months.
<http://www.mergermarket.com/rsvp.asp?e=103&id=511817>
Source :   Philadelphia Inquirer
Size :   100m - 500m (USD)
Value :   165 m USD (annual revenues)
Stake Value :   N/A
Grade :   Confirmed
Alert :   Consumer Retail M&A
Intelligence ID :   511817
Back


Headline :   Istithmar may not raise offer for Barneys New York - report
Main body :   Istithmar, the investment arm of the Dubai government, may not raise its offer for Barneys New York, reported the New York Post. The unsourced report in the New York Post looking at Fast Retailing's move to raise its offer for Barneys New York, reported that while its not clear if Istithmar will make a higher offer, the company may not be keen on getting into a drawn out price war with Fast Retailing. Fast Retailing raised its offer USD 50m higher than the USD 900m Istithmar is offering.
Source :   New York Post
Size :   > 500m (USD)
Value :   950 m USD (current high offer)
Stake Value :   N/A
Grade :   Strong evidence
Alert :   Consumer Retail M&A
Intelligence ID :   511815
Back

Headline :   Unilever chairman says will hold on to all product groups
Main body :   Unilever, the Anglo-Dutch foods group, will hold on to all its existing product groups, reported het Financieele Dagblad. The report cited Unilever's chairman Patrick Cescau in an interview with the Dutch financial paper. He said that while Unilever is considering selling EUR 2bn worth of turnover, this will involve several activities with zero or very little growth, but it will not involve an entire product group. Unilever plans to hold on to all its different products and considers only selling some combinations of markets and products in which Unilever has no leading market position and where it would cost significant investments to acquire such a position, Patrick Cescau said. Unilever is to divest 5% of its total turnover.
Unilever plans to sell its US and European laundry products operations and German company Henkel is named as a potential buyer, according to previous reports.
Source :   Het Financieele Dagblad
Size :  > 500m (USD)
Value :   2,740 m USD (total value of planned sales)
Stake Value :  more than 30% inclusive
Grade :   Confirmed
Alert :   Consumer Retail M&A
Intelligence ID :   511691
Back


Headline :   Icicle Seafoods to be acquired by Fox Paine III
Main body :   Fox Paine Management III, the San Francisco and New York-based private equity firm, today [5 August] announced that FP Icicle Holdings, a company formed by investment funds managed by Fox Paine III, has entered into a definitive agreement to acquire Icicle Seafoods, a diversified seafood harvesting and processing company with processing facilities operating throughout Alaska in most major fisheries.
The transaction, which is subject to customary closing and regulatory conditions, is expected to close within ninety days. Financial terms were not disclosed.
Icicle Seafoods, headquartered in Seattle, Washington, is one of the world's largest processors of wild salmon, pollock and crab with operations in Alaska, Washington, Oregon, Japan and Chile and employs approximately 2,200 people.
Don Giles will continue to lead the company as Icicle Seafoods' president and chief executive officer. Giles, together with the rest of Icicle Seafoods' leadership team, will continue to run the business.
W. Dexter Paine, III, president of Fox Paine III, said "We are proud to team up with one of the most experienced management teams and employee groups in the seafood industry and to support Icicle Seafoods' long-term business goals to invest in and grow its business. Icicle Seafoods has long been a leading operator in the Alaska and Pacific Northwest seafood industry. Icicle Seafoods' talented employees and management team have built a great business, and we hope to help them continue to grow and develop and to create new opportunities for Icicle Seafoods, its employees and customers worldwide."
Giles said, "In Fox Paine III we have found a strategic partner who will help Icicle Seafoods realize our vision to grow our operations in current and new markets while remaining true to our heritage. Through this transaction, Icicle Seafoods will greatly increase its access to growth capital while also providing liquidity for our existing shareholders. Our relationship with Fox Paine III will enable us to accelerate the prosperous growth of the company while strengthening our position as one of the world's leading diversified seafood harvesting and processing companies."
The board of directors of Icicle Seafoods has approved the merger agreement and has resolved to recommend that Icicle Seafoods' stockholders adopt the agreement. Members of Icicle Seafoods' senior management team, including Giles, Dennis Guhlke, chief financial officer, and other members of the board of directors have reached agreements to vote their shares in favour of the transaction.
Source :   Company press release(s)
Size :  > 100m (USD)
Value :   2,200 m USD (Number of employees)
Stake Value :  more than 30% inclusive
Grade :   Confirmed
Alert :   Consumer Retail M&A
Intelligence ID :   511642
Back


Headline :   Altria to benefit from international acquisitions - research report
Main body :   Altria, the biggest tobacco company, should have revenue benefiting from acquisitions in international tobacco, Standard & Poor's said in a 1 August report. The listed New York-based company should also benefit from market share gains and a positive mix shift for domestic tobacco, according to the report written by Raymond Mathis.
The McGraw-Hill unit also said it expects Altria's sales volume to grow from acquisitions, spending on brands, line extensions and

3

new products. S&P reaffirmed its 'strong buy' recommendation for the equity. The company set a 12-month share target price of USD 85. Altria's shares fell 0.8% to close at USD 66.60 on the New York Stock Exchange on Friday. The company has market capitalization of USD 140bn.
See other intelligence on companies looking to buy in the (sub-)sector in the last three months
<http://www.mergermarket.com/rsvp.asp?e=101&id=511640>
See intelligence on companies for sale in the (sub-)sector in the last three months
<http://www.mergermarket.com/rsvp.asp?e=100&id=511640>
See recently announced transactions in the (sub-)sector in the last six months
<http://www.mergermarket.com/rsvp.asp?e=102&id=511640>
League Table of top financial advisors to the sector in the last 12 months.
<http://www.mergermarket.com/rsvp.asp?e=103&id=511640>
Source :      Ratings Agency press release(s)
Size :   > 10m (USD)
Value :      140 m USD (market capitalization)
Stake Value :  100%
Grade :      Confirmed
Alert :      Consumer Retail M&A
Intelligence ID :    511640
Back


Headline :     FUBU still on block; strategic acquirer more likely than PE, sources say
<http://www.mergermarket.com/images/mergermarket_small.gif> Proprietary Intelligence
Main body :    FUBU, the privately held New York-based urban apparel business, is still in the midst of a sales process being handled by investment bank Financo, sources said.
A source close to the company said FUBU would likely be sold to a strategic acquirer, and not a private equity firm, though a second source would not necessarily rule out a private equity buyer.
An industry source noted a number of potential strategic acquirers with plenty of cash, including New York-based Phillips-Van Heusen, listed Maryland-based Under Armour, listed California-based Cherokee and listed New York-based Iconix.
It was previously reported that listed Missouri-based Kellwood, listed North Carolina-based VF Corporation and listed Florida-based Perry Ellis could be potential acquirers.
Prior reports have also noted that listed California-based Volcom is interested in buys, as well as listed New York-based Jones Apparel. Although listed New York-based Liz Claiborne was cited as an acquirer, it is undergoing a reorganization, and listed New York-based Ralph Lauren, though in a great financial position, has not indicated interest in making buys.
A number of deals in the urban wear space have crossed the tape, including most recently, Iconix's buy of Rocawear this year. Kellwood, meanwhile, scooped up Phat Fashions, parent of Phat Farm and Baby Phat, back in 2004.
A prior report noted that in 1999 FUBU reported USD 200m in annual sales generated by its men's clothing business and USD 150m from its licenses.
Source :      mergermarket
Size :   100m - 500m (USD)
Value :      350 m USD (Company's total last-reported revenues)
Stake Value :  N/A
Grade :      Strong evidence
Alert :      Consumer Retail M&A
Intelligence ID :    511500
Back


Headline :     Old Dominion Footwear would consider any options to access international marketplace; would not rule out sale, manager says
<http://www.mergermarket.com/images/mergermarket_small.gif> Proprietary Intelligence
Main body :    Old Dominion Footwear, the privately held Virginia-based footwear group, would look at any opportunities that would gain the company access to markets in any part of the world, said Tim Campbell, national sales manager.
He agreed those opportunities could potentially include a strategic investment, alliance or partnership, among other options, and added that the company welcomes contact concerning ideas on its strategy.
In terms of a sale of the company to a larger strategic, in consideration of competing in a broader global marketplace, Campbell would not rule such a move in or out.
He did say that companies such as HH Brown Shoe Company, a unit of listed Nebraska-based Berkshire Hathaway, need to look at acquisitions of the next generation of footwear lines in order to fuel growth.
He indicated, conversely, that smaller footwear companies, because of retail consolidation, issues tied to outsourcing, as well as the competitiveness of the global marketplace, need to look to the future in terms of becoming part of larger strategies that have greater

resources.
Old Dominion Footwear generates between USD 10m and USD 25m in revenues, with domestic sales accounting for 95% of its business, with a small portion generated from Canada, Campbell said.
The company has a double-digit growth rate, year-over-year, and is a financially sound business, he said. Old Dominion Footwear licenses the Duck Head brand for footwear and owns the AquaDuck brand of waterproof footwear.

by Richard Collings
See other intelligence on companies looking to buy in the (sub-)sector in the last three months
<http://www.mergermarket.com/rsvp.asp?e=101&id=511498>
See intelligence on companies for sale in the (sub-)sector in the last three months
<http://www.mergermarket.com/rsvp.asp?e=100&id=511498>
See recently announced transactions in the (sub-)sector in the last six months
<http://www.mergermarket.com/rsvp.asp?e=102&id=511498>
League Table of top financial advisors to the sector in the last 12 months.
<http://www.mergermarket.com/rsvp.asp?e=103&id=511498>
Source :    mergermarket
Size :  10m - 50m (USD)
Value :    25 m USD (Upward range of likely revenues)
Stake Value :  N/A
Grade :    Confirmed
Alert :    Consumer Retail M&A
Intelligence ID :    511498
Back


Headline :    Fast Retailing raises offer for Barneys New York to USD 950m
Main body :    Fast Retailing has raised its offer for Barneys New York to USD 950m.
According to a company press release, Jones Apparel Group (NYSE: JNY; the "Company" and "Jones") today announced that, following a number of discussions that the Company's advisors had on Friday, 3 August 2007, with advisors to Fast Retailing ("Fast Retailing") and with advisors to Istithmar PJSC ("Istithmar") and its affiliates, Jones has received an amended offer from affiliates of Istithmar to acquire Jones' wholly owned subsidiary Barneys New York ("Barneys") for USD 900m in cash and an amended offer from Fast Retailing to acquire Barneys for USD 950m in cash.
In accordance with the terms of the Company's Stock Purchase Agreement with affiliates of Istithmar (the "Istithmar Agreement"), Jones has transmitted to affiliates of Istithmar a written notice containing the material terms of the amended Fast Retailing offer and expressing the Company's intention to accept the amended Fast Retailing offer. Jones will be entitled to terminate the Istithmar Agreement unless during the two business day period commencing on 6 August 2007, affiliates of Istithmar make an offer that the Company's Board of Directors determines in accordance with the Istithmar Agreement to be at least as favorable to Jones as the amended Fast Retailing offer.
In the event that Jones were to terminate the Istithmar Agreement in order to accept the amended Fast Retailing offer, Jones would be required to pay an affiliate of Istithmar a termination fee of USD 22.7m.
Source :    Company press release(s)
Size :  > 500m (USD)
Value :    950 m USD (deal value)
Stake Value :  100%
Grade :    Confirmed
Alert :    Consumer Retail M&A
Intelligence ID :    511593
Back


Headline :    Issac Daniel considering full realm of exit possibilities, CMO says
<http://www.mergermarket.com/images/mergermarket_small.gif> Proprietary Intelligence
Main body :    Isaac Daniel, the privately held Florida-based producer of footwear imbedded with GPS chips, is considering the full realm of exit possibilities, including either a sale, a strategic investment or a public offering, said Ray Knight, chief marketing officer. The company has received acquisition offers, but none have been accepted yet, he said, and discussions concerning strategic alliances, partnerships and engagements are on-going.
In particular, the GPS footwear business seeks entities that can provide money, sources of manufacturing, distribution and brand management expertise, Knight explained.
Isaac Daniel welcomes contact from the financial community and strategic partners concerning the company's financial options, he said.
As of March, the self-funded company had approximately 32,000 orders for its shoes, selling at USD 350 per pair, which would

generate over a total of USD 11m in retail sales, according to prior reports.
Knight declined to comment at this time on the company's projected revenues or potential valuation, but said the company expects meteoric growth, with pent-up demand for its patent and patent-pending protected products.
He said the company will not only generate interest from parents who desire to help protect their children with the tracking abilities of footwear imbedded with tiny Global Position System (GPS) chips, but also has received contact from the senior housing, mental health and wellness and medical industries, as well as the military sector, in terms of how they can buy the product.
A number of other products could be added to Isaac Daniel's platform, including footwear featuring cell phones or video games, Knight said.

by Richard Collings
See other intelligence on companies looking to buy in the (sub-)sector in the last three months
<http://www.mergermarket.com/rsvp.asp?e=101&id=511407>
See intelligence on companies for sale in the (sub-)sector in the last three months
<http://www.mergermarket.com/rsvp.asp?e=100&id=511407>
See recently announced transactions in the (sub-)sector in the last six months
<http://www.mergermarket.com/rsvp.asp?e=102&id=511407>
League Table of top financial advisors to the sector in the last 12 months.
<http://www.mergermarket.com/rsvp.asp?e=103&id=511407>
Source :     mergermarket
Size :  10m - 50m (USD)
Value :      11 m USD (Total retail sales for the first quarter to the first half of this year)
Stake Value :  N/A
Grade :      Confirmed
Alert :      Consumer Retail M&A
Intelligence ID :    511407
Back


Headline :    Blue Square signs term sheet to buy Eden Market
Main body :    Blue Square announced a term sheet to acquire 51% of the outstanding shares of Eden Briut Teva Market (Eden Market). Blue Square is an NYSE-listed Israeli retailer. Eden Market is a private Israeli operator of 2 supermarket stores, specializing in organic, natural and health food products.
The term sheet provides for Blue Square to acquire 51% of Eden Market's outstanding shares for a cash payment in the amount of roughly USD 5.2m. In addition, Blue Square will provide Eden Market with shareholder loans in the amount of roughly USD 10.8m. The transaction is conditional upon receipt of all necessary regulatory approvals, including Israeli anti-trust approval, as well as the completion of a due diligence examination by Blue Square. It is intended that the closing date would occur no later than 60 days from the signing of the term sheet, by which time it is contemplated that the parties would have signed a detailed agreement.
Due to the above conditions, there is no certainty that the transaction will actually be completed.
Source :     Company press release(s)
Size :  10m - 50m (USD)
Value :      16 m USD (total scope of the deal)
Stake Value :  51%
Grade :      Confirmed
Alert :      Consumer Retail M&A
Intelligence ID :    511565
Back


Headline :    Teradata indicates that buys will play a role in growth strategy
Main body :    Teradata indicates that acquisitions will play a role in the Ohio firms growth strategy, the Dayton Business Journal reported. The article cited regulatory filings as its source for information about the software firm.
Teradata, which was spun off from NCR, had revenue of USD 1.56bn in 2006.
Growth in overseas markets is among Teradata's top priority, as is an increase in the firms consulting staff, the article reported.
See other intelligence on companies looking to buy in the (sub-)sector in the last three months
<http://www.mergermarket.com/rsvp.asp?e=101&id=511547>
See intelligence on companies for sale in the (sub-)sector in the last three months
<http://www.mergermarket.com/rsvp.asp?e=100&id=511547>
See recently announced transactions in the (sub-)sector in the last six months
<http://www.mergermarket.com/rsvp.asp?e=102&id=511547>
League Table of top financial advisors to the sector in the last 12 months.
<http://www.mergermarket.com/rsvp.asp?e=103&id=511547>

Source :      Dayton Business Journal
Value :       1,560 m USD (2006 revenue)
Stake Value : N/A
Grade :       Confirmed
Alert :       Consumer Retail M&A
Intelligence ID :   511547
Back


Headline :    Coyote Management acquires Alton Square Mall, shopping for others
Main body :   Alton Square Mall of St. Louis, Missouri has been acquired by Coyote Management of Dallas, Texas, the St. Louis Post Dispatch reported.
The paper, citing Michael E. Rulli, CEO of Coyote Management, reported that terms were not disclosed.
The acquisition was conducted by Coyote Management subsidiary Coyote Alton Mall, a partnership between Coyote Alton Investors and Torreonbridge National Investments of Austin, Texas, the paper reported. Coyote Management owns some 60 department stores and restaurants, the paper reported, including JC Penny stores and Macy's stores.
The seller was Simon Property Group of Indianapolis, Indiana, the paper reported. The mall has 634,181 square feet of retail space, according to the report.
Rulli said the Alton Square Mall purchase is part of Coyote Management's strategic growth initiative, in which the company plans over the next two years to acquire additional regional malls that are dominant in secondary markets, the paper reported.
See other intelligence on companies looking to buy in the (sub-)sector in the last three months
<http://www.mergermarket.com/rsvp.asp?e=101&id=511539>
See intelligence on companies for sale in the (sub-)sector in the last three months
<http://www.mergermarket.com/rsvp.asp?e=100&id=511539>
See recently announced transactions in the (sub-)sector in the last six months
<http://www.mergermarket.com/rsvp.asp?e=102&id=511539>
League Table of top financial advisors to the sector in the last 12 months.
<http://www.mergermarket.com/rsvp.asp?e=103&id=511539>
Source :      St. Louis Post Dispatch
Size :  50m - 100m (USD)
Stake Value :  more than 30% inclusive
Grade :       Confirmed
Alert :       Consumer Retail M&A
Intelligence ID :   511539
Back


Headline :    Scottsdale Courtyard Shops mall on the block for USD 10.6m
Main body :   Scottsdale Courtyard Shops, a shopping mall, is up for sale, according to a report in the Phoenix Business Journal.
The paper, citing David Guido, a broker who is involved in selling the shopping mall, reported that the mall's private owners are seeking USD 10.6m for the 37,200-square-feet retail shopping business.
According to the report, Marcus & Millichap, the Phoenix, Arizona-based real estate company, is acting as broker for the seller.
See other intelligence on companies looking to buy in the (sub-)sector in the last three months
<http://www.mergermarket.com/rsvp.asp?e=101&id=511555>
See intelligence on companies for sale in the (sub-)sector in the last three months
<http://www.mergermarket.com/rsvp.asp?e=100&id=511555>
See recently announced transactions in the (sub-)sector in the last six months
<http://www.mergermarket.com/rsvp.asp?e=102&id=511555>
League Table of top financial advisors to the sector in the last 12 months.
<http://www.mergermarket.com/rsvp.asp?e=103&id=511555>
Source :      Phoenix Business Journal
Size :  10m - 50m (USD)
Value :       10 m USD (Price sought)
Stake Value : N/A
Grade :       Confirmed
Alert :       Consumer Retail M&A
Intelligence ID :   511555
Back

This message was generated by the mergermarket.com site.

Please visit http://www.mergermarket.com

For information on advertising in email alerts or other creative sponsorship opportunities with mergermarket please email us at adinfo@mergermarket.com <MAILTO:adinfo@mergermarket.com?Subject=Request for Sponsorship Information>

This email and any files transmitted with it are intended solely for the addressee(s) and may be legally privileged and/or confidential. If you have received this email in error please destroy it and contact the sender, via our switchboard on +44 (0)20 7059 6100 or via return e-mail. You should not copy, forward or use the contents, attachments or information in any way. Any unauthorised use or disclosure may be unlawful. Mergermarket Limited gives no warranty as to the accuracy or completeness of this email after it is sent over the Internet and accepts no responsibility for changes made after it was sent. Any opinion expressed in this email may be personal to the author and may not necessarily reflect the opinions of mergermarket.com or its affiliates. They may also be subject to change without notice.

Unsubscribe <http://www.mergermarket.com/unsubscribe.asp?uapguid=BE545F7C-A9B2-4D58-ABCE-DDFAEC330B49&upguid=FDD3109A-88F2-4873-9F6A-35E47488146C>

[2.1.06.01]