# EXHIBIT 13

**From:** Benjamin Setiawan [mailto:BenjaminS@nichemediallc.com]
**Sent:** Tuesday, August 14, 2007 4:11 PM
**To:** Decker, Laura
**Subject:** Joseph Abboud | new men's line - Jaz

Hi Laura!

I hear that Joseph Abboud is launching a new men's line called Jaz.

Can you send me more info on it?

Thanks!
Ben


Benjamin Liong Setiawan
Fashion and Accessories Assistant
**Niche Media Holdings LLC**
Aspen Peak | Boston Common | Capitol File |
Gotham | Hamptons | Los Angeles Confidential
BenjaminS@gotham-magazine.com
257 Park Avenue South, 5th Floor
New York, New York 10010
646.839.1707 phone
212.780.0003 fax
www.nichemediallc.com