UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
JA APPAREL CORP.,                         :

        Plaintiff,                    : Civil Action No. 07-cv-7787
                                      (DAB)
v.                                        :

JOSEPH ABBOUD, HOUNDSTOOTH CORP., and     :
HERRINGBONE CREATIVE SERVICES, INC.,

        Defendants.                   :

------------------------------------------x

### CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2007, I caused to be hand-delivered true and accurate copies of the following documents upon Louis S. Ederer, Esq., Arnold & Porter LLP, 399 Park Avenue, New York, New York 10022-4690, who is authorized to accept service of process on behalf of his clients, defendants Joseph Abboud, Houndstooth Corp., and Herringbone Creative Services, Inc.

1. Complaint

2. Civil Cover Sheet

3. Plaintiff's Memorandum of Law in Support of its Application for Expedited Discovery

4. Rule 7.1 Statement

5. Order to Show Cause for Preliminary Injunction and Expedited Discovery (with attached Declaration of Thomas A. Smart and Declaration of Eric Spiel)

6. Plaintiff's Memorandum of Law in Support of its Application for an Order to Show Cause Why a Preliminary Injunction Should Not be Entered

I further certify that on September 10, 2007, I mailed true and accurate copies via Federal Express to Louis S. Ederer, Esq. of the Summons in the above action and the Individual Practices of both Judge Deborah A. Batts and Magistrate Judge Theodore H. Katz.

Dated: September 10, 2007

                                                   *Victoria Haje*
                                                   Victoria Haje

**FedEx Express US Airbill**

FedEx Tracking Number: 8575 1265 9316

Date: 9/10/07

Sender's FedEx Account Number: 0100-1946-0

From: Aviguel Cymrot
Phone: 212 836-8698
Company: KAYE SCHOLER LLP
Address: 425 PARK AVE FL 12
NEW YORK, State: NY, ZIP: 10022

Internal Billing Reference: 32151 0002 01433

To: Louis S. Ederer
Phone: ( )
Company: Arnold + Porter LLP
Address: 399 Park Avenue
New York, State: NY, ZIP: 10022

0334940379

**4a Express Package Service** — Packages up to 150 lbs.
[X] FedEx Priority Overnight
[ ] FedEx Standard Overnight
[ ] FedEx First Overnight
[ ] FedEx 2Day
[ ] FedEx Express Saver

**4b Express Freight Service** — Packages over 150 lbs.
[ ] FedEx 1Day Freight
[ ] FedEx 2Day Freight
[ ] FedEx 3Day Freight

**5 Packaging**
[X] FedEx Envelope*
[ ] FedEx Pak*
[ ] FedEx Box
[ ] FedEx Tube
[ ] Other

**6 Special Handling**
[ ] SATURDAY Delivery
[ ] HOLD Weekday at FedEx Location
[ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
[X] No
[ ] Yes As per attached Shipper's Declaration
[ ] Yes Shipper's Declaration not required
[ ] Dry Ice, Dry ice, 9, UN 1845 ___ x ___ kg
[ ] Cargo Aircraft Only

**7 Payment** Bill to:
[X] Sender
[ ] Recipient
[ ] Third Party
[ ] Credit Card
[ ] Cash/Check

Total Packages: 1    Total Weight: ___    Total Declared Value: $ .00

**8 NEW Residential Delivery Signature Options**
[ ] No Signature Required
[ ] Direct Signature
[ ] Indirect Signature

519

Sender's Copy