Louis S. Ederer
John Maltbie
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
(212) 715-1000
*Attorneys for Defendants and*
*Counterclaim Plaintiffs Joseph Abboud, Houndstooth Corp.*
*and Herringbone Creative Services, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| JA APPAREL CORP., | |
| Plaintiff, | |
| v. | Civil Action No. 07 CV 07787 (DAB) |
| JOSEPH ABBOUD, HOUNDSTOOTH CORP., and HERRINGBONE CREATIVE SERVICES, INC., | |
| Defendants. | |
| JOSEPH ABBOUD, HOUNDSTOOTH CORP., and HERRINGBONE CREATIVE SERVICES, INC., | |
| Counterclaim Plaintiffs, | |
| v. | |
| JA APPAREL CORP. and MARTIN STAFF, | |
| Counterclaim Defendants. | |

------------------------------------------------------------ x

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**
**OF COUNTERCLAIM PLAINTIFFS HOUNDSTOOTH CORP.**
**AND HERRINGBONE CREATIVE SERVICES, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned attorney of record for counterclaim plaintiffs Houndstooth Corp. ("Houndstooth"), and Herringbone Creative Services, Inc. ("Herringbone"), certify that there are no publicly traded subsidiaries, affiliates or related companies of counterclaim plaintiffs Houndstooth or Herringbone.

Dated: New York, New York
September 28, 2007

ARNOLD & PORTER LLP

By: _____
Louis S. Ederer
John Maltbie
399 Park Avenue
New York, New York 10022
(212) 715-1000

*Attorneys for Defendants and Counterclaim Plaintiffs Joseph Abboud, Houndstooth Corp., and Herringbone Creative Services, Inc.*