Schedule 3.7

# JOSEPH ABBOUD WORLDWIDE

## Most recent MGR payment received, by Licensee

| Company | Product Categories | $ Amount | Date paid | Invoice # | Check # |
|---|---|---|---|---|---|
| Avon | Tablecloths, Place Mats, Kitchen Textiles | 17,500 | 4/3/00 | 355 | 11297 |
| Bess Manufacturing | Decorative Pillows | 10,000 | 4/4/00 | 356 | 15702 |
| Carnival | Men's Clothing, Furn., Sportswear, Accessories | 10,000 | 5/17/00 | 375 | Wire transfer |
| Couristan | Woven and Printed Area Rugs | 10,000 | 1/20/00 | 371 | 63037 |
| Creative Bath | Shower Curtains and Accessories | 10,000 | 4/24/00 | 357 | 33229 |
| E. Gluck Corp. | Men's Watches & Timepieces | 10,000 | 4/3/00 | 348 | 40538 |
| EuroItalia / EuroParfums | Men's Fragrance | 33,459 | 1/20/00 | 327 | Wire transfer |
| Excel | Flatware | 3,750 | 8/9/99 | 309 | 71882 |
| Florsheim | Men's Shoes | 75,000 | 4/26/00 | 349 | 047142 |
| General Motors Corporate, (consulting) | Design promotional collection for 2000 Olympic games | 90,000 (final payment) | 3/6/00 | 328 | 2294103 |
| General Motors, Buick Regal, (license) | Style Buick Regal (1st pymt expected Oct 2000) | No MGR | | | |
| GFT | Sportswear (1st Quarter) | 212,156 | 4/28/00 | R-JAS 3/00 | 050294 |
| GFT | Men's Tailored Clothing, and Furnishings | 387,500 | 3/31/00 | | 049971 |

Updated 6/12/00

| Company | Product Categories | $ Amount | Date paid | Invoice # | Check # |
|---|---|---|---|---|---|
| Hedaya | Hand Made Quilts & Accessories | 12,500 | 4/19/00 | 358 | 016182 |
| Humphreys Inc. | Men's Belt and Small Leather Goods | 100,000 | 2/18/00 | 332 | 68139 |
| Imperial | Wall Coverings | 15,000 | 1/21/99 | 213 | 1004075 |
| Induter / Atrium / Davidson | Bedding, Bath, Blanket & Beach | 25,000 | 4/6/00 | 359 | Wire transfer |
| Kravet | Decorative Fabrics | 6,250 | 3/27/00 | 360 | 138478 |
| Majestic Industries | Men's Swimwear, Sleepwear, Robes & Loungewear | 20,000 | 3/27/00 | 361 | 238 |
| Onward Kashiyama | Men's Tailored Clothing, Furnishings and Sportswear | 81,000 | 4/11/00 | 350 | 50104 (GFT) |
| Pancaldi (license in litigation) | Womens Shoes | 10,000 | 2/16/99 | 210 | 2009 |
| Pietrafesa Corp. | Men's Overcoats | 10,000 | 1/19/00 | 320 | 82631 |
| PTS America | China | 10,000 | 4/30/99 | 258 | 4931 |
| Quentin Ashford | Men's Sterling Silver Jewelry | 8,750 | 1/20/00 | 372 | 241 |
| Sergio Pellari/ADC | Women's Collection | 8,190 | 4/6/00 | 346 (partial) | 2578 |
| Simmons | Mattresses and Box Springs | 37,500 | 1/6/00 | 373 | 3201064 |
| United Feather & Down | Down Comforters and Pillows | 15,000 | 4/3/00 | 362 | 1001558 |
| V. Fraas | Men's Scarves Women's Scarves | 7,500 | 3/28/00 | 353 | 9360 |

Updated 6/12/00

| Whaling Mfg. Co. | Men's Rainwear | 18,750 | 4/25/00 | 354 | 0070 |
|---|---|---|---|---|---|





**BESS MANUFACTURING COMPANY**
1807-27 EAST HUNTINGDON STREET
PHILADELPHIA, PA 19125

PNC BANK
NATIONAL ASSOCIATION
PHILADELPHIA, PA.

NO. 015702

3-9
310

| DATE | AMOUNT |
|------|--------|
| 03-24-00 | *****10,000.00 |

PAY THIS AMOUNT

TEN THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF:

HOUNDSTOOTH CORP
JOSEPH ABBOUD CO-E.L.JOHNSON
650 FIFTH AVE 20TH FLOOR
NEW YORK, NY 10019

⑈015702⑈ ⑆03⑆000053⑆ 860251311⑈

COURISTAN, INC.

HOUNDSTOOTH CORP

$10,000.00

COURISTAN, INC.

TWO EXECUTIVE DRIVE
FORT LEE, NJ 07024

PAY

TO THE
ORDER OF    HOUNDSTOOTH CORP

The Bank of New York (Delaware)
Newark, Delaware

063037

62-35
311

CHECK NUMBER

DATE
1-20-00

CHECK AMOUNT
$10,000.00

AUTHORIZED SIGNATURE

063037

⑈063037⑈ ⑆031100351⑆ 030001974 251⑈



CREATIVE BATH PRODUCTS, INC.
250 CREATIVE DRIVE
CENTRAL ISLIP, NY    11722

1-12/280

33229

PAY
AMOUNT
OF

DATE    4-19-00    Houndstooth Corp

TO THE ORDER OF

THE SUM 10000 DOLS 00 CTS

EXPLANATION | AMOUNT
Jan-March Royalties

DESCRIPTION | DOLLARS
CHECK NUMBER 33229

CHECK AMOUNT    $ -10,000.00

Mellny McCorp

CHEMICAL BANK
615 GRAND BOULEVARD, DEER PARK, NY  11729

⑈033229⑈ ⑆028000121⑆ 844⑈105465⑈

FLEET BANK, NATIONAL ASSOCIATION
Route 22
Goldens Bridge, NY 10526
(516) 531-6515

DATE

03/31/00

3 THE
RDER OF

HOUNDSTOOTH CORP.
C/P JOSEPH ABBOUD
650 FIFTH AVE. 27th FL.
NEW YORK, N.Y.

10019

⑬ E. GLUCK CORPORATION
29-10 THOMSON AVENUE
LONG ISLAND CITY, NY 11101

CHECK NO. 0040538

1-32
219

PAY THIS AMOUNT

****$10,000

dollars    NO    cents

AMOUNT OF CHECK

$*****$10,000.00

⑃"0040538"  ⑃:021900325:  2598  02  3014"⑃



FLORSHEIM GROUP INC.

| DATE: 04/20/00 | CUST. ACCT. NO. | | VENDOR NAME | HOUNDSTOOTH CORPORAT | VENDOR NO: | 047142 |
| --- | --- | --- | --- | --- | --- | --- |
| 5000003153 | 349/JA LICENSE | | 03/06/00 | 75,000.00 | 91811 | No. 047142 |
| | | | | | 0.00 | 75,000.00 |

ETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT.     *Thank You*

3)

0.00          75,000.00

**THE WORD VOID WILL APPEAR IF THIS CHECK IS COPIED IN ANY MANNER**

ORSHEIM GROUP INC

orth LaSalle Chicago, IL 60601-1014

RSHEIM

Bankers Trust (Delaware)
Wilmington, Delaware

62-38
311

No. 047142

| 04/20/00 | $***75,000.00* |
| --- | --- |

SEVENTY-FIVE THOUSAND DOLLARS AND 00/100 ***

HOUNDSTOOTH CORPORATION
*****************************

N/A
STATELESS

AUTHORIZED

THE WORD VOID WILL



JA APPAREL CORP.
MEADOWS OFFICE COMPLEX
301 Route 17 North, Rutherford, NJ 07070

GRUPPO-GFD

DATE    03/27/00

NO. 049971

THE BANK OF NEW YORK
WHITE PLAINS, N.Y.

1-1
210 145

PAYABLE IN U.S. FUNDS

AMOUNT
******387500.00

VOID AFTER 180 DAYS

49971

THREE HUNDRED EIGHTY-SEVEN THOUSAND FIVE HUNDRED AND 00/100

TO
THE
ORDER
OF

HOUNDSTOOTH CORPORATION
450 FIFTH AVENUE
27 FL.
NEW YORK       NY 10019
ATTN:MR. JOSEPH ABBOUD

JA APPAREL CORP.

By
AUTHORIZED SIGNATURE

By
AUTHORIZED SIGNATURE

⑆0001⋅9971⑆  ⑆021000018⑆  14⋅71921⑆



1612 HOUNDSTOOTH CORPORATION

CHECK PAYMENT NBR.

| INVOICE | DESCRIPTION | DATE | P.O. NO. | GROSS AMT. | DISCOUNT | NET AMOUNT | DATE |
|---|---|---|---|---|---|---|---|
| R-JAS-3/00 | | 03/31/00 | | 213152.00 | | 213152.00 | |
| WJAS-3/00C | | 03/31/00 | | 996.00- | | 996.00- | |
| | | | TOTALS | 212156.00 | | | |

JA APPAREL CORP. -    MEADOWS OFFICE COMPLEX
301 Route 17 North, Rutherford, NJ 07070

**JA APPAREL CORP.**
MEADOWS OFFICE COMPLEX
301 Route 17 North, Rutherford, NJ 07070

GRUPPO-GFD

DATE   04/26/00

THE FACE AND BACK OF THIS DOCUMENT HAVE MULTIPLE SAFETY FEATURES

THE BANK OF NEW YORK
WHITE PLAINS, N.Y.

$\frac{1-1}{210}$   145

NO.   050294

PAYABLE IN U.S. FUNDS

AMOUNT
*****$212,156.00

VOID AFTER 180 DAYS

PLEASE DETACH BEFORE CASHING

212156.00

THE SUM 212 156 00 CTS

TO
THE
ORDER
OF

HOUNDSTOOTH CORPORATION
650 FIFTH AVENUE
27 FL.
NEW YORK   NY   10019
ATTN: JOSEPH ABBOUD

JA APPAREL. CORP.

By _____
AUTHORIZED SIGNATURE

By _____
AUTHORIZED SIGNATURE

⑈000050294⑈  ⑆021000018⑆  4 789 2⑈

# J O S E P H

# A B B O U D

April 28, 2000

Mr. Joseph Abboud, President
Houndstooth Corporation
90 Pine Brook Road
Bedford, NY  10506

Dear Mr. Abboud:

In accordance with the license agreement of January 19, 1996, our records indicate the following for Mens Sportswear for the period Jan. 1, 2000 to Mar. 31, 2000.

| | | |
|---|---|---|
| Net Sales, Full-Price Products | $3,760,323 | |
| Percentage Royalty @ 5% : | | $188,016 |
| Net Sales, Off-Price Products | 759,027 | |
| Percentage Royalty @ 2% : | | $15,181 |
| Net Sales, Sub-Licensed Affiliates- Canada | 199,110 | |
| Percentage Royalty @ 5% : | | $9,956 |
| Net Sales, Sub-Licensed Affiliates- Australia | N/A | |
| Percentage Royalty @ 5% : | | $0 |
| Commission Income, Third Party – Mexico | 0 | |
| Your Share @ 50% | | $0 |
| Percentage Royalty, 3-31-00 | | $213,152 |
| Less: 10% Canadian W/H Tax | | 996 |
| Less: 10% Australian W/H Tax | | 0 |
| Percentage Royalty Due, to 3-31-00 | | $212,156 |

Very Truly Yours,
JA Apparel Corp.

Wayne Markowitz
Executive V.P., C.A.O., C.F.O.

JA APPAREL CORP.  BUSINESS OFFICE  301 ROUTE 17N



IEDAYA HOME FASHIONS, INC. • 255 18TH ST • BROOKLYN, N.Y. 11215

NO. 016182

| INVOICE NO. | INVOICE DATE | VOUCHER NUMBER | INVOICE AMOUNT | DISCOUNT | PAYMENT AMOUNT |
|---|---|---|---|---|---|
| 358 | 3/6/00 | | $12,500.00 | | 12,500.00 |

| CHECK NO. | VENDOR NUMBER | | | TOTALS | |
|---|---|---|---|---|---|
| 16182 | 85263 | | | | |

# IEDAYA HOME FASHIONS, INC.

5 18TH ST BROOKLYN, N.Y. 11215 • (718) 965-3050

CHASE    The Chase Manhattan Bank
349 Fifth Avenue
New York, NY 10016

NO. 016182

| CHECK DATE | CHECK NO. |
|---|---|
| 4/19/00 | 16182 |

NOTE: ORIGINAL CHECK HAS MICROPRINTING ON
THE SIGNATURE LINE AND RED CHECK NUMBERS
IMAGE THROUGH TO THE BACK OF THE SHEET.

CHECK AMOUNT
$12,500.00

AUTHORIZED SIGNATURE

TO
ER    Houndstooth Corp.

�串016182③ ⑈:021000021⑈:003931607③

**HUMPHREYS INC.**
2009 WEST HASTINGS ST. CHICAGO, IL 60608

CONTROL NO.

CHECK NO.

DETACH BEFORE DEPOSITING

| INVOICE NUMBER | HUMPHREYS CORP. DESCRIPTION | INVOICE DATE | GROSS AMOUNT | DISCOUNT | ANTICIP. | NET AMOUNT |
|---|---|---|---|---|---|---|
| 45471 | | | | | | 68139 |
| 322 | | 02/08/00 | 100000.00 | 0.0 | | 100000.00 |
| | | | 100000.00 | 0.0 | | 100000.00 |

CONTROL NO. 068139

| CHECK NO. |
|---|
| 68139 |

THE FIRST NATIONAL BANK
OF CHICAGO
CHICAGO, ILLINOIS

70-322
719

**HUMPHREYS INC.**
2009 WEST HASTINGS ST. CHICAGO, IL 60608
312-997-2358
FAX 312-997-2147

ONE HUNDRED THOUSAND AND 00/100

PAY TO THE ORDER OF

HOUNDSTOOTH CORP.
ATTN: E. LEACH JOHNSON
JOSEPH ABBOUD COMPANY
650 FIFTH AVE, 20TH FLOOR
NEW YORK     NY 10019

| DATE | PAY THIS AMOUNT |
|---|---|
| 02/11/00 | ****100000.00 |

AUTHORIZED SIGNATURE

⑈068139⑈ ⑆071923226⑆ 94 30164⑈

**IHDG™** Imperial Home Decor Group™

23645 Mercantile Rd.
Beachwood, Ohio 44122

Check No. **1004075**

| Invoice Date | | | Voucher No. | Invoice Number | Gross Amount | Payment Amount |
|---|---|---|---|---|---|---|
| Mo. | Day | Yr. | | | | |
| 01 | 18 | 99 | 66790 | ROYALTY | 15,000.00 | 15,000.00 |

---

**IHDG™**
Imperial Home Decor Group™
23645 Mercantile Rd. • Beachwood, Oh. 44122

Date January 19, 1999

**1004075**
Check No.

56-1544
441

Dollars    Cents

Pay to
the
order
of

Houndstooth Corp.
90 Pine Brook Road
Bedford NY 10506

PAY
EXACTLY    *******15,000.00

NOT VALID AFTER 90 DAYS

AUTHORIZED SIGNATURES

BANK ONE, NA
CIRCLEVILLE, OH

⑆1004075⑆  ⑆044154413⑆  9866183154⑈

INDUTER U.S.A., INC.

1478

1-904/290
2933/201

DATE March 28th, 2000

PAY TO THE
ORDER OF  Houndstooth Corp.  | $ 25,000.00

Twenty thousand and zero cents————————————— DOLLARS

BANCO ESPANOL DE CREDITO S.A.
NEW YORK BRANCH
730 Fifth Avenue, New York, N.Y. 10019

MEMO Inv. 359

1,478

⑆ 200901⑆ 2933 201⑈ 25000 ⑆



138478

KRAVET FABRICS, INC.
225 CENTRAL AVENUE SOUTH
BETHPAGE, NY 11714

THE BANK of NEW YORK
White Plains, NY
50-828/219

PAY
TO THE
ORDER
OF:

SIX THOUSAND TWO HUNDRED FIFTY AND 00/100 DOLLARS

HOUNDSTOOTH CORP
49 W 57TH ST
3RD FL
NEW YORK NY 10019

DATE     AMOUNT

0138478  03/22/2000  *********$6,250.00

KRAVET FABRICS, INC.

AUTHORIZED SIGNATURE

⑂ Security features. Details on back.

⑈⑈138478⑈⑈ ⑈:021908288⑈: 98⑈⑈7024⑈5⑈⑈

PAYABLE THROUGH THE TORONTO-DOMINION BANK, 31 WEST 52ND STREET, NEW YORK, N.Y. 10019-6101

**MAJESTIC INTERNATIONAL USA, INC.**
3700 JEAN RIVARD STREET
MONTREAL, QUEBEC  H1Z 4K3

0238

U.S. DOLLAR ACCOUNT
1-324/260

PAY to
the order of ___ Houndstooth Corp. _____

DATE April 1, 2006

$ 20,000.00

IN SUM OF
THE SUM OF $20,000.00 & 00cts _____ DOLLARS

TD BANK
COMMERCIAL BANKING CENTRE
3590 ST-LAURENT BLVD. & PRINCE ARTHUR ST.
MONTREAL (QUEBEC) H2X 2V3  47201-004

MAJESTIC INTERNATIONAL USA, INC.

PER _____

PER _____

RE: 2nd QTR 2006  M.L.C. Re Joseph Wachsler

⑈000238⑈  ⑆026003243⑆  0040⑈730730⑈



1612 HOUNDSTOOTH CORPORATION

CHECK PAYMENT NBR.

| INVOICE | DESCRIPTION | DATE | P.O. NO. | GROSS AMT. | DISCOUNT | DATE 50104 NET AMOUNT 04/10/00 |
|---|---|---|---|---|---|---|
| 1000 | VIA M. WEINBER | 03/22/00 | | 81,000.00 | 0.00 | 81,000.00 |
| | | | TOTALS | 81,000.00 | 0.00 | 81,000.00 |

JA APPAREL CORP. - MEADOWS OFFICE COMPLEX
301 Route 17 North, Rutherford, NJ 07070

GRUPPO GFT

DATE  04/10/00

EIGHTY-ONE THOUSAND AND 00/100 ————————

JA APPAREL CORP.
MEADOWS OFFICE COMPLEX
301 Route 17 North, Rutherford, NJ 07070

THE FACE AND BACK OF THIS DOCUMENT HAVE MULTIPLE SAFETY FEATURES  PLEASE DETACH BEFORE CASHING

THE BANK OF NEW YORK
WHITE PLAINS, NY.

1-1  145
210

NO. 050104

PAYABLE IN U.S. FUNDS

AMOUNT
*****81,000.00

VOID AFTER 180 DAYS

JA APPAREL CORP.

By _____
AUTHORIZED SIGNATURE

By _____
AUTHORIZED SIGNATURE

TO
THE
ORDER
OF
HOUNDSTOOTH CORPORATION
650 FIFTH AVENUE
27 FL.
NEW YORK        NY  10019
ATTN: MR. JOSEPH ABBOUD

⑈000050104⑈  ⑆0210000181:  41,7892⑈



| REF. NO. | YOUR INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| | 320 | 12/03/99 | DEC 99 RGY | 10,000.00 | .00 | 10,000.00 |
| | | | | 10,000.00 | .00 | 10,000.00 |

THIS DOCUMENT CONTAINS A VOID PANTOGRAPH AND MICROPRINT SIGNATURE LINES

CHECK NO. 082631

PNC Bank, National Association
Jeannette, PA
60-162
433

CHECK AMOUNT
$*****10,000.00

TWO SIGNATURES REQUIRED

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

7400 MORGAN ROAD • LIVERPOOL, N.Y. 13090-3900

CHECK DATE
12/29/99

VENDOR NO.
HOUND

TEN THOUSAND DOLLARS ONLY

HOUNDSTOOTH CORP.
ATTN: E. LEACH JOHNSON
650 FIFTH AVENUE, 20TH FLOOR
NEW YORK, NY 10019

⑈082631⑈ ⑆011330162⑆ 1011771775⑈



PTS AMERICA INC

CHECK NO. 4931

| CD | REFERENCE # | DATE | VOUCHER | BATCH | GROSS | % | DISCOUNT | OTHER | NET |
|----|-------------|------|---------|-------|-------|---|----------|-------|-----|
| I | | 04/28/99 | 0004470 | 0428 | 10000.00 | | | | 10000.00 |
| | | | | TOTALS | 10000.00 | | 0.00 | 0.00 | 10000.00 |

I = INVOICE
OA = ON ACCOUNT

CM = CREDIT MEMO
DB = DEBIT MEMO

CD-0428

PTS AMERICA INC
222 FIFTH AVENUE
NEW YORK, NY. 10001-7701

PAY
EXACTLY    TEN THOUSAND AND 00/100

TO
THE    HOUNDSTOOTH CORP.
ORDER    JOSEPH ABBOUD WORLDWIDE
OF    49 WEST 57TH STREET
NEW YORK, NY. 10019

CHEMICAL
CHEMICAL BANK
633 THIRD AVENUE
NEW YORK, NY 10017

| CHECK DATE | CHECK NUMBER |
|------------|--------------|
| 04/28/99 | 4931 |

CHECK AMOUNT
****10000 00

AUTHORIZED SIGNATURE

QUENTIN ASHFORD OF LONDON
DIV. MEN'S ACCESSORIES GROUP LTD.

241

1-327/260

Date _01 – 13 – 2000_

PAY TO
THE ORDER OF _HOUNDSTOOTH CORP_                                    $ _8750.00_

_Eighty Seven Hundred Fifty and_ ___no/100___ DOLLARS

BROADWAY NATIONAL BANK
855 AVENUE OF THE AMERICAS
NEW YORK, NY 10001

FOR _Joseph Abboud Worldwide License 1st MGR._

⑈026003272⑈: 32 1013 5⑈ 0241

© DESIGNER CHECKS · BLUE CLASSIC

ABBOUD WORLDWIDE                    PAGE  01
JOSEPH ABBOUD WW                    PAGE  02

JOSEPH ◆ ABBOUD
*worldwide*

## INVOICE - DEBT DUE TO HOUNDSTOOTH CORP

| DATE | INVOICE NO. |
|------|-------------|
| 3/6/00 | 346 |

**BILL TO**

SERGIO PELLARI, INC.
ATTN: ANGELO DELLA CROCE
49 WEST 57TH STREET
NEW YORK, NY 10019

PAYMENT INSTRUCTIONS

PLEASE MAKE CHECK PAYBLE TO
HOUNDSTOOTH CORP.

SEND TO:
ATTN: E. LEACH JOHNSON
JOSEPH ABBOUD COMPANY
650 FIFTH AVE. 20TH FLOOR
NEW YORK, NY 10019

| TERMS | DUE DATE |
|-------|----------|
| BY DUE DATE | 3/30/00 |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| MGR | MINIMUM GUARANTEED ROYALTY PAYMENT | 12,230.00 |

---

THIS CHECK IS DELIVERED FOR PAYMENT ON THE FOLLOWING ACCOUNTS

SERGIO PELLARI INC.                              2578

                                                1-771/280 G

PAY TO THE ORDER OF  *HOUNDSTOOTH CORP.*  $ 8190⁰⁰

*EIGHT THOUSAND ONE HUNDRED NINTY —* ⁰⁰ DOLLARS

STERLING NATIONAL BANK
425 Park Ave.
New York, N.Y. 10022

APRIL 1 200

| | |
|---|---|
| TOTAL | |
| LESS   % DISCOUNT | |
| LESS | |
| TOTAL DEDUCTIONS | |
| AMOUNT OF CHECK | |

⑈002578⑈ ⑇026007773⑈ 03 1098610⑈ 1

| Rec'd | 4/6/00 |
|-------|--------|
| QB | 4/10/00 |
| F/S detail | 4/10/00 |
| F/S summary | 4/10/00 |

TOTAL    $12,230.00

ABBOUD WORLDWIDE   49 WEST 57TH STREET, NEW YORK, NY 10019
TEL 212.223.9890  FAX 212.223.9000



**Simmons**
*Better Sleep Through Science*

CORPORATE

VOID AFTER 180 DAYS

CHECK NO. 03201064

641327
611

REFERENCE

| CHECK DATE | | |
|---|---|---|
| 1 | 05 | 99 |

PAY THIS AMOUNT
$37,500.00

PAY THE SUM OF    37,500    00
DOLLARS AND    CENTS

SIMMONS COMPANY

TO THE ORDER OF    Joseph Abboud

WACHOVIA BANK, N.A.
ATLANTA, GA

COUNTERSIGNED

⑈000 3 20 106 4⑈  ⑊06 1 1 3 279⑊:  07 535 4 661⑈

| INVOICE NUMBER | INVOICE DATE | VOUCHER NO. | GROSS AMOUNT | DISCOUNT AMOUNT | NET AMOUNT PAID |
|---|---|---|---|---|---|
| 10300 | 01 03 00 | | $37,500.00 | | $37,500.00 |

| | VENDOR NUMBER | | VENDOR NAME | |
|---|---|---|---|---|
| | | | Joseph Abboud | |

| CHECK NO. | CHECK DATE | | | TOTAL AMOUNT OF CHECK |
|---|---|---|---|---|
| | 1 05 99 | | | $37,500.00 |

CHECK NO.
03201064

| Rec'd | 1/6/00 |
|---|---|
| QB | 3/23/00 |
| F/S detail | 3/28/00 |
| F/S summary | 3/28/00 |



United Feather & Down
414 East Golf Road
Des Plaines, IL 60016
(847) 296-6500

State Street Bank & Trust Co.
Boston, MA 02101

CHECK NO. 1001558

5-2/110

DATE
03/28/2000

AMOUNT
$15,000.00

PAY    Sum of Fifteen Thousand and 00/100 Dollars

TO THE
ORDER
OF    HOUNDSTOOTH CORP.

⑈1001558⑈ ⑆011000028⑆ ⑈6450 7872 74⑈

V. FRAAS U.S.A., INC.

TOTAL ***

7500,00

BAYERISCHE Vereinsbank AG
(Union Bank of Bavaria)
New York Branch, 335 Madison Ave.,
New York, N.Y. 10017

**V. FRAAS (U.S.A.) INC.**
350 FIFTH AVENUE,
SUITE 4601
NEW YORK, NEW YORK 10118

352 1-860
260

9360

PAY**********************7,500,00*********

****7,500,00
AMOUNT

TO THE
ORDER
OF

JOSEPH ABBOUD
WORLDWIDE

DATE
3.23.00

V. FRAAS (U.S.A.) INC.

PER _____
AUTHORIZED SIGNING OFFICER

⑈026008808⑈ 514⑈ 120677⑈00⑈





| INVOICE NUMBER | INVOICE DATE | DESCRIPTION | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | | VENDOR | | CHECK DATE | 4/06/00 |
| 354 | 231350 3/06/00 | HOUNDSTOOTH CORP ACCT FOR PAY | 18750.00 | .00 | 18750.00 |
| | | TOTALS | 18750.00 | .00 | 18750.00 |

CHECK NUMBER    65040

0070

51.80 N
III

BankBoston
CONNECTICUT

387 QUARRY STREET • FALL RIVER, MA 02723

Whalog Mfg. Co. Inc.
Whaling Industries, Inc.

Made in U.S.A.

CHECK DATE    CHECK NO.
4/06/00    65040

CHECK AMOUNT
*****************18,750.00

EIGHTEEN THOUSAND SEVEN HUNDRED FIFTY AND 00/100***********************************

TO THE
ORDER OF

HOUNDSTOOTH CORP.
JOSEPH ABBOUD COMPANY
650 FIFTH AVE. 20TH FLOOR
NEW YORK NY 10019

AUTHORIZED SIGNATURE

⑈00006504⑈  ⑊0⑊⑊00805⑊  574 0 284 0⑈

# JOSEPH ABBOUD WORLDWIDE

Schedule B.)

## Licensee List – Apparel

| Product Categories | Label | Launch | Company | Contact (Bold indicates CEO / President / Director, etc.) | Phone | Fax |
|---|---|---|---|---|---|---|
| Men's Tailored Clothing, Furnishings, Golfwear and Sportswear | Joseph Abboud Diamond Label / Joseph Abboud Black Label | Spring 1989 / Spring 1999 | GFT/JA Apparel 650 5th Ave. NYC 10019 | **Mr. Bob Wichser** / Ms. Traci Young | 212-586-9140 / 800-999-0600 | 212-315-2636 |
| Men's Overcoats | Joseph Abboud Diamond Label / Joseph Abboud Black Label | Fall 2000 | Pietrafesa Corp. 7400 Morgan Rd. Liverpool, NY 13090 / 551 Madison Avenue NYC 10022 | **Mr. Richard Pietrafesa** / Mr. John McCoy / Mr. Patrick Holmes | 315-453-4300 / 212-969-9683 | 315-451-5459 / 212-581-3980 / 212-969-9498 |
| Men's Swimwear, Sleepwear, Robes & Loungewear | Joseph Abboud Collection and Joseph Abboud Diamond Label | Spring 1998 | Majestic Industries 3700 Jean Rivard Montreal, Quebec H1Z 4K3 Canada / 9 Nursery Ln. Westport, CT 06880 | **Mr. Sam Landsman** / Mr. Peter Zucker | 514-727-2000 / 203-226-9976 / 800-361-0385 | 514-727-2727 / 203-227-3213 |
| Men's Rainwear | Joseph Abboud Diamond Label | Fall 1999 | Whaling Mfg. Co. 650 5th Ave. NYC 10019 | **Mr. James Pavao** / Mr. Ben Miller | 508-678-9061 / 212-245-0830 / 800-225-8554 | 508-678-9726 / 212-581-1235 |
| Women's Collection | Joseph Abboud Collection | Fall 1997 | Sergio Pellari/ADC 49 W. 57th St. 4th Floor NYC 10019 | **Mr. Angelo Della Croce** / Mr. John Hollyer | 212-750-5606 | 212-750-5537 |



# JOSEPH ABBOUD WORLDWIDE

## Licensee List – Accessories

| Product Categories | Label | Launch | Company | Contact (Bold indicates CEO / President / Director , etc) | Phone | Fax |
|---|---|---|---|---|---|---|
| Men's Shoes | Joseph Abboud Collection and Joseph Abboud Diamond Label | Spring 1997 | Florsheim 1350 Broadway, #1510 NYC 10018 | **Mr. Rick Anglin Mr. Dave Sanguinetti** Ms. Carolyn Most | 312-458-2500 212-868-9615 | 312-458-7470 212-262-8329 |
| Men's Belt and Small Leather Goods | Joseph Abboud Collection Joseph Abboud Diamond Label | Fall 2000 | Humphrey's Inc. 2009 West Hastings St. Chicago IL, 60608 | **Mr. Richard Ryan** Mr. Larry Fleming | 312-997-2358 312-455-3310 | 312-997-2147 |
| Men's Optical Eyewear & Sunglasses | Joseph Abboud Collection and Joseph Abboud Diamond Label | Fall 1998 | Ambassador Eyewear 3600 Marshall Ln. Bensalem, PA 19020 | **Mr. Barry Budliw** Mr. Kenneth Klinick Mr. Marty Levine | 215-633-7868 800-220-2019 | 215-604-9962 800-245-6862 |
| Men's Fragrance | Joseph Abboud Diamond Label | Spring 1991 | EuroItalie/EuroParfums 444 Madison Ave. NYC 10022 | **Ms. Maria Torres** Ms. Carey Lopez Ms. Alexandra Giansanti | 212-715-0671 | 212-715-9912 |
| Men's Watches & Timepieces | Joseph Abboud Collection and Joseph Abboud Diamond Label | Spring 1998 | E. Gluck Corp. 29-10 Thomson Ave. L.I.C., NY 11101 Shrm: 411 5th Av, NYC | **Mr. Mitchell Gelnick** | 718-784-0700 718-482-4130 212-679-6455 800-840-2959 | 718-482-2702 718-482-2700 |
| Men's Scarves Women's Scarves | Joseph Abboud Collection and Joseph Abboud Diamond Label | Fall 1998 | V. Fraas 350 5th Ave. NYC 10118 | **Mr. Ken Krieger** Mr. Roy Chinnici Mr. Jim Pell | 212-244-2350 | 212-629-5739 |
| Men's Sterling Silver Jewelry | Joseph Abboud Collection Joseph Abboud Diamond Label | Fall 2000 | Quentin Ashford 1300 Avenue T Brooklyn, NY 11229 | Mr. Jecques Bagdadi | 718-376-7676 212-944-8383 | 718-998-9988 |

# JOSEPH ABBOUD WORLDWIDE

## Licensee List – Home

| Product Categories | Label | Launch | Company | Contact (Bold indicates CEO etc.) | Phone | Fax |
|---|---|---|---|---|---|---|
| Bedding, Bath, Blanket & Beach | Joseph Abboud Diamond Label | Spring 1999 | Davidson Cotton Co./Atrium 295 5th Ave., Suite 312 NYC 10016 | **Mr. Charles Sehlang** | 212-889-7171 704-947-0880 | 212-447-4070 704-947-0018 |
| Wall Coverings | Joseph Abboud Diamond Label | Spring 2000 | Imperial Home Décor Grp 23645 Mercantile Rd. Cleveland, OH 44122 | **Mr. Michael Landau** Ms. Susan Meek | 216-378-5505 216-378-530 800-539-5199 | 216-378-5529 |
| Decorative Fabrics | Joseph Abboud Diamond Label | Spring 2000 | Kravet 225 Central Avenue, South Bethpage, NY 11714 | Ms. Lisa Kravet | 212-686-9329 212-421-6363 | 212-951-7008 212-751-7196 |
| Tablecloths, Place Mats, Kitchen Textiles | Joseph Abboud Diamond Label | Spring 2000 | Avon Home Textiles 75 Lundquist Dr. Braintree, MA 02184 | **Mr. George Kouri, Jr.** | 516-293-2000 781-843-9600 ext. 206 | 516-293-2136 781-843-9601 |
| Hand-made Patchwork Quilts and Accessories | Joseph Abboud Diamond Label | Spring 2000 | Hedaya Home Fashions Inc. 295 5th Ave., Suite 406 NYC 10016 | **Nathan Hedaya** Jack McDonnell | 212-683-0830 | 212-213-3757 |
| Down Comforters and Pillows | Joseph Abboud Diamond Label | Spring 2000 | United Feather and Down 414 East Golf Road Des Plaines, IL 60016 | **Brandon Palmer** | 212-889-1111 | 212-889-1115 |
| Shower Curtains and Accessories | Joseph Abboud Diamond Label | Spring 2000 | Creative Bath Products, Inc 295 5th Avenue, Suite 111 New York, NY 10016 | Rick Lipton | 847-296-6500 | 847-296-6616 |
| Decorative Pillows | Joseph Abboud Diamond Label | Spring 2000 | Bess Manufacturing Co. 1807-27 Huntingdon St. Philadelphia, PA 19125 | **W. Thomas Kleuert** | 212-889-2066 | 212-889-3770 |
| China | Joseph Abboud Diamond Label | Spring 2000 | PTS America, Inc. 222 5th Avenue New York, NY 10001 | Chuck Gallagher | 215-425-9450 212-545-8942 | 215-425-3528 212-689-5102 |
| Flatware | Joseph Abboud Diamond Label | Spring 2000 | Excel 100 Andrews Road Hicksville, NY 11801 | Mr. Harmon Stein | 212-889-8301 | 212-889-6907 |
| Mattresses and Box Springs | Joseph Abboud Diamond Label Joseph Abboud Collection | Fall 2000 | Simmons Company 1 Concourse Parkway Atlanta, GA 30328-5369 | Mt. Scott White | 516-794-3355 | 516-794-5230 |
| Woven and Printed Area Rugs | Joseph Abboud Diamond Label | Fall 2000 | Couristan 2 Executive Drive Fort Lee, NJ 07024 | Mr. Greg Jordt | 770-206-2647 800-223-6186 | 770-673-2618 201-585-8500 201-585-8552 |

# JOSEPH ABBOUD WORLDWIDE

## Licensee List – International

| Product Categories | Label | Launch | Company | Contact (Bold indicates CEO/ President / Director, etc.) | Phone | Fax |
|---|---|---|---|---|---|---|
| Men's Tailored Clothing, Furnishings and Sportswear | Joseph Abboud Diamond Label | Fall 1995 (Japan) | Onward Kashiyama 499 7th Ave. NYC 10018 | Mr. Masahumi Kiyohara Ms. Yukiko Okita | 212-629-6100 | 212-629-5067 |
| Men's Clothing, Furn., Sportswear, Accessories | Joseph Abboud Collection and Joseph Abboud Diamond Label | Fall 1999 (Taiwan) | Carnival C/O Ralph Kaufmann 3160 Summit Ave. Highland Park, IL 60035 | Mr. Bob Shau Mr. Alfred Wang Mr. Ralph Kaufmann | 011-886-227-113-171 847-433-6415 | 011-886-227-317-367 847-433-6420 |

Schedule 3.8

## LICENSE OVERVIEW

## MEN'S LICENSES- (OTHER THAN G.F.T.)

1. Pietrafesa – Men's Outwear Fall 2000, First season, replaced Cardinal as Overcoat licensee.

2. Majestic - Swimwear ; No issues.

3. Whaling – Men's Rainwear. No issues.

4. Florsheim – Men's Shoes – Spring 2001 last season. All details provided in due diligence book. Search on for replacement.

5. Humphreys – Men's Belts & Leather Accessories. Fall 2000 1st season- No issues.

6. Ambassador - Eyewear Contract expired. Company filed Chapter 11. Royalties still due Joseph Abboud.

7. EuroItalia - Men's Fragrance. Small underdeveloped business. Looking to find a stronger partner.

8. E.Gluck – Men's Watches. Royalties renegotiated and agreed upon December 6, 1999. In Due Dilegence Book.

9. V. Fraas – Men's Scarves. Small business expires Fall 2000. No issues.

10. Quentin Ashford - Men's Jewelry. Fall 2000 First Season. No issues.

11. Cardinal - Men's Overcoats. Contract expired Fall 1999. Replaced by new licensee, Pietrafesa. In litigation.

12. Grieco - Men's Collection. Contract expired Fall 1999. Royalties not received for 1999.

13. <u>DavLor</u>- Contract expired Spring 2000. Royalties not received. In litigation.

## WOMEN'S LICENSES

1. <u>Pellari</u> - Women's Collection- Spring 2001 last season. Minimums eliminated due to erosion of business.

2. <u>Pancaldi</u> - Women's Shoes- No business activity. In breach of contract. No funds received. In litigation.

## INTERNATIONAL LICENSES

1. <u>Onward Kashiyama</u> – Japan – Contract with G.F.T. Spring 2000 Last Season. Contract renegotiated by Bob Wichser. Awaiting finalization.

2. <u>Carnival</u> – Tiawan – Fall 1999 First Season.  No issues.

## HOME LICENSES

1. <u>Davidson Cotton Co.</u> – Bedding & Bath. Spring 1999 First Season. First season difficulties in shipping product.

2. <u>Imperial</u> - Wall Coverings. Spring 2000 First Season. No issues.

3. <u>Kravet</u> - Decorating Fabrics. Spring 2000 First Season. No issues.

4. <u>Avon Home Textiles</u>- Tablecloths, Kitchen textiles. Spring 2000 First Season. No issues.

5. <u>Hedaya Home Fashions</u> – Handmade Quilts. Spring 2000 First Season. No issues.

6. <u>United Feather & Down</u> – Down Comforters and Pillows. Spring 2000 First Season. No issues.

7. <u>Creative Bath</u> – Shower Curtains and Accessories. Spring 2000 First Season. No issues.

8. <u>Bess Manufacturing</u> – Decorative Pillows. Spring 2000 First Season. No issues.

9. <u>PTS America</u> – China. Spring 2000 First Season. No issues.

10. <u>Excel</u> – Flatware. Spring 2000 First Season. No issues.

11. <u>Simmons Company</u> – Mattresses and Box Springs. Fall 2000 First Season. No issues.

12. <u>Couristan</u> – Woven and Printed Area Rugs. Fall 2000 First Season. No issues.

SCHEDULE 5.1

NONE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

JA APPAREL CORP.,                              :        Civil Action No. 07 CV 07787 (DAB)
                                               :
                        Plaintiff,             :
                                               :
            v.                                 :
                                               :
JOSEPH ABBOUD, HOUNDSTOOTH CORP.,              :
and HERRINGBONE CREATIVE                       :
SERVICES, INC.,                                :
                                               :
                        Defendants.            :
                                               :
------------------------------------------------------------- x
------------------------------------------------------------- x

JOSEPH ABBOUD, HOUNDSTOOTH CORP.,              :
and HERRINGBONE CREATIVE                       :
SERVICES, INC.,                                :
                                               :
                    Counterclaim Plaintiffs,   :
                                               :
            v.                                 :
                                               :
JA APPAREL CORP. and MARTIN STAFF,             :
                                               :
                    Counterclaim Defendants.   :
------------------------------------------------------------- x


**EXHIBIT B**