UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

JA APPAREL CORP.,

             Plaintiff,

      v.

JOSEPH ABBOUD, HOUNDSTOOTH CORP.,
and HERRINGBONE CREATIVE
SERVICES, INC.,

             Defendants.

--------------------------------------------------------------- x
--------------------------------------------------------------- x

JOSEPH ABBOUD, HOUNDSTOOTH CORP.,
and HERRINGBONE CREATIVE
SERVICES, INC.,

             Counterclaim Plaintiffs,

      v.

JA APPAREL CORP. and MARTIN STAFF,

             Counterclaim Defendants.

--------------------------------------------------------------- x

Civil Action No. 07 CV 07787 (DAB)

**EXHIBIT C**








