UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JA APPAREL CORP.,
                    Plaintiff,

    v.

JOSEPH ABBOUD, HOUNDSTOOTH
CORP. AND HERRINGBONE CREATIVE
SERVICE, INC.,
                    Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2007

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 7787 (DAB)(THK)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☒ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |
| ___ | Inquest After Default/Damages Hearing | | All such motions: ____ |

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
               December 5, 2007

*Deborah A. Batts*
United States District Judge