UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - :

JA Apparel Corp.

        Plaintiff(✗)

  - against -
Joseph Abboud, Houndstooth Corp. and
Herringbone Creative Services, Inc.
        Defendant(s)
- - - - - - - - - - - - - - - - - - - - - :

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 civ. 07787 (DAB) (THK)

IT IS HEREBY STIPULATED by the undersigned:

    1.  All parties consent, pursuant to 28 U.S.C. § 636(c) and
Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct
all further proceedings in this action, including any trial and
entry of final judgment.

    2.  Any appeal from a judgment entered in this case will lie
to the Court of Appeals for the Second Circuit as from any other
judgment of the district court pursuant to 28 U.S.C. § 636(c)(3)
and Fed. R. Civ. P. 73(c).

Louis S. Ederer
Arnold & Porter LLP

Attorney(s) for Plaintiff(s) Rebuh
Address 399 Park Ave. NY NY 10022
Telephone 212-715-1102

Thomas A. Smart
Kaye Scholer LLP

Attorney(s) for Defendant(s) Plach (FS
Address 425 Park Avenue NY NY 10022
Telephone 212-836-8761

Attorney(s) for _____
Address
Telephone

Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted.  See Fed. R. Civ. P.
73(b)).

SO ORDERED.

Deborah A. Batts  12/5/2007
        U.S.D.J.

Magistrate Judge _Katz_ was assigned this case on _December 5,
2007_

For:  Clerk U.S.D.C. S.D.N.Y.