# KAYE SCHOLER LLP

Thomas A. Smart
212 836-8761
Fax 212 836-6480; 7154
tsmart@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com





January 30, 2008

**BY HAND**

The Honorable Theodore H. Katz
United States Magistrate Judge
United States District Court for the
  Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1581

    Re:    ***JA Apparel Corp. v. Joseph Abboud***
            07 CIV 7787 (THK)

Dear Judge Katz:

       Pursuant to my telephone conversation with Your Honor's law clerk this morning, enclosed for *in camera* review please find the JA Apparel Corp. ("JA Apparel") Board of Directors presentation that has been the subject of correspondence with the Court. I have enclosed the entirety of the 175-page board presentation, most of which has been produced to defendants and not recalled. We have produced to defendants and not withdrawn all of the pages before and after the 18-page section that begins on presentation page 11. The four pages beginning on page 11 are the withheld pages that I described in my letter to the Court of January 28, 2008. We have also produced the next two pages (presentation pages 15 and 16) to defendants. Pages 17-28 constitute the Cowan Liebowitz memorandum. As the Court can see, among the pages we did produce was the very type of business strategy defendants assert we improperly withheld, specifically pages 8 to 10.

       To aid in the Court's reading of the four pages at issue, the reference on presentation page 13 to Phil Geraci is to my partner, who has been principal outside counsel to JA Apparel since it was acquired by its current owner in March 2004. The reference on that

KAYE SCHOLER LLP

Hon. Theodore H. Katz               2                    January 30, 2008

page to Ted Dinsmoor and on page 14 to "Ted" is to Mr. Abboud's personal and company counsel, Theodore Dinsmoor.

Respectfully,

Thomas A. Smart

TAS/pma
Enclosure

cc:     Louis S. Ederer, Esq. (Without Enclosure)
        Phillip A. Geraci, Esq.

> Having reviewed the withheld material in camera, the Court concludes that it was appropriately withheld on the basis of the attorney-client privilege.

1/31/08

**SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

31599672.WPD

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI