**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JA APPAREL CORP.,<br><br>                    Plaintiff,<br><br>v.<br><br>JOSEPH ABBOUD, HOUNDSTOOTH CORP., and HERRINGBONE CREATIVE SERVICES, INC.,<br><br>                    Defendants.<br><br>JOSEPH ABBOUD, HOUNDSTOOTH CORP., and HERRINGBONE CREATIVE SERVICES, INC.,<br><br>                    Counterclaim-Plaintiffs,<br><br>v.<br><br>JA APPAREL CORP. and MARTIN STAFF,<br><br>                    Counterclaim-Defendants. | Civil Action No. 07 CV 07787 (THK) |

### PLAINTIFF AND COUNTERCLAIM-DEFENDANTS' NOTICE OF MOTION *IN LIMINE* TO PRECLUDE THE ADMISSION OF PAROL EVIDENCE AT TRIAL

**PLEASE TAKE NOTICE**, that, upon the accompanying Declaration of Thomas A. Smart, dated February 4, 2008, and the exhibits thereto, the accompanying Memorandum of Law in Support of Plaintiff and Counterclaim-Defendants' Motion *in Limine* to Preclude the Admission of Parol Evidence at Trial, and the pleadings in this action, plaintiff and counterclaim-defendant J.A. Apparel Corp. and counterclaim-defendant Martin Staff, by their attorneys, Kaye Scholer LLP, will move this Court before the Honorable Theodore H. Katz, United States

3159297.WPD

Magistrate Judge, at the United States District Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007-1581, for an order granting Plaintiff and Counterclaim-Defendants' Motion *in Limine* to Preclude the Admission of Parol Evidence at Trial in its entirety, and granting such other and further relief as the court deems just and proper.

Dated: February 4, 2008
      New York, New York

*Of counsel:*

John D. Geelan
Richard A. De Sevo
Victoria Haje
Patricia Ryder

**KAYE SCHOLER LLP**

By: _/s/ Thomas A. Smart_
    Thomas A. Smart
    Phillip A. Geraci
425 Park Avenue
New York, New York 10022
(212) 836-8000
*Attorneys for Plaintiff and Counterclaim-*
  *Defendants*