# Exhibit A
# Part 2 of 2

HOUNDSTOOTH CORPORATION

By:_____
    Name:
    Title:





7

485001.6

D 00047

SCHEDULE 1(d)

EXHIBIT A

## MEDICAL AND DENTAL PLAN COMPARISON (Continued)

| | MOA-JONES | | DENTAL |
| --- | --- | --- | --- |
| | In Network | Out of Network | |
| **MENTAL & NERVOUS** (Gross Limiting) | | | |
| In-Patient | $200 Co-Pay (limited to 40 days lifetime max/individual) | 80% after deductible (limited to 20 days lifetime maximum/ individual) | No Co-Pay (limited to 35 days/calendar year) |
| Out-Patient | $10 Co-Pay (limited to 40 visits/calendar year per individual) | 80% after deductible (limited to 40 visits/ calendar year per individual) | $26 Co-Pay (limited to 20 visits/calendar year) |
| **ALCOHOL AND SUBSTANCE ABUSE** (Gross Limiting) | | | |
| Patient | $200 Co-Pay (Lifetime max of $15K per individual) | 80% after deductible (Lifetime max of $15K per individual) | No Co-Pay |
| Out-Patient | $10 Co-Pay (limited to 30 visits/calendar year. Lifetime max of $15K/individual) | 80% after deductible (limited to $75/visit to 20 visits/calendar yr. Lifetime max of $15K/ individual) | $15 Co-Pay (limited to 60 visits/calendar year) |
| **COSMETIC SURGERY** | Not Covered | Not Covered | Not Covered |
| **DENTAL BENEFIT** | | | |
| Deductible | $100 per person ($300 for family) | | None |
| Maximum Calendar Year Benefit | $2000 | | None |
| **DENTAL SERVICES** | | | |
| Preventive Services (I) | 100% not subject to deductible | | $2 Co-Pay |
| Basic Services (II) | 80% after deductible | | $2 Co-Pay |
| Major Services (III) | 50% after deductible | | Available at reduced fees |
| Orthodontics | Not Covered | | Available at reduced fees |
| **Employee Monthly Contribution** | | | |
| Single (medical & dental) | $66 | | $40 |
| Single + one (medical & dental) | $138 | | $86 |
| Family (medical family/single dental) | $175 | | Not Available |
| Family (medical & dental) | $210 | | $142 |

1.  This outline contains highlights only and is subject to change. Full coverage details are contained in the Summary Plan Document.

2.  Coverage is effective the first day of the month following a one-month waiting period from your hire date.

Page 2 of 3

D 00048

Schedule 3(a)

Joseph Abbcud Worldwide Rent Expense

Rental expense @ 100% for the period commencing from the Closing Date through September 30, 2000

$10,967.09 per month



D 00049

05/18/00  16:29 FAX 12123979380          J.A.APPAREL. CORP.                    ☒002

05/18/2000  16:04    2122239398          ABBOUD WORLDWIDE              PAGE  01

Schedule 3(b)

Joseph Abboud Worldwide Employee Expense

| Name | Title | Semi-monthly | Monthly |
|------|-------|-------------:|--------:|
| Mark Scarborough | Exec VP / Gen Mgr | 7916.67 | 15,833.34 |
| Robert Franceschini | Senior VP / Marketing | 10,000.00 | 20,000.00 |
| ❶Dominick Leuci | Creative Director | 3333.34 | 6666.68 |
| Deborah Koncan | Designer | 2666.67 | 5333.34 |
| Amy Vernazza | Admin Support | 1791.67 | 3583.34 |

|  | Semi-monthly | Monthly |
|--|-------------:|--------:|
| Total | $25,708.35 | $51,416.70 |
| Benefits costs per month❷ |  | $7963.95 |
| Total Salary + Benefits per month |  | $59,380.65 |

❶ In addition to monthly salary noted, Dominick Leuci also to receive a single lump sum payment of $4750.00 on June 30, 2000 for the period from July 1 through September 30, 2000.

❷ Benefits calculation inclusive of:

Insurance:
- Medical
- Dental
- Disability
- Federal and State Unemployment
- Workers Compensation

Taxes:
- Social Security
- Medicare

Misc:
- Payroll and Direct Deposit Service

D 00050

Schedule 3(c)

Joseph Abboud Worldwide Rent Expense

Rent expense @ 50% for the period from and including October 1, 2000 to and
including the earlier to occur of (y) December 31, 2000 and (z) the date that Worldwide
subleases, assigns or surrenders its lease with respect to the third floor offices in 49
West 57th Street in New York City currently occupied by Worldwide.



D 00051

EXHIBIT 2.3(vi)

- The incorporation and valid existence of JA Apparel.

- The authorization of the execution and delivery of the Agreement of Purchase and Sale by JA Apparel.

- The due execution and delivery by JA Apparel of the Agreement of Purchase and Sale.

- The due execution and delivery of the Side Letter Agreement by JA Apparel.

- The enforceability of the Agreement of Purchase and Sale and the Side Letter Agreement against JA Apparel.



D 00052

## SCHEDULE 3.3 – LICENSEE CONSENTS

The following is a list of Licensees whose License Agreements cannot be assigned without their consent to such assignment, as per the terms of their License Agreements:

1. GFT
2. Ambassador
3. Avon Home Furnishings
4. Cardinal
5. Carnival
6. Creative Bath
7. Daylor
8. E. Gluck
9. Euro Italia
10. Florsheim
11. General Motors
12. Grieco
13. Hedaya
14. Induter
15. Kravet
16. Majestic
17. Onward Kashiyama
18. Pancaldi

19. Pietrafesa
20. Portolano
21. Sergio Pellari
22. United Feather & Down
23. V. Fraas
24. Whaling



D 00053

## SCHEDULE 3.6(b)

Notice is hereby given that a party in Mexico has claimed all right, title and interest to the trademark "Joe" in connection with retail apparel sales and operations.



D 00054

# JOSEPH ABBOUD WORLDWIDE

Schedule 3.7

## Most recent MGR payment received, by Licensee

| Company | Product Categories | $ Amount | Date paid | Invoice # | Check # |
|---|---|---|---|---|---|
| Avon | Tablecloths, Place Mats, Kitchen Textiles | 17,500 | 4/3/00 | 355 | 11297 |
| Bess Manufacturing | Decorative Pillows | 10,000 | 4/4/00 | 356 | 15702 |
| Carnival | Men's Clothing, Furn., Sportswear, Accessories | 10,000 | 5/17/00 | 375 | Wire transfer |
| Couristan | Woven and Printed Area Rugs | 10,000 | 1/20/00 | 371 | 63037 |
| Creative Bath | Shower Curtains and Accessories | 10,000 | 4/24/00 | 357 | 33229 |
| E. Gluck Corp. | Men's Watches & Timepieces | 10,000 | 4/3/00 | 348 | 40538 |
| EuroItalia / EuroParfums | Men's Fragrance | 33,459 | 1/20/00 | 327 | Wire transfer |
| Excel | Flatware | 3,750 | 8/9/99 | 309 | 71882 |
| Florsheim | Men's Shoes | 75,000 | 4/26/00 | 349 | 047142 |
| General Motors Corporate, (consulting) | Design promotional collection for 2000 Olympic games | 90,000 (final payment) | 3/6/00 | 328 | 2294103 |
| General Motors, Buick Regal, (license) | Style Buick Regal (1st pymt expected Oct 2000) | No MGR | | | |
| GFT | Sportswear (1st Quarter) | 212,156 | 4/28/00 | R-JAS 3/00 | 050294 |
| GFT | Men's Tailored Clothing, and Furnishings | 387,500 | 3/31/00 | | 049971 |

Updated 6/12/00

Page 1 of 3

D 00055

| Company | Product Categories | $ Amount | Date paid | Invoice # | Check # |
|---|---|---|---|---|---|
| Hedaya | Hand Made Quilts & Accessories | 12,500 | 4/19/00 | 358 | 016182 |
| Humphreys Inc. | Men's Belt and Small Leather Goods | 100,000 | 2/18/00 | 332 | 68139 |
| Imperial | Wall Coverings | 15,000 | 1/21/99 | 213 | 1004075 |
| Induter / Atrium / Davidson | Bedding, Bath, Blanket & Beach | 25,000 | 4/6/00 | 359 | Wire transfer |
| Kravet | Decorative Fabrics | 6,250 | 3/27/00 | 360 | 138478 |
| Majestic Industries | Men's Swimwear, Sleepwear, Robes & Loungewear | 20,000 | 3/27/00 | 361 | 238 |
| Onward Kashiyama | Men's Tailored Clothing, Furnishings and Sportswear | 81,000 | 4/11/00 | 350 | 50104 (GFT) |
| Pancaldi (license in litigation) | Womens Shoes | 10,000 | 2/16/99 | 210 | 2009 |
| Pietrafesa Corp. | Men's Overcoats | 10,000 | 1/19/00 | 320 | 82631 |
| PTS America | China | 10,000 | 4/30/99 | 258 | 4931 |
| Quentin Ashford | Men's Sterling Silver Jewelry | 8,750 | 1/20/00 | 372 | 241 |
| Sergio Pellari/ADC | Women's Collection | 8,190 | 4/6/00 | 346 (partial) | 2578 |
| Simmons | Mattresses and Box Springs | 37,500 | 1/6/00 | 373 | 3201064 |
| United Feather & Down | Down Comforters and Pillows | 15,000 | 4/3/00 | 362 | 1001558 |
| V. Fraas | Men's Scarves Women's Scarves | 7,500 | 3/28/00 | 353 | 9360 |

Updated 6/12/00

D 00056

| Whaling Mfg. Co. | Men's Rainwear | | 18,750 | 4/25/00 | 354 | 0070 |
|---|---|---|---|---|---|---|



Updated 6/12/00

D 00057



AVON home/fashions

75 Lundquist Drive • Braintree, MA 02184

BANKBOSTON, N.A
MAINE

52-153
112

CONTROL NO.

011297

CHECK NO. 11297

CHECK DATE 3/28/00

CHECK AMOUNT $*****17,500.00

***SEVENTEEN THOUSAND FIVE HUNDRED AND NO/100 DOLLARS

PAY TO THE ORDER OF:
HOUNDSTOOTH CORP.
49 WEST 57TH STREET
NEW YORK    NY 10019

⑈011297⑈ ⑆011201539⑆ 80 006 161⑈

D 00058

BESS MANUFACTURING COMPANY
180?-27 EAST HUNTINGDON STREET
PHILADELPHIA, PA 19125

NO. 015702

PNC BANK
NATIONAL ASSOCIATION
PHILADELPHIA, PA

DATE     AMOUNT
03-24-00  ******10,000.00

PAY THIS AMOUNT

TEN THOUSAND AND 00/100 DOLLARS

TO THE
ORDER OF:
HOUNDSTOOTH CORP
JOSEPH ABBOUD CO-E. L. JOHNSON
650 FIFTH AVE 20TH FLOOR
NEW YORK, NY 10019

⑈015702⑈ ⑆031000053⑆ 860251131411⑈

D 00059



COURISTAN, INC.

HOUNDSTOOTH CORP

$10,000.00

063037

COURISTAN, INC.

TWO EXECUTIVE DRIVE
FORT LEE, NJ 07024

The Bank of New York (Delaware)
Newark, Delaware

063037

82-35
311

CHECK NUMBER

DATE
1-20-00

CHECK AMOUNT
$10,000.00

AUTHORIZED SIGNATURE

PAY

TO THE
ORDER OF    HOUNDSTOOTH CORP

⑆063037⑆ ⑆031100351⑆ ⑈300974326⑈

D 00060



CREATIVE BATH PRODUCTS, INC.
280 CREATIVE DRIVE
CENTRAL ISLIP, NY 11722

1-12/260
33229

PAY
AMOUNT
OF

DATE  4-19-00

TO THE ORDER OF  Hardstooth Corp

THE SUM $10,000 DOLLARS

CHEMICAL BANK,
615 GRAND BOULEVARD, DEER PARK, NY 11729

EXPLANATION                AMOUNT
Jan-March Royalties

DESCRIPTION

CHECK
NUMBER
33229

CHECK
AMOUNT
$ 10,000.00

⑈033229⑈ ⑆026000121⑆ 844⑈10546 5⑈

D 00061

FLEET BANK, NATIONAL ASSOCIATION
Route 22
Goldens Bridge, NY 10526
(516) 531-6515

DATE
03/31/00

E. GLUCK CORPORATION
29-10 THOMSON AVENUE
LONG ISLAND CITY, NY 11101

CHECK NO. 0040538

132
21P

N

PAY THIS AMOUNT
**********10,000      dollars   NO   cents

AMOUNT OF CHECK
$*****10,000.00

TO THE
ORDER OF:
HOUNDSTOOTH CORP.
C/P JOSEPH ABBOUD
650 FIFTH AVE. 27th FL.
NEW YORK, N.Y.    10019

⑆004053⑈⑆ ⑆021900315⑆ 2598 02 3014⑈

D 00062



D 00063

FLORSHEIM GROUP INC.

| DATE: 04/20/00 | CUST. ACCT. NO. | | VENDOR NAME  HOUNDSTOOTH CORPORAT | VENDOR NO: 91811 | No. 047142 |
| --- | --- | --- | --- | --- | --- |
| 5000003153 | 349/JA LICENSE | 03/06/00 | 75,000.00 | 0.00 | 75,000.00 |

047142

0.00                75,000.00

DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT.    *Thank You*

'98)

THE WORD VOID WILL APPEAR IF THIS CHECK IS COPIED IN ANY MANNER

. ORSHEIM GROUP INC.
*North LaSalle Chicago, IL 60601-1014*
ORSHEIM

VOID

Bankers Trust (Delaware)
Wilmington, Delaware    62.38
                        31

No. 047142

| 04/20/00 | $***75,000.00* |

* SEVENTY-FIVE THOUSAND DOLLARS AND 00/100 ***

E       HOUNDSTOOTH CORPORATION
R       ********************
        N/A
        STATELESS

VOID

AUTHORIZED SIGNATURE

THE WORD VOID WILL APPEAR IF THIS CHECK IS COPIED IN ANY MANNER

D 00064

JA APPAREL CORP.
MEADOWS OFFICE COMPLEX
301 Route 17 North, Rutherford, NJ 07070

THE BANK OF NEW YORK
WHITE PLAINS, NY

NO. 049971

11
710
143

DATE  03/27/00        49971

PAYABLE IN U.S. FUNDS
AMOUNT
*#*#*387500.00
VOID AFTER 180 DAYS

*** C-R-U-I-P-R-O-C-E-E-T ***

THREE HUNDRED EIGHTY-SEVEN THOUSAND FIVE HUNDRED AND 00/100----------

TO
THE
ORDER
OF

HOUNDSTOOTH CORPORATION
650 FIFTH AVENUE
27 FL.
NEW YORK    NY 10019
ATTN:MR. JOSEPH ABBOUD

JA APPAREL CORP.

By
AUTHORIZED SIGNATURE

By
AUTHORIZED SIGNATURE

⑈00049971⑈ ⑆021000018⑆

D 00065



D 00066

J O S E P H

A B B O U D

April 28, 2000

Mr. Joseph Abboud, President
Houndstooth Corporation
90 Pine Brook Road
Bedford, NY  10506

Dear Mr. Abboud:

In accordance with the license agreement of January 19, 1996, our records indicate the following for Mens Sportswear for the period Jan. 1, 2000 to Mar. 31, 2000.

| | | |
|---|---|---|
| Net Sales, Full-Price Products | $3,760,323 | |
| Percentage Royalty @ 5% : | | $188,016 |
| Net Sales, Off-Price Products | 759,027 | |
| Percentage Royalty @ 2% : | | $15,181 |
| Net Sales, Sub-Licensed Affiliates- Canada | 199,110 | |
| Percentage Royalty @ 5% : | | $9,956 |
| Net Sales, Sub-Licensed Affiliates- Australia | N/A | |
| Percentage Royalty @ 5% : | | $0 |
| Commission Income, Third Party - Mexico | 0 | |
| Your Share @ 50% | | $0 |
| Percentage Royalty, 3-31-00 | | $213,152 |
| Less: 10% Canadian W/H Tax | | 996 |
| Less: 10% Australian W/H Tax | | 0 |
| Percentage Royalty Due, to 3-31-00 | | $212,156 |

Very Truly Yours,
JA Apparel Corp.

Wayne Markowitz
Executive V.P., C.A.O., C.F.O.

JA APPAREL CORP.  BUSINESS OFFICE: 301 ROUTE 17N, 4TH FLOOR, RUTHERFORD NJ 07070  (201) 939-9139  FAX (201) 939-1997

D 00067



D 00068

**HUMPHREYS INC.**
2009 WEST HASTINGS ST. CHICAGO, IL 60608

CONTROL NO.

DETACH BEFORE DEPOSITING

| INVOICE NUMBER | DESCRIPTION | INVOICE DATE | GROSS AMOUNT | DISCOUNT | ANTICIP. | NET AMOUNT |
|---|---|---|---|---|---|---|
| 332 | | 02/09/00 | 100000.00 | 0.0 | | 100000.00 |
| | | | 100000.00 | 0.0 | | 100000.00 |

CHECK NO.

CONTROL NO. 068139

CHECK NO. 68139

**HUMPHREYS INC.**
2009 WEST HASTINGS ST.  CHICAGO, IL 60608
312-997-2358          FAX 312-997-2147

THE FIRST NATIONAL BANK
OF CHICAGO
CHICAGO, ILLINOIS

72-2322
719

ONE HUNDRED THOUSAND AND 00/100 ----------------------------

PAY TO THE ORDER OF

HOUNDSTOOTH CORP.
ATTN: E. LEACH JOHNSON
JOSEPH ABBOUD COMPANY
650 FIFTH AVE. 20TH FLOOR
NEW YORK          NY 10019

| DATE | PAY THIS AMOUNT |
|---|---|
| 02/11/00 | ****100000.00 |

AUTHORIZED SIGNATURE

⑆068139⑆ ⑆071923229⑆ 94 30:64:⑈

D 00069



IHDG™ Imperial Home Decor Group™

23845 Mercantile Rd.
Beachwood, Ohio 44122

Check No. 1004075

| Invoice Date | | | Voucher No. | Invoice Number | Gross Amount | Payment Amount |
|---|---|---|---|---|---|---|
| Mo. | Day | Yr. | | | | |
| 01 | 18 | 99 | 66790 | ROYALTY | 15,000.00 | 15,000.00 |

IHDG™ Imperial Home Decor Group™

23845 Mercantile Rd., Beachwood, Oh. 44122.

1004075

Check No.

Date January 13, 1999

Pay to the order of

Houndstooth Corp.
90 Pine Brook Road
Bedford NY 10506

PAY
EXACTLY ******$15,000.00

NOT VALID AFTER 90 DAYS

BANK ONE, NA
CIRCLEVILLE, OH

D 00070

INDUTER U.S.A., INC.

1478

1-084/280
26034091

DATE March 28th 2000

PAY TO THE
ORDER OF Houndstooth Corp.                    $ 25,000.00

Twenty thousand and zero cents _____ DOLLARS

BANCO ESPANOL DE CREDITO S.A.
NEW YORK BRANCH
730 Fifth Avenue, New York, N.Y. 10019

MEMO INV. 359

⑈026009614⑈: 24631,20 ⑈⑈

D 00071




**KRAVET FABRICS, INC.**
225 CENTRAL AVENUE SOUTH
BETHPAGE, NY 11714

138478

THE BANK of NEW YORK
White Plains, NY
50-828/219

DATE        AMOUNT

0138478  03/22/2000  ***********$6,250.0

SIX THOUSAND TWO HUNDRED FIFTY AND 00/100 DOLLARS

PAY
TO THE
ORDER
OF:

HOUNDSTOOTH CORP
49 W 57TH ST
3RD FL
NEW YORK NY 10019

KRAVET FABRICS, INC.

AUTHORIZED SIGNATURE

⑆138478⑆ ⑆021908288⑆ 98⑈7024⑈5⑈

D 00072



*PAYABLE THROUGH THE TORONTO-DOMINION BANK, 31 WEST 52ND STREET, NEW YORK, N.Y. 10019-6001

MAJESTIC-INTERNATIONAL USA, INC.
3700 JEAN RIVARD STREET
MONTREAL, QUEBEC   H1Z 4K3

U.S. DOLLAR ACCOUNT
1-324/280

0238

PAY to
the order of    Houndstooth Corp

DATE    April 3, 2006

LA SOMME DE $20,000/100cts
THE SUM OF

$ 20,000.00

DOLLARS

MAJESTIC INTERNATIONAL USA, INC

TD BANK
COMMERCIAL BANKING CENTRE
3550 ST-LAURENT BLVD, 6 PRINCE-ARTHUR ST.,
MONTREAL (QUEBEC)  H2X 2V3  47201-004

RE: Two QTR MGT Fee Toronto Project D

⑈000238⑈  ⑈026003243⑈  0040⑈730373011⑈

D 00073



CHECK PAYMENT NBR.

| INVOICE | DESCRIPTION | DATE | P.O. NO. | GROSS AMT. | DISCOUNT | DATE 50104 NET AMOUNT 04/10/00 |
|---------|-------------|------|----------|-----------|----------|-------------------------------|
| 1612 HOUNDSTOOTH CORPORATION | | | | | | |
| 1000 | VIA M. WEINBER | 03/22/00 | | 81000.00 | 0.00 | 81000.00 |
| | | | TOTALS | 81000.00 | 0.00 | 81000.00 |

JA APPAREL CORP.
MEADOWS OFFICE COMPLEX
301 Route 17 North, Rutherford, NJ 07070

GRUPPO GFT

DATE  04/10/00

EIGHTY-ONE THOUSAND AND 00/100

THE BANK OF NEW YORK
WHITE PLAINS, N.Y.

NO. 050104

PAYABLE IN U.S. FUNDS

AMOUNT
**+*+*81000.00

VOID AFTER 180 DAYS

JA APPAREL CORP.

By _____
AUTHORIZED SIGNATURE

By _____
AUTHORIZED SIGNATURE

TO
THE
ORDER
OF

HOUNDSTOOTH CORPORATION
650 FIFTH AVENUE
27 FL.
NEW YORK      NY 10019
ATTN:MR. JOSEPH ABBOUD

⑈000050104⑈ ⑆021000018⑆ 14 719 2⑈

D 00074



D 00075



D 00076



PTS AMERICA INC

| CD | REFERENCE # | DATE | VOUCHER | BATCH | GROSS | DISCOUNT | % | OTHER | NET |
|---|---|---|---|---|---|---|---|---|---|
| I | | 04/28/99 | 0004470 | 0428 | 10000.00 | | | | 10000.00 |
| | | | TOTALS | | 10000.00 | 0.00 | | 0.00 | 10000.00 |

CHECK NO. **4931**

I = INVOICE
OA = ON ACCOUNT
CM = CREDIT MEMO
DB = DEBIT MEMO

CD-0428

CHECK NUMBER **4931**

CHECK DATE 04/28/99

CHECK AMOUNT *****10000.00

CHEMICAL
165 THIRD AVENUE
NEW YORK, NY 10001

PAY
EXACTLY      TEN THOUSAND AND 00/100

TO
THE
ORDER      SOUND/SOUTH (CORE)
OF          CHECK/ABBOTT WORLDWIDE
            492 WEST 57TH STREET
            NEW YORK, NY 10019

PTS AMERICA INC
222 FIFTH AVENUE
NEW YORK, NY 10001-7701

⑈004931⑈ 1:02100012⑈ 126⑈14 0001⑈8⑈

D 00077

QUENTIN ASHFORD OF LONDON
DIV. MEN'S ACCESSORIES GROUP LTD.

241
1-327/260

Date 01-13-2000

PAY TO
THE ORDER OF  Houndstooth Corp                                    $ 8750.00

Eighty Seven Hundred Fifty and ............no/100.... DOLLARS

BROADWAY NATIONAL BANK
355 AVENUE OF THE AMERICAS
NEW YORK, NY 10001

FOR Jason Parsons Workwork Licence 1st MGR.

⑆026003272⑆ 32 1013 5⑆ 0241

D 00078

03/06/2000  17:22   2122239390          ABBOUD WORLDWIDE              PAGE 01
                                        JOSEPH ABBOUD WW              PAGE 02

## JOSEPH ABBOUD
### worldwide

### INVOICE - DEBT DUE TO
### HOUNDSTOOTH CORP

| DATE | INVOICE NO. |
|------|-------------|
| 3/6/00 | 346 |

**BILL TO**

SERGIO PELLARI, INC.
ATTN: ANGELO DELLA CROCE
49 WEST 57TH STREET
NEW YORK, NY 10019

**PAYMENT INSTRUCTIONS**

PLEASE MAKE CHECK PAYBLE TO
HOUNDSTOOTH CORP.

SEND TO:
ATTN: E. LEACH JOHNSON
JOSEPH ABBOUD COMPANY
650 FIFTH AVE. 20TH FLOOR
NEW YORK, NY 10019

| | TERMS | DUE DATE |
|---|-------|----------|
| | BY DUE DATE | 3/30/00 |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| MGR | MINIMUM GUARANTEED ROYALTY PAYMENT | 12,230.00 |

---

**SERGIO PELLARI INC.**                                    2578

|  |  |
|---|---|
| TOTAL | |
| LESS % DISCOUNT | |
| LESS | |
| TOTAL DEDUCTIONS | |
| AMOUNT OF CHECK | |

                                          APRIL 1 2000

PAY TO THE ORDER OF  _HOUNDSTOOTH CORP_——— $ 8190

_EIGHTTHOUSAND ONE HUNDRED NINTY_ —————— DOLLARS

STERLING NATIONAL BANK
425 Park Ave.
New York, N.Y. 10022

                                          Angelo Della Croce

"00 2578"  ":0260077731:  03  109861"01"

---

|  |  |
|---|---|
| Rec'd | 4/6/00 |
| QB | 4/10/00 |
| F/S detail | 4/10/00 |
| F/S summary | 4/10/00 |

(MGR)

| TOTAL | $12,230.00 |
|-------|-----------|

ABBOUD WORLDWIDE  49 WEST 57TH STREET, NEW YORK, NY 10019
TEL 212.223.9394  FAX 212.223.9390

D 00079

Simmons®
CORPORATE
Better Sleep Through Science™

CHECK NO. 03201064

REFERENCE

CHECK DATE
1 05 99

PAY THIS AMOUNT
$37,500.00

SIMMONS COMPANY

COUNTERSIGNED

PAY
THE SUM OF
VOID AFTER 180 DAYS

37,500.00

TO THE
ORDER OF    Joseph Abboud

"'003 20 4 06 4"'  ''06 4 4 3 2 79':  07 535 466'"

| INVOICE NUMBER | INVOICE DATE | VOUCHER NO. | GROSS AMOUNT | DISCOUNT AMOUNT | NET AMOUNT PAID |
|---|---|---|---|---|---|
| 10300 | 01 03 00 | | $37,500.00 | | $37,500.00 |

CHECK NO.  CHECK DATE  VENDOR NUMBER  VENDOR NAME
03201064  1 05 99                      Joseph Abboud

TOTAL AMOUNT OF CHECK  $37,500.00

| Rec'd | 1/6/00 |
|---|---|
| QB | 3/23 00 |
| F/S detail | 3/24/00 |
| F/S summary | |

D 00080



United Feather & Down
414 East Golf Road
Des Plaines, IL 60016
(847) 296-6500

State Street Bank & Trust Co.
Boston, MA 02101

CHECK NO.   1001558

DATE   03/28/2000

AMOUNT   $15,000.00

5-27/110

PAY   Sum of Fifteen Thousand and 00/100 Dollars

TO THE
ORDER
OF   HOUNDSTOOTH CORP.

⑈1001558⑈ ⑈0110000028⑈ ⑈6950787q⑈

D 00081

V. FRAAS U.S.A., INC.

TOTAL ***

7509.00

BAYERISCHE Vereinsbank AG
(Union Bank of Bavaria)
New York Branch, 335 Madison Ave.,
New York, N.Y. 10017

**V. FRAAS (U.S.A.) INC.**
350 FIFTH AVENUE,
SUITE 4601
NEW YORK, NEW YORK 10118

352 1-890
280

9360

PAY********************7.500.00********

****7.500.00
AMOUNT

TO THE
ORDER
OF

JOSEPH ASBOUD
WORLDWIDE

DATE
3-23-00

V. FRAAS (U.S.A.) INC.

PER _____
AUTHORIZED SIGNING OFFICER

⑆026008808⑆ 514⑈120677⑈00⑈

D 00082

| INVOICE NUMBER | INVOICE DATE | DESCRIPTION | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 231350 | VENDOR 3/06/00 | HOUNDSTOOTH CORP ACCR ROY PAY | 18750.00 | .00 | 18750.00 |
| 354 | | | | CHECK DATE 4/05/00 | 18750.00 |
| CHECK NUMBER 65040 | | TOTALS | 18750.00 | .00 | 18750.00 |

Whaling Mfg. Co. Inc.
Whaling Treasures, Inc.
387 QUARRY STREET · FALL RIVER, MA 02723

BankBoston
CONNECTICUT

CHECK DATE   CHECK NO.
4/05/00     65040

CHECK AMOUNT
********18,750.00

EIGHTEEN THOUSAND SEVEN HUNDRED FIFTY AND 00/100***********************************

TO THE
ORDER OF

HOUNDSTOOTH CORP.
JOSEPH ABBOUD COMPANY
650 FIFTH AVE, 20TH FLOOR
NEW YORK NY 10019

AUTHORIZED SIGNATURE

⑈00006504⑈ ⑈011100805⑈ 574 0 284⑈

D 00083

# JOSEPH ABBOUD WORLDWIDE

## Licensee List - Apparel

| Product Categories | Label | Launch | Company | Contact (Bold indicates CEO / President / Director, etc.) | Phone | Fax |
|---|---|---|---|---|---|---|
| Men's Tailored Clothing, Furnishings, Golfwear and Sportswear | Joseph Abboud Diamond Label Joseph Abboud Black Label | Spring 1989 Spring 1999 | GFT/JA Apparel 650 5th Ave. NYC 10019 | **Mr. Bob Wichser** Ms. Traci Young | 212-586-9140 800-999-0600 | 212-315-2636 |
| Men's Overcoats | Joseph Abboud Diamond Label Joseph Abboud Black Label | Fall 2000 | Pietrafesa Corp. 7400 Morgan Rd., Liverpool, NY 13090 351 Madison Avenue NYC 10022 | **Mr. Richard Pietrafesa** Mr. John McCoy Mr. Patrick Holmes | 315-451-4100 212-969-9683 | 315-451-5459 212-581-3980 212-969-9498 |
| Men's Swimwear, Sleepwear, Robes & Loungewear | Joseph Abboud Collection and Joseph Abboud Diamond Label | Spring 1998 | Majestic Industries 3700 Jean Rivard Montreal, Quebec H1Z 4K3 Canada 9 Nursery La. Westport, CT 06880 | **Mr. Sam Landsman** Mr. Peter Zucker | 514-727-2000 203-226-9976 800-361-0185 | 514-727-2727 203-227-1213 |
| Men's Rainwear | Joseph Abboud Diamond Label | Fall 1999 | Whiting Mfg. Co. 650 5th Ave. NYC 10019 | **Mr. James Favao** Mr. Ben Miller | 508-678-9061 212-345-0830 800-225-8554 | 508-678-9726 212-581-1235 |
| Women's Collection | Joseph Abboud Collection | Fall 1997 | Sergio Pellari/ADC 49 W. 57th St. 4th Floor NYC 10019 | **Mr. Angelo Della Croce** Mr. John Hollyer | 212-750-5606 | 212-750-5537 |

D 00084

# JOSEPH ABBOUD WORLDWIDE

## Licensee List - Accessories

| Product Categories | Label | Launch | Company | Contact (Bold indicates CEO / President / Director, etc.) | Phone | Fax |
|---|---|---|---|---|---|---|
| Men's Shoes | Joseph Abboud Collection and Joseph Abboud Diamond Label | Spring 1997 | Florsheim 1350 Broadway, #510 NYC 10018 | Mr. Rick Anglin Mr. Dave Sanguinetti Ms. Carolyn Most | 312-458-2500 212-868-9615 | 312-458-7470 212-262-8329 |
| Men's Belt and Small Leather Goods | Joseph Abboud Collection Joseph Abboud Diamond Label | Fall 2000 | Humphreys Inc. 2009 West Hastings St. Chicago IL, 60608 | Mr. Richard Ryan Mr. Larry Fleming | 312-997-2358 312-455-3310 | 312-997-2147 |
| Men's Optical Eyewear & Sunglasses | Joseph Abboud Collection and Joseph Abboud Diamond Label | Fall 1998 | Ambassador Eyewear 3600 Marshall La. Bensalem, PA 19020 | Mr. Darry Budiluw Mr. Kenneth Kitnick Mr. Mary Levine | 215-633-7868 800-220-2019 | 215-604-9962 800-245-6862 |
| Men's Fragrance | Joseph Abboud Diamond Label | Spring 1991 | Eurolalie/EuroParfums 444 Madison Ave. NYC 10022 | Ms. Maria Torres Ms. Carey Lopez Ms. Alexandra Gianisani | 212-715-0671 | 212-715-5912 |
| Men's Watches & Timepieces | Joseph Abboud Collection and Joseph Abboud Diamond Label | Spring 1998 | E. Gluck Corp. 26-10 Thomson Ave. LLC, NY 11101 Shm: 41 L 5th Av, NYC | Mr. Mitchell Gelnick | 718-784-0700 718-482-4130 212-679-6455 800-840-2959 | 718-482-2702 718-482-2700 |
| Men's Scarves Women's Scarves | Joseph Abboud Collection Joseph Abboud Diamond Label | Fall 1998 | V. Fraas 350 5th Ave. NYC 10118 | Mr. Ken Krieger Mr. Roy Chinnici Mr. Jim Pell | 212-244-2350 | 212-629-5719 |
| Men's Sterling Silver Jewelry | Joseph Abboud Collection Joseph Abboud Diamond Label | Fall 2000 | Quentin Ashford 1300 Avenue T Brooklyn, NY 11229 | Mr. Jacques Baghdadi | 718-376-7676 212-944-8383 | 718-998-9988 |

Page 2 of 4

D 00085

# JOSEPH ABBOUD WORLDWIDE

## Licensee List – Home

| Product Categories | Label | Launch | Company | Contact (Bold indicates CEO, etc.) | Phone | Fax |
|---|---|---|---|---|---|---|
| Bedding, Bath, Blanket & Beech | Joseph Abboud Diamond Label | Spring 1999 | Davidson Cotton Co./Atrium 295 5th Ave., Suite 312 NYC 10016 | Mr. Charles Schlang | 212-889-7777 704-947-0880 | 212-447-4070 704-941-0018 |
| Wall Coverings | Joseph Abboud Diamond Label | Spring 2000 | Imperial Home Décor Grp 23645 Mercantile Rd. Cleveland, OH 44122 | Mr. Michael Landau Ms. Susan Meek | 216-378-5505 216-378-5330 800-539-5399 | 216-378-5529 |
| Decorative Fabrics | Joseph Abboud Diamond Label | Spring 2000 | Kravet 225 Central Avenue, South Bethpage, NY 11714 | Ms. Lisa Kravet | 212-686-9929 212-421-6363 516-293-2000 | 212-951-7008 212-751-7196 516-293-2136 |
| Tablecloths, Place Mats, Kitchen Textiles | Joseph Abboud Diamond Label | Spring 2000 | Avon Home Textiles 75 Lundquist Dr. Braintree, MA 02184 | Mr. George Kouri, Jr. | 781-843-9600 ext. 205 | 781-843-9601 |
| Hand-made Patchwork Quilts and Accessories | Joseph Abboud Diamond Label | Spring 2000 | Hedaya Home Fashions Inc. 205 5th Ave., Suite 406 NYC 10016 | Nathan Hedaya Jack McDonnell | 212-213-3757 212-683-0830 212-889-1111 | 212-213-3757 212-889-1115 |
| Down Comforters and Pillows | Joseph Abboud Diamond Label | Spring 2000 | United Feather and Down 414 East Golf Road Des Plaines, IL 60016 | Brandon Palmer | 847-296-6500 | 847-296-6616 |
| Shower Curtains and Accessories | Joseph Abboud Diamond Label | Spring 2000 | Creative Bath Products, Inc. 295 5th Avenue, Suite 111 New York, NY 10016 | Rick Lipton | 212-889-2666 | 212-889-3770 |
| Decorative Pillows | Joseph Abboud Diamond Label | Spring 2000 | Bess Manufacturing Co. 1807-21 Huntingdon St. Philadelphia, PA 19125 | W. Thomas Kienert | 215-425-9450 212-545-8942 | 215-425-3528 212-689-5102 |
| China | Joseph Abboud Diamond Label | Spring 2000 | PTS America, Inc. 222 5th Avenue New York, NY 10001 | Chuck Gallagher | 212-889-9301 | 212-889-6907 |
| Flatware | Joseph Abboud Diamond Label | Spring 2000 | Excel 100 Andrews Road Hicksville, NY 11801 | Mr. Harmon Stein | 516-794-3155 | 516-794-5250 |
| Mattresses and Box Springs | Joseph Abboud Diamond Label Joseph Abboud Collection | Fall 2000 | Simmons Company 1 Concourse Parkway Atlanta, GA 30328-5369 | Mr. Scott White | 770-206-2647 | 770-673-2638 |
| Woven and Printed Area Rugs | Joseph Abboud Diamond Label | Fall 2000 | Couristan 2 Executive Drive Fort Lee, NJ 07024 | Mr. Greg Jordt | 201-585-8500 800-223-6186 | 201-585-8552 |

Page 3 of 4

D 00086

# JOSEPH ABBOUD WORLDWIDE

## Licensee List – International

| Product Categories | Label | Launch | Company | Contact (Bold indicates CEO / President/ Director, etc.) | Phone | Fax |
|---|---|---|---|---|---|---|
| Men's Tailored Clothing, Furnishings and Sportswear | Joseph Abboud Diamond Label | Fall 1995 (Japan) | Onward Kashiyama 499 7th Ave. NYC 10018 | Mr. Masabumi Kiyohara Ms. Yukiko Okita | 212-629-6100 | 212-629-5667 |
| Men's Clothing, Furn., Sportswear, Accessories | Joseph Abboud Collection and Joseph Abboud Diamond Label | Fall 1999 (Taiwan) | Carnival C/O Ralph Kaufmann 3160 Summit Ave. Highland Park, IL 60035 | Mr. Bob Shiau Mr. Alfred Wang Mr. Ralph Kaufmann | 011-886-227-113-171 847-433-5415 | 011-886-227-317-367 847-433-6420 |

D 00087

Seminar 3.8

## LICENSE OVERVIEW

### MEN'S LICENSES- (OTHER THAN G.F.T.)

1. Pietrafesa – Men's Outwear Fall 2000, First season, replaced Cardinal as Overcoat licensee.

2. Majestic - Swimwear ; No issues.

3. Whaling – Men's Rainwear.  No issues.

4. Florsheim – Men's Shoes – Spring 2001 last season.  All details provided in due diligence book.  Search on for replacement.

5. Humphreys – Men's Belts & Leather Accessories.  Fall 2000 1st season- No issues.

6. Ambassador - Eyewear Contract expired.  Company filed Chapter 11.  Royalties still due Joseph Abboud.

7. EuroItalia - Men's Fragrance.  Small underdeveloped business. Looking to find a stronger partner.

8. E.Gluck – Men's Watches.  Royalties renegotiated and agreed upon December 6, 1999.  In Due Dilegence Book.

9. V. Fraas – Men's Scarves.  Small business expires Fall 2000.  No issues.

10. Quentin Ashford - Men's Jewelry.  Fall 2000 First Season.  No issues.

11. Cardinal - Men's Overcoats.  Contract expired Fall 1999.  Replaced by new licensee, Pietrafesa.  In litigation.

12. Grieco - Men's Collection.  Contract expired Fall 1999.  Royalties not received for 1999.

D 00088

13. <u>DayLor</u>- Contract expired Spring 2000. Royalties not received. In litigation.

## WOMEN'S LICENSES

1. <u>Pellari</u> - Women's Collection- Spring 2001 last season. Minimums eliminated due to erosion of business.

2. <u>Pancaldi</u> - Women's Shoes- No business activity. In breach of contract. No funds received. In litigation.

## INTERNATIONAL LICENSES

1. <u>Onward Kashiyama</u> – Japan – Contract with G.F.T. Spring 2000 Last Season. Contract renegotiated by Bob Wichser. Awaiting finalization.

2. <u>Carnival</u> – Tiawan – Fall 1999 First Season.   No issues.

## HOME LICENSES

1. <u>Davidson Cotton Co.</u> – Bedding & Bath. Spring 1999 First Season. First season difficulties in shipping product.

2. <u>Imperial</u> - Wall Coverings. Spring 2000 First Season. No issues.

3. <u>Kravet</u> - Decorating Fabrics. Spring 2000 First Season. No issues.

4. <u>Avon Home Textiles</u>- Tablecloths, Kitchen textiles. Spring 2000 First Season. No issues.

5. <u>Hedava Home Fashions</u> – Handmade Quilts. Spring 2000 First Season. No issues.

6. <u>United Feather & Down</u> – Down Comforters and Pillows. Spring 2000 First Season. No issues.

D 00089

7. <u>Creative Bath</u> – Shower Curtains and Accessories. Spring 2000 First Season. No issues.

8. <u>Bess Manufacturing</u> – Decorative Pillows. Spring 2000 First Season. No issues.

9. <u>PTS America</u> – China. Spring 2000 First Season. No issues.

10. <u>Excel</u> – Flatware. Spring 2000 First Season. No issues.

11. <u>Simmons Company</u> – Mattresses and Box Springs. Fall 2000 First Season. No issues.

12. <u>Couristan</u> – Woven and Printed Area Rugs. Fall 2000 First Season. No issues.

D 00090

SCHEDULE 5.1

NONE