# Exhibit C

11/20/2007  Abboud, Joseph

1
2      UNITED STATES DISTRICT COURT
3      SOUTHERN DISTRICT OF NEW YORK
4      ------------------------------------------------ x
5      JA APPAREL CORP.,
6              Plaintiff,
                         Civil Action No.
7          -against-         07 CV 07787 (DAB)
8      JOSEPH ABBOUD, HOUNDSTOOTH CORP., and
       HERRINGBONE CREATIVE SERVICES, INC.,
9
                 Defendants.
10     ------------------------------------------------ x
       JOSEPH ABBOUD, HOUNDSTOOTH CORP., and
11     HERRINGBONE CREATIVE SERVICES, INC.,
12             Counterclaim Plaintiffs,
13         -against-
14     JA APPAREL CORP., and MARTIN STAFF,
15             Counterclaim Defendants.
       ------------------------------------------------x
16
17         VIDEOTAPED DEPOSITION of JOSEPH ABBOUD,
18     taken by the Plaintiff, held at the offices of
19     Kaye Scholer, LLP, 425 Park Avenue, New York, New
20     York, on November 20th, 2007, at 10:15 a.m.,
21     before a Notary Public of the State of New York.
22     *********************************************
23         BARRISTER REPORTING SERVICE, INC.
               120 Broadway
24             New York, N.Y. 10271
                 212-732-8066
25

1

|   |   |   |
|---|---|---|
| 1 | | J. Abboud |
| 2 | | know what we're fussing about. |
| 3 | | THE WITNESS:  And I apologize, |
| 4 | | I will try to be more succinct. |
| 5 | Q | What is it that you wanted to say? |
| 6 | A | I don't remember, so I will just try |
| 7 | | to be more succinct with my answers going |
| 8 | | forward. |
| 9 | | MR. SMART:  Did we mark this? |
| 10 | | THE WITNESS:  It's probably my |
| 11 | | fault because I tend to trail off. |
| 12 | | (Whereupon the agreement dated |
| 13 | | 6/16/00 was marked Abboud Exhibit 2 |
| 14 | | for identification as of this date.) |
| 15 | Q | I show you what we've marked Joseph |
| 16 | | Abboud Exhibit 2, and let me know if you |
| 17 | | recognize that, for the record. |
| 18 | A | Yes, I'm looking at it.  Yes, I see |
| 19 | | this. |
| 20 | Q | Do you recognize this as an agreement |
| 21 | | that is dated June 16, 2000 between the |
| 22 | | Houndstooth Corporation, Joseph Abboud and JA |
| 23 | | Apparel Corporation? |
| 24 | A | Yes. |
| 25 | Q | And if you turn to the last page of |

|    |                                                      |
|----|------------------------------------------------------|
| 1  | J. Abboud                                            |
| 2  | the document, page 21, do you recognize your         |
| 3  | signatures, plural, there?                           |
| 4  | A     Yes, I do.                                     |
| 5  | Q     Is it the case that you signed on              |
| 6  | behalf of Houndstooth Corporation as its             |
| 7  | president?                                           |
| 8  | A     Yes.                                           |
| 9  | Q     Is it the case you also signed as              |
| 10 | Joseph Abboud, an individual?                        |
| 11 | A     Yes.                                           |
| 12 | Q     And JA Apparel also signed the                 |
| 13 | agreement by the signature of its chairman;          |
| 14 | is that correct?                                     |
| 15 | A     That's correct.                                |
| 16 | Q     Did you initial each and every page of         |
| 17 | this document?                                       |
| 18 | A     It appears so, yes.                            |
| 19 | Q     And did you read the document?                 |
| 20 | A     I believe I did at the time.                   |
| 21 | MR. SMART:  Let's mark as                            |
| 22 | Joseph Abboud Exhibit 3 a related                    |
| 23 | document dated July 13, 2000.                        |
| 24 | (Whereupon a document dated                          |
| 25 | 7/13/00 was marked Abboud Exhibit 3                  |