Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Phone (212) 715-1000
Fax (212) 715-1399

*Attorneys for Defendants and Counterclaim Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------- x

JA APPAREL CORP.,

    Plaintiff,

  v.

JOSEPH ABBOUD, HOUNDSTOOTH CORP.,
and HERRINGBONE CREATIVE
SERVICES, INC.,

    Defendants.

---------------------------------------------------------------- x
---------------------------------------------------------------- x

JOSEPH ABBOUD, HOUNDSTOOTH CORP.,
and HERRINGBONE CREATIVE
SERVICES, INC.,

    Counterclaim Plaintiffs,

  v.

JA APPAREL CORP. and MARTIN STAFF,

    Counterclaim Defendants.

---------------------------------------------------------------- x

Civil Action No. 07 CV 07787 (DAB)

**DEFENDANTS AND**
**COUNTERCLAIM PLAINTIFFS'**
**TRIAL EXHIBIT LIST**

Defendants and Counterclaim Plaintiffs Joseph Abboud, Houndstooth Corp. and Herringbone Creative Services, Inc. ("Abboud") hereby provide the following list of exhibits that Abboud intends to introduce at trial. Abboud reserves the right to supplement this exhibit list, and to introduce the exhibits at trial in any order it sees fit.

| Exhibit No. | Description of Exhibit | Exhibit Reference | Objections |
|---|---|---|---|
| | **ABBOUD EXHIBIT LIST** | | |
| Def. Ex. 1 | Letters dated November 10, 1999 from J. Abboud to M. Romiti re: meeting with R. Jorio Fili. | D 03183 - D 03191 | |
| Def. Ex. 2 | Fax dated December 3, 1999 from P. Vigitello to J. Anton enclosing letter re: J. Abboud/ GFT. | KSC00004149 - KSC00004151 | |
| Def. Ex. 3 | Document dated February 3, 2000 outlining the key points in the verbal agreement to be transferred to a binding offer letter. | KSC00004286 - KSC00004287 | |
| Def. Ex. 4 | Letter dated February 4, 2000 from P. Vigitello to P. Forlenza and J. LaGueux recapping phone conversation regarding binding offer letter to J. Abboud. | KSC00004230 - KSC00004232 | |
| Def. Ex. 5 | Letter dated February 10, 2000 from J. LaGueux of Patterson, Belknap, Webb & Tyler to T. Dinsmoor of Finnegan, Hickey, Dinsmoor & Johnson. | D 03217 - D 03227 | |
| Def. Ex. 6 | Letter dated February 15, 2000 from T. Dinsmoor to J. LaGueux. | KSC00004307 - KSC00004309 | |
| Def. Ex. 7 | Letter dated February 23, 2000 from T. Dinsmoor to J. LaGueux. | KSC00004311 - KSC00004312 | |
| Def. Ex. 8 | Letter dated February 25, 2000 from R. Jorio Fili to J. Abboud re: Acquisition. | D 03192 - D 03193 | |
| Def. Ex. 9 | Letter dated March 1, 2000 from J. Abboud to R. Jorio Fili. | DIN00780 - DIN00782 | |
| Def. Ex. 10 | Letter dated March 9, 2000 from J. LaGueux to T. Dinsmoor enclosing revised draft letter agreement. | D 03204 - D 03216 | |
| Def. Ex. 11 | Letter dated March 17, 2000 from R. Jorio Fili to the Board of Directors of Houndstooth Corp. and J. Abboud setting forth in writing the agreement reached among Houndstooth, J. Abboud and GFT. | D 03174 - D 03182 | |
| Def. Ex. 12 | Purchase and Sale Agreement dated June 16, 2000. | D 00007 - D 00091; Spiel 4; Abboud 2 | |
| Def. Ex. 13 | Side Letter Agreement dated July 31, 2000. | D 00001 - D 00006; Spiel 11 | |
| Def. Ex. 14 | Fax dated July 6, 2000 from B. Wichser to R. Jorio Fili enclosing press release. | D 03194 - D 03197 | |
| Def. Ex. 15 | Letter dated August 7, 2002 from R. Wichser to J. Torsiello of Westchester County Times re: article "Joseph Abboud's Master Plan", August 2002. | JAA0026179 | |

| Exhibit No. | Description of Exhibit | Exhibit Reference | Objections |
|---|---|---|---|
| | **ABBOUD EXHIBIT LIST** | | |
| Def. Ex. 16 | Letter dated November 5, 2002 from J. LaGueux to D. Kreindler responding to letter dated October 8, 2002. | D 03165 - D 03166 | |
| Def. Ex. 17 | Verified Answer of JA Apparel Corp. and GFT (U.S.A.) Corp. and Counterclaims of JA Apparel Corp. dated December 18, 2002. | KSC00002340 - KSC00002375 | |
| Def. Ex. 18 | Statement of Undisputed Material Facts Pursuant to Commercial Division Rule 198-a In Support of Motion for Summary Judgment dated September 18, 2003. | D 03201 - D 03203 | |
| Def. Ex. 19 | Letter from J.W. Childs to Goldman Sachs dated December 8, 2003 with attachments. | JWC00001733 - JWC00001786 | |
| Def. Ex. 20 | Draft Financial Due Diligence report Project Suits - January 2004. | Spiel 3 | |
| Def. Ex. 21 | February 3, 2004 Brand Valuation and Review. | JWC00000178 - JWC00000299 | |
| Def. Ex. 22 | Memorandum regarding Joseph Abboud Corp. and Riverside Manufacturing Corp. | JAA0026786 - JAA0026528; Spiel 8 | |
| Def. Ex. 23 | Stock Purchase Agreement by and among JA Holdings, Inc., as Purchaser, GFT (U.S.A.) Corp. as Seller and RCS Medicorp S.p.A. - dated February 10, 2004. | JAAPP00020924; Spiel 9 | |
| Def. Ex. 24 | Disclosure Schedules to Stock Purchase Agreement. | JAAPP00021045; Spiel 10 | |
| Def. Ex. 25 | Letter Agreement dated June 29, 2004 from Martin Staff to Joseph Abboud. | Spiel 21 | |
| Def. Ex. 26 | Email dated December 06, 2004 from Eric Spiel to Marty Staff re: JA Discussion. | JAA0068581 - JAA0068583; Spiel 20 | |
| Def. Ex. 27 | Trademark Protection Strategy Response to 10 Points to Target. | JAA0000656 - JAA0000658; Spiel 22 | |
| Def. Ex. 28 | Email exchange dated April 24, 2005 between Marty Staff and Eric Spiel re: Strategy Plan. | JSS0074535 - JAA0074537; Spiel 23 | |
| Def. Ex. 29 | Board of Director's Meeting April 28th, 2005. | JAA0009624 - JAA0009798; Spiel 24 | |
| Def. Ex. 30 | Printout of Trademark Electronic Search System (TESS) - Search of Joseph Abboud. | Spiel 25 | |
| Def. Ex. 31 | Letter dated June 28, 2005 from Stephen Koval to Theodore E. Dinsmoor. | JAA0072125 - JAA0072129; Spiel 6 | |
| Def. Ex. 32 | Letter dated October 4, 2005 from Theodore E. Dinsmoor to Stephen Koval re: Joseph Abboud. | D 00403 - D 00407; Spiel 19 | |
| Def. Ex. 33 | Photocopy of Jaz - An American Luxury Collection DNR Ad. | D 02750; Spiel 7 | |
| Def. Ex. 34 | DNR Power 100 Magazine dated October 29, 2007. | Staff 9 | |
| Def. Ex. 35 | Photocopy of Jaz - An American Luxury Collection Proposed Ad. | D 02746; Staff 8 | |
| Def. Ex. 36 | Photocopy of Jaz - An American Luxury Collection Proposed Ad. | D02751; Abboud 16 | |
| Def. Ex. 37 | Photocopy of Jaz - An American Luxury Collection Proposed Ad. | D02752 | |

## ABBOUD EXHIBIT LIST

| Exhibit No. | Description of Exhibit | Exhibit Reference | Objections |
|---|---|---|---|
| Def. Ex. 38 | Photocopies of Jaz - An American Luxury Collection Proposed Ads. | D 02746 - D 02749; Abboud 15 | |
| Def. Ex. 39 | DNR Magazine Issue dated July 16, 2007. | D 00346 - D 00347; Spiel 28 | |
| Def. Ex. 40 | DNR Magazine Issue dated August 6, 2007. | Abboud 5; JV - 19 | |
| Def. Ex. 41 | The Wall Street Journal dated August 6, 2007. | Abboud 6 | |
| Def. Ex. 42 | Women's Wear Daily Issue dated September 19, 2007. | Staff 5 | |
| Def. Ex. 43 | Boston Globe article dated September 30, 2007. | | |
| Def. Ex. 44 | Email exchange between Marty Staff and Eric Spiel re: Ted Yun conversation. | JAA0018891 - JAA0018893; Spiel 5 | |
| Def. Ex. 45 | Email exchange dated May 8, 2007 between Eric Spiel and Marty Staff. | JAA0018957 - JAA0018958; Spiel 12 | |
| Def. Ex. 46 | Email exchange dated February 19, 2007 re: Meeting with Joseph to discuss the concept of him becoming a licensed partner. | JAA0055360 - JAA0055361; Spiel 13 | |
| Def. Ex. 47 | Email dated April 16, 2007 re: Joseph's disinterest in the couture opportunity. | JAA0055794; Spiel 14 | |
| Def. Ex. 48 | Email exchange dated July 30, 2007 re: Wall Street Journal Abboud Story. | JAA0079747 - JAA0079750; Spiel 15 | |
| Def. Ex. 49 | Email exchange dated January 25, 2007 re: University of Massachusetts Event. | JAA0022633 - JAA0022635; Spiel 16 | |
| Def. Ex. 50 | Email exchange dated November 21, 2005 re: Friends and Family. | JAA0061935 - JAA0061936; Spiel 17 | |
| Def. Ex. 51 | Email dated February 20, 2007 from Eric Spiel to Erin Reilly re: Martha Stewart Segment. | JAA0021762; Spiel 18 | |
| Def. Ex. 52 | Email exchange dated June 25, 2006 between Marty Staff and Steen Kanter re: ESJ.com - Shopping With: Joseph Abboud. | JAA0068608 - JAA0068611; Spiel 26 | |
| Def. Ex. 53 | Email exchange dated May 18, 2007 between Eric Spiel and Marty Staff re: Joseph Abboud Week. | JAA0063176 - JAA0063180; Spiel 27 | |
| Def. Ex. 54 | Email exchange dated May 19, 2006 re: Joseph Abboud Sportswear research documents | JAA0069934 - JAA0069935; Spiel 29 | |
| Def. Ex. 55 | Email exchange dated January 7, 2007 between Eric Spiel and Marty Staff. | JAA 21726; Spiel 30 | |
| Def. Ex. 56 | Email dated August 28, 2007 between Eric Spiel and Marty Staff re: Les Hale. | JAA0019730 - JAA0019731; Spiel 31 | |
| Def. Ex. 57 | Joseph Abboud Management Presentation - August 2006. | Spiel 32 | |
| Def. Ex. 58 | Fax dated August 9, 2006 from Michael Shaffer to Gregory Shaia enclosing letter dated August 8, 2006 re: Non-binding expression of interest for the acquisition of JA Holding, Inc. | JAA0068626 - JAA0068627; Spiel 33 | |
| Def. Ex. 59 | Email exchange dated September 20, 2006 re: PVH and Joseph. | JAA0063206 - JAA0063207; Spiel 34 | |
| Def. Ex. 60 | Email exchange dated June 9, 2007 re: Joseph Abboud Research. | JAA0061555 - JAA0061556; Spiel 35 | |

| Exhibit No. | Description of Exhibit | Exhibit Reference | Objections |
|---|---|---|---|
| | **ABBOUD EXHIBIT LIST** | | |
| Def. Ex. 61 | Email exchange dated March 10, 2007 re: DNR Article. | JAA0055799 - JAA0055802; Spiel 36 | |
| Def. Ex. 62 | Email exchange dated August 7, 2007 between Dan Gropper, Eric Spiel and Dara Viehman re: JA Follow Up. | JAA0018912 - JAA0018913; Spiel 37 | |
| Def. Ex. 63 | Email exchange dated April 23, 2007 between Eric Spiel and JW Childs re: Fortress. | JWC00001967 - JWC00001968 | |
| Def. Ex. 64 | Email exchange dated June 10, 2007 between Kathleen Paulicelli and J.W. Childs attaching June 12, 2007 Board of Directors presentation. | JWC00001970 - JWC00002134 | |
| Def. Ex. 65 | Email exchange dated August 7, 2007 between Eric Spiel and JW Childs re: Fortress. | JWC00002164 - JWC00002165 | |
| Def. Ex. 66 | Email exchange dated August 7, 2007 between Eric Spiel and JW Childs. | JWC00002172 - JWC00002175 | |
| Def. Ex. 67 | Email exchange dated August 8, 2007 between Eric Spiel and JW Childs re: Wachovia. | JWC00002184 - JWC00002185 | |
| Def. Ex. 68 | Email exchange dated September 6, 2007 between Eric Spiel and JW Childs. | JWC00002205 - JWC00002210 | |
| Def. Ex. 69 | New York Observer Article "Hard Partying Marty Staff Gets Second Act at Abboud" dated January 31, 2005. | Staff 1 | |
| Def. Ex. 70 | U.S. District Court - SDNY Civil Docket for Case# 1:02 cv 05744-RO. | Staff 2 | |
| Def. Ex. 71 | Email exchange dated July 24, 2007 between Marty Staff, Eric Spiel, Kenton Selvey and Anthony Sapienza re: Joseph Abboud purchasing Fall River Shirt Co. | JAA0078314 - JAA0078315; Staff 3 | |
| Def. Ex. 72 | Email exchange dated July 31, 2007 between Steen Kanter and Marty Staff re: Business relationship with Lord & Taylor. | JAA0055284 - JAA0055285; Staff 4 | |
| Def. Ex. 73 | Email dated September 19, 2007 from Marty Staff to Richard Baker re: Business with Lord & Taylor. | JAA0019698 - JAA0019699; Staff 7 | |
| Def. Ex. 74 | Joseph Abboud - Executive Committee - June 28, 2007. | JAAPP00007484; Staff 10 | |
| Def. Ex. 75 | Joseph Abboud Licensing Update. | Staff 11 | |
| Def. Ex. 76 | Email exchange dated August 19, 2004 between Kathleen Paulicelli, Marty Staff, Melissa Garbayo and Joseph Abboud re: Jessica Palley w/ DNR for interview on Threads. | JAA0057181 - JAA0057184; Staff 16 | |
| Def. Ex. 77 | Email exchange dated September 3, 2004 between Anthony Sapienza, Marty Staff, Joseph Abboud and Melissa Garbayo re: IACDE Dinner. | JAA0068590 - JAA0068594; Staff 17 | |
| Def. Ex. 78 | Email exchange dated October 17, 2004 between Marty Staff and Melissa Garbayo re: Joseph's PA and Fashion Show. | JAA0067115 - JAA0067118; Staff 18 | |
| Def. Ex. 79 | Email dated December 18, 2004 from Marty Staff to Melissa Garbayo re: Press, etc. | JAA0066925; Staff 19 | |
| Def. Ex. 80 | Joseph Abboud - Board of Director's Meeting - July 28, 2005. | JAA0009554 - JAA0009623; Staff 20 | |

4

| Exhibit No. | Description of Exhibit | Exhibit Reference | Objections |
|---|---|---|---|
| | **ABBOUD EXHIBIT LIST** | | |
| Def. Ex. 81 | License Agreement Summary. | JAAPP00013738; Staff 21 | |
| Def. Ex. 82 | Email dated September 19, 2006 from Erin Reilly to JA Employees and Licensee's re: Joe Joseph Abboud Launch Party September 20th. | JAA0074778 - JAA0074780; Staff 22 | |
| Def. Ex. 83 | Email dated July 30, 2007 from Ann Langerholc to Marty Staff re: 2 updates - Nordstrom and Lord & Taylor. | JAA0055287; Staff 24 | |
| Def. Ex. 84 | Do You Know Joe? Joseph Abboud (doUknowjoe.com). | Abboud 172 | |
| Def. Ex. 85 | Do You Know Joe.com Website. | | |
| Def. Ex. 86 | Women's Wear Daily Issue dated January 18, 2007. | D 00334 - D 00335; Staff 23 | |
| Def. Ex. 87 | DNR Magazine dated December 3, 2007. | | |
| Def. Ex. 88 | Bedford Magazine dated September/October 2007. | | |
| Def. Ex. 89 | Bedford Magazine Dated September/October 2006. | | |
| Def. Ex. 90 | Group Exhibit consisting of press articles. | | |
| Def. Ex. 91 | Group exhibit consisting of articles concerning the individual Joseph Abboud. | D02618 | |
| Def. Ex. 92 | Group exhibit consisting of Joseph Abboud Biographical documents. | D00092 - D00104 | |
| Def. Ex. 93 | Threads: My Life Behind the Seams in the High-Stakes World of Fashion by Joseph Abboud. | | |
| Def. Ex. 94 | Threads: My Life Behind the Seams in the High-Stakes World of Fashion sales trailer. | D02615 | |
| Def. Ex. 95 | CNBC's High Net Worth. | D02619 | |
| Def. Ex. 96 | Martha Stewart Show. | D02616 | |
| Def. Ex. 97 | Print-out from USPTO Website regarding JAZ application and current status of JAZ application. | | |
| Def. Ex. 98 | JA Apparel's Notice of Opposition to JAZ trademark application. | D0123 - D0128 | |
| Def. Ex. 99 | JA Apparel's Withdrawal of Opposition to JAZ trademark application. | D00114 | |
| Def. Ex. 100 | Proposed JAZ labels and hangtags. | D02541 - D02543 | |
| Def. Ex. 101 | JAZ Informational Packet. | D02568 - D02623 | |
| Def. Ex. 102 | Proposed licensing term sheet and proposed license agreement between Jaz Licensing, LLC and Cardinal of Canada. | Cardinal000004 - Cardinal000039 | |
| Def. Ex. 103 | Proposed license agreement between Jaz Licensing, LLC and Jack Victor. | D02565 - D02567 | |
| Def. Ex. 104 | Proposed licensing term sheet between Jaz Licensing, LLC and Jack Victor. | D02508 - D02539 | |
| Def. Ex. 105 | Certificate of Formation for the JAZ Licensing Company, LLC. | D02753 - D02755 | |

## ABBOUD EXHIBIT LIST

| Exhibit No. | Description of Exhibit | Exhibit Reference | Objections |
|---|---|---|---|
| Def. Ex. 106 | Operating Agreement of Jaz Licensing Company, LLC. | D02756 - D02766 | |
| Def. Ex. 107 | Jaz Licensing Company, LLC Consent of Sole Member. | D02767 - D02768 | |
| Def. Ex. 108 | Jaz Licensing Company, LLC New York State Application for Authority documents. | D02769 - D02778 | |
| Def. Ex. 109 | Certificate of Formation for the Herringbone Consulting Company, LLC. | D02779 - D02781 | |
| Def. Ex. 110 | Operating Agreement of Herringbone Consulting Company, LLC. | D02782 - D02792 | |
| Def. Ex. 111 | Herringbone Consulting Company, LLC Consent of Sole Member. | D02793 - D02794 | |
| Def. Ex. 112 | Herringbone Consulting Company, LLC New York State Application for Authority documents. | D02795 - D02804 | |
| Def. Ex. 113 | Alden Street Shirt Company LLC Certificate of Organization Documents. | D02808; D03762 - D03764 | |
| Def. Ex. 114 | Alden Street Shirt Company LLC Amended and Restated Certificate of Organization. | D02805 - D02807 | |
| Def. Ex. 115 | Alden Street Letter of Intent re: acquisition of Fall River Shirt Company, Inc. assets. | D03655 - D03662; Abboud 37 | |
| Def. Ex. 116 | April 26, 2007 Demand Promissory Note between Alden Street Shirt Company LLC and Herringbone Creative Services, Inc. | D03663 - D03665 | |
| Def. Ex. 117 | April 26, 2007 Demand Promissory Note between Fall River Shirt Company, Inc. and Alden Street Shirt Company LLC. | D03666 - D03668 | |
| Def. Ex. 118 | May 2, 2007 Demand Promissory Note between Alden Street Shirt Company LLC and Herringbone Creative Services, Inc. | D03669 - D03671 | |
| Def. Ex. 119 | May 2, 2007 Demand Promissory Note between Fall River Shirt Company, Inc. and Alden Street Shirt Company LLC. | D03672 - D03675 | |
| Def. Ex. 120 | Security Agreement between Fall River Shirt Company, Inc. and Alden Street Shirt Company LLC. | D03676 - D03683 | |
| Def. Ex. 121 | Limited Guaranty, Collateral Pledge and Security Agreement between George Nova, Albert Metivier and Alden Street Shirt Company LLC. | D03684 - D03707 | |
| Def. Ex. 122 | Secured Party Bill of Sale between TD Banknorth, N.A. and Alden Street Shirt Company LLC. | D03708 - D03721 | |
| Def. Ex. 123 | Limited Guaranty between Robert Kidder and Herringbone Creative Services, Inc. | D03722 - D03727 | |
| Def. Ex. 124 | Collateral Assignment and Pledge of Membership Interests. | D03728 - D03742 | |
| Def. Ex. 125 | May 14, 2007 Demand Promissory Note between Alden Street Shirt Company LLC and Herringbone Creative Services, Inc. | D03743 - D03745 | |
| Def. Ex. 126 | June 11, 2007 Demand Promissory Note between Alden Street Shirt Company LLC and Herringbone Creative Services, Inc. | D03746 - D03749 | |

| Exhibit No. | Description of Exhibit | Exhibit Reference | Objections |
|---|---|---|---|
| | **ABBOUD EXHIBIT LIST** | | |
| Def. Ex. 127 | July 23, 2007 Demand Promissory Note between Alden Street Shirt Company LLC and Herringbone Creative Services, Inc. | D03750 - D03752 | |
| Def. Ex. 128 | UCC Financing Statement concerning Alden Street Shirt Company LLC and Herringbone Creative Services, Inc. | D03753 - D03755 | |
| Def. Ex. 129 | August 8, 2007 Demand Promissory Note between Alden Street Shirt Company LLC and Herringbone Creative Services, Inc. | D03756 - D03758 | |
| Def. Ex. 130 | Releases of Limited Guaranty and Collateral Assignment and Pledge of Membership Interests, and Surrender of Membership Interests. | D03759 - D03761 | |
| Def. Ex. 131 | Operating Agreement of Herringbone Shirt Manufacturing Company, LLC. | D02822 - D02832; Abboud 43 | |
| Def. Ex. 132 | First Amended and Restated Operating Agreement of Herringbone Shirt Manufacturing Company, LLC. | D02809 - D02821; | |
| Def. Ex. 133 | Herringbone Shirt Manufacturing Company, LLC Consent of Sole Member. | D02833 - D02845 | |
| Def. Ex. 134 | Certificate of Formation for the Herringbone Sportswear Company, LLC. | D02846 - D02848 | |
| Def. Ex. 135 | Operating Agreement of Herringbone Sportswear Company, LLC. | D02862 - D02872 | |
| Def. Ex. 136 | First Amended and Restated Operating Agreement of Herringbone Sportswear Company, LLC. | D02849 - D02860 | |
| Def. Ex. 137 | Herringbone Consulting Company, LLC Consent of Sole Member Documents. | D02873 - D02890 | |
| Def. Ex. 138 | Herringbone Sportswear Company, LLC Written Consent of Member and Manager in Lieu of Meeting. | D02892 - D02894 | |
| Def. Ex. 139 | Herringbone Sportswear Company, LLC New York State Application for Authority documents. | D02895 - D02905 | |
| Def. Ex. 140 | Herringbone Sportswear Company, LLC acquisition of certain assets and liabilities of Merrill-Sharpe, Ltd. | D01106 - D01177 | |
| Def. Ex. 141 | JA Apparel - Licensing Income 2006. | JAA0073044 - JAA0073046; Spiel 38 | |
| Def. Ex. 142 | JA Apparel Licensing Revenue Summary from 2004 - 2006. | JAAPP00022011; JAAPP00022014 | |
| Def. Ex. 143 | JA Apparel Sales and Sales Summaries from 1999 - 2006. | JAAPP00022001 - JAAPP00022002; JAAPP00021745; JAAPP00007868; JAAPP00007538 - JAAPP00007539 | |
| Def. Ex. 144 | Group exhibit consisting of JA Apparel Balance Sheets and Financial Statements from 1999 - 2006. | | |
| Def. Ex. 145 | Group exhibit consisting of JA Apparel Balance Sheets and Financial Statements for 2007. | | |
| Def. Ex. 146 | Email dated September 7, 2006 concerning JOE website. | JAA0068538 | |

7

## ABBOUD EXHIBIT LIST

| Exhibit No. | Description of Exhibit | Exhibit Reference | Objections |
|---|---|---|---|
| Def. Ex. 147 | Email exchange dated May 23, 2006 between Erin Reilly and Kenton Selvey. | JAA0076060 - JAA0076061 | |
| Def. Ex. 148 | Email exchange dated September 7, 2005 between Erin Reilly and Adam Ferstendig. | JAA0049357 - JAA0049364 | |
| Def. Ex. 149 | Email exchange dated July 6, 2007 Trudy Larson and Jordan Greenberg. | JAA0040469 - JAA0040481 | |
| Def. Ex. 150 | Email exchange dated September 15, 2006 between RJ Demman and Kathleen Paulicelli. | JAA0041358 - JAA0041361 | |
| Def. Ex. 151 | Email exchange dated September 14, 2006 between Kathleen Paulicelli and Stan Gellers. | JAA0042678 | |
| Def. Ex. 152 | Email exchange dated August 10, 2006 between Rachelle Louis and Dayna Cioffi. | JAA0047976 - JAA0047991 | |
| Def. Ex. 153 | E-mail dated December 12, 2005 from Kathleen Paulicelli to Bill Watts attaching December 13, 2005 Board of Directors presentation. | JWC00001813 - JWC00001938 | |
| Def. Ex. 154 | Printout from www.lazarmedia.com concerning JOSEPH ABBOUD Sample Sale | | |

Dated: New York, New York
December 21, 2007

Respectfully submitted,

ARNOLD & PORTER LLP

By: _____
Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
399 Park Avenue
New York, New York 10022
(212) 715-1000

*Attorneys for Defendants and Counterclaim Plaintiffs*

8