# Exhibit F

Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Phone (212) 715-1000
Fax (212) 715-1399

*Attorneys for Defendants and Counterclaim Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

| | |
|---|---|
| JA APPAREL CORP., | Civil Action No. 07 CV 07787 (DAB) |
| Plaintiff, | |
| v. | **DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' SECOND REVISED TRIAL WITNESS LIST** |
| JOSEPH ABBOUD, HOUNDSTOOTH CORP., and HERRINGBONE CREATIVE SERVICES, INC., | |
| Defendants. | |

------------------------------------------------------------ x
------------------------------------------------------------ x

JOSEPH ABBOUD, HOUNDSTOOTH CORP.,
and HERRINGBONE CREATIVE
SERVICES, INC.,

                Counterclaim Plaintiffs,

    v.

JA APPAREL CORP. and MARTIN STAFF,

                Counterclaim Defendants.

------------------------------------------------------------ x

In accordance with Magistrate Judge Theodore H Katz's instructions at the December 5, 2007 conference that the parties exchange trial witness lists, along with the parties' agreement on the date on which such lists are to be exchanged, Defendants and Counterclaim Plaintiffs Joseph Abboud, Houndstooth Corp. and Herringbone Creative Services, Inc. ("Abboud"), hereby identify the following witnesses that Abboud will call at trial as well as the witnesses Abboud may call at trial. The disclosure of these witnesses hereby supplements Abboud's responses to Plaintiff and Counterclaim Defendant JA Apparel Corp.'s ("JA Apparel") Interrogatory number nineteen.

## WILL CALL LIST

1.  **Joseph Abboud** — Live Witness
    90 Pine Brook Road
    Bedford, New York

    Topics: All aspects of JA Apparel's claims and Abboud's counterclaims, including, but not limited to, Abboud's reputation in the fashion industry; the pertinent terms of the June 2000 Purchase and Sale Agreement and Side Letter Agreement; Abboud's activities prior to the end of the restricted period; Abboud's JAZ menswear line; Abboud's plans to use his name in descriptive sense to communicate information to consumers regarding the products that he plans to market and sell under his JAZ trademark; confusion; damages caused by JA Apparel's unlawful acts.

2.  **Martin Staff** — Deposition Testimony and/or Live Witness
    JA Apparel Corp.
    650 Fifth Ave.
    New York, New York

    Topics: All aspects of JA Apparel's claims and Abboud's counterclaims, including, but not limited to, the pertinent terms of the June 2000 Purchase and Sale Agreement and Side Letter Agreement; confusion; strength of JA Apparel's mark; JA Apparel's marketing, promotional and advertising campaigns since July 2005.

3.  **Eric Spiel** — Deposition Testimony and/or Live Witness
    JA Apparel Corp.
    650 Fifth Ave.

New York, New York

<u>Topics</u>: All aspects of JA Apparel's claims and Abboud's counterclaims, including, but not limited to, the pertinent terms of the June 2000 Purchase and Sale Agreement and Side Letter Agreement; confusion; strength of JA Apparel's mark; JA Apparel's marketing activities from July 2005 to the present.

4. **Robert Kidder** — Deposition Testimony and/or Live Witness
Herringbone Shirt Manufacturing Co., LLC
135 Alden Street
Fall River, Massachusetts

<u>Topics</u>: Abboud's reputation as a designer; Abboud's activities prior to the end of the restricted period; Abboud's JAZ menswear line; confusion.

5. **Richard Baker** — Live Witness
NRDC Equity Partners
3 Manhattanville Rd # 202
Purchase, New York

<u>Topics</u>: Abboud's counterclaims; Abboud's personal reputation as a fashion designer in the apparel industry; Abboud's activities prior to the end of the restricted period; confusion.

6. **Alan Victor** — Deposition Testimony
Jack Victor Ltd.,
1250 Rue Saint-Alexandre
Montreal, QC, Canada

<u>Topics</u>: Abboud's activities prior to the end of the restricted period; Abboud's JAZ menswear line.

7. **John Coluccielio** — Deposition Testimony
Herringbone Shirt Manufacturing Co., LLC
135 Alden Street
Fall River, Massachusetts

<u>Topics</u>: Abboud's activities prior to the end of the restricted period.

8. **Andrew Schwartz** — Live Witness
Herringbone Sportswear Co., LLC
250 Clearbrook Road
Elmsford, New York

<u>Topics</u>: Abboud's activities prior to the end of the restricted period; Abboud's JAZ menswear line.

9.  **Lew Frankfort** — Live Witness
    Coach, Inc.
    516 West 34th Street
    New York, New York

    Topics: Abboud's personal reputation as a fashion designer in the apparel industry.

10. **Billy Mitchell** — Live Witness
    Mitchells
    670 Post Road East
    Westport, Connecticut

    Topics: Abboud's personal reputation as a fashion designer in the apparel industry.

11. **Steven Kolb** — Live Witness
    CFDA
    1412 Broadway, Suite 2006
    New York, New York

    Topics: Abboud's personal reputation as a fashion designer in the apparel industry.

12. **Don Selinger** — Live Witness
    Merrill Lynch
    3 Pickwick Plaza
    Greenwich, Connecticut

    Topics: Confusion.

13. **Theodore E. Dinsmoor, Esq.** — Live Witness
    128 Great Plain Ave.,
    Wellesley, Massachusetts

    Topics: The negotiation and drafting of the June 2000 Purchase and Sale Agreement and Side Letter Agreement; Abboud's activities prior to the end of the restricted period.

14. **William V. Sopp, Esq.** — Live Witness
    Burns & Levinson LLP
    125 Summer Street
    Boston, Massachusetts

    Topics: Abboud's activities prior to the end of the restricted period.

Dated: New York, New York
       January 8, 2007

Respectfully submitted,

ARNOLD & PORTER LLP

By: *[signature]*
Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
399 Park Avenue
New York, New York 10022
(212) 715-1000

*Attorneys for Defendants and Counterclaim Plaintiffs*