## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, I caused a true and correct copy of the foregoing Declaration of Thomas A. Smart, dated February 4, 2008, in Support of Plaintiff and Counterclaim-Defendants' Motion *in Limine* to Preclude the Admission of Parol Evidence at Trial, to be served on the following:

<u>VIA HAND DELIVERY AND ELECTRONIC FILING</u>

Louis S. Ederer, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022-4690
*Louis.Ederer@aporter.com*

*Attorney for Defendants and Counterclaim Plaintiffs Joseph Abboud, Houndstooth Corp., and Herringbone Creative Services, Inc.*

_____
Victoria Haje

31601563.DOC