*KATZ, MJ*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JA APPAREL CORP., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH ABBOUD, HOUNDSTOOTH CORP., and HERRINGBONE CREATIVE SERVICES, INC., <br><br> Defendants. <br><br> JOSEPH ABBOUD, HOUNDSTOOTH CORP., and HERRINGBONE CREATIVE SERVICES, INC., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> JA APPAREL CORP. and MARTIN STAFF, <br><br> Counterclaim-Defendants. | Civil Action No. 07 CV 07787 (THK) <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 2/7/08 |

### [~~PROPOSED~~] STIPULATED SCHEDULING ORDER

IT IS HEREBY STIPULATED, AGREED AND ORDERED as follows:

1.  On Friday, February 15, 2008, the parties shall submit to the Court a joint exhibit list, two sets of exhibit binders, and two sets of binders that include designated deposition testimony.

2.  The exhibit list shall list by each party all exhibits to be offered in its case in chief, with one star indicating exhibits to which no party objects on grounds of authenticity, and two stars indicating exhibits to which no party objects on any ground. The exhibit list shall list the trial exhibit number and a brief description of the exhibit, including any applicable bates

numbers to identify the exhibit. Objections to exhibits other than objections on the ground of authenticity are reserved until trial.

3. Plaintiff's exhibits shall be numbered with the prefix "PX" and defendants' exhibits shall be numbered with the prefix "DX." Plaintiff and defendants shall submit their exhibits in binders.

4. The parties shall submit the designated deposition testimony in a binder or binders. Full transcript pages (not minu-scripts) will be marked up to indicate designated testimony. Testimony designated or cross-designated by plaintiff will be indicated by a yellow line running along the left margin. Testimony designated or cross-designated by defendant will be indicated by a blue line running along the left margin. Only those transcript pages that include designated testimony will be included in the binder. Objections to designated deposition testimony, if any, will be indicated in the left margin by abbreviations to be clarified in a legend included on a cover page inserted into the deposition designations binder.

Dated: February 4, 2008
New York, New York

| KAYE SCHOLER LLP | ARNOLD & PORTER LLP |
|---|---|
| By: _____ | By: _____ |
| Thomas A. Smart | Louis S. Ederer |
| Phillip A. Geraci | |
| 425 Park Avenue | 399 Park Avenue |
| New York, New York 10022 | New York, NY 10022-4690 |
| (212) 836-8000 | (212) 715-1000 |
| *Attorneys for Plaintiff JA Apparel Corp.* | *Attorneys for Defendants Joseph Abboud, Houndstooth Corp., and Herringbone Creative Services, Inc.* |

2/7/08

SO ORDERED:
_____
Hon. Theodore H. Katz
United States Magistrate Judge