UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JA APPAREL CORP., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH ABBOUD, HOUNDSTOOTH CORP., and HERRINGBONE CREATIVE SERVICES, INC., <br><br> Defendants. <br><br> JOSEPH ABBOUD, HOUNDSTOOTH CORP., and HERRINGBONE CREATIVE SERVICES, INC., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> JA APPAREL CORP. and MARTIN STAFF, <br><br> Counterclaim-Defendants. | Civil Action No. 07 CV 07787 (THK) |

## [PROPOSED] REVISED SCHEDULING ORDER CONCERNING THE SUBMISSION OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

IT IS HEREBY STIPULATED, AGREED AND ORDERED as follows:

1. A trial in this action is scheduled to begin on February 20, 2008.

2. The parties' Proposed Findings of Fact and Conclusions of Law are currently due to be submitted to the Court by Monday, February 11, 2008.

3. While the parties have been diligently working towards completing their Proposed Findings of Fact and Conclusions of law, a number of Court-ordered depositions have been taken during the last week.

31527893.DOC

4. In light of the foregoing, the parties request a short extension of the deadline for submitting their Proposed Findings of Fact and Conclusions of Law from Monday, February 11, 2008 to Wednesday, February 13, 2008.

Dated: February 8, 2008
New York, New York

| KAYE SCHOLER LLP | ARNOLD & PORTER LLP |
|---|---|
| By: /s/ *signature* | By: /s/ *signature* |
| Thomas A. Smart | Louis S. Ederer |
| Phillip A. Geraci | |
| 425 Park Avenue | 399 Park Avenue |
| New York, New York 10022 | New York, NY 10022-4690 |
| (212) 836-8000 | (212) 715-1000 |
| *Attorneys for Plaintiff JA Apparel Corp.* | *Attorneys for Defendants Joseph Abboud, Houndstooth Corp., and Herringbone Creative Services, Inc.* |

2/8/08

SO ORDERED:

*/s/ signature*

Hon. Theodore H. Katz
United States Magistrate Judge

2