Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Phone (212) 715-1000
Fax (212) 715-1399

*Attorneys for Defendants and
Counterclaim Plaintiffs Joseph Abboud, Houndstooth
Corp. and Herringbone Creative Services, Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | |
|---|---|
| JA APPAREL CORP., | Civil Action No. 07 CV 07787 (THK) |
| Plaintiff, | |
| v. | |
| JOSEPH ABBOUD, HOUNDSTOOTH CORP., and HERRINGBONE CREATIVE SERVICES, INC., | **DEFENDANTS AND COUNTERCLAIM PLAINTIFFS' NOTICE OF CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS ON COUNTS ONE THROUGH SEVEN AND COUNT NINE OF PLAINTIFF'S COMPLAINT** |
| Defendants. | |

---------------------------------------------------------------- x
---------------------------------------------------------------- x

JOSEPH ABBOUD, HOUNDSTOOTH CORP.,
and HERRINGBONE CREATIVE
SERVICES, INC.,

                Counterclaim Plaintiffs,

    v.

JA APPAREL CORP. and MARTIN STAFF,

                Counterclaim Defendants.

---------------------------------------------------------------- x

PLEASE TAKE NOTICE, that, upon the accompanying declaration of Louis S. Ederer, dated February 14, 2008, and the exhibits attached thereto, the accompanying Memorandum of Law in Support of Defendant and Counterclaim-Plaintiffs' Cross-Motion for Judgment on the Pleadings on Counts One Through Seven and Count Nine of Plaintiff JA Apparel Corp.'s Complaint in this Action and in Opposition to JA Apparel's Motion *in limine* to Preclude Parol Evidence, and the pleadings in this action, Defendant and Counterclaim-Plaintiffs, by their attorneys, Arnold & Porter LLP, will move this Court before the Honorable Theodore H. Katz, United States Magistrate Judge, at the United States District Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007-1581, for an order granting Defendant and Counterclaim-Plaintiffs' Cross-Motion for Judgment on the Pleadings on Counts One Through Seven and Count Nine of Plaintiff JA Apparel Corp.'s Complaint in this Action, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
February 14, 2008

Respectfully submitted,

ARNOLD & PORTER LLP

By: _____
Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
399 Park Avenue
New York, New York 10022
(212) 715-1000

*Attorneys for Defendants and Counterclaim Plaintiffs Joseph Abboud, Houndstooth Corp. and Herringbone Creative Services, Inc.*