Louis S. Ederer(LE 7574)
John Maltbie (JM 3658)
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
(212) 715-1000
*Attorneys for Defendants and
Counterclaim Plaintiffs Joseph Abboud, Houndstooth Corp.
and Herringbone Creative Services, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

| | |
|---|---|
| JA APPAREL CORP., | |
| Plaintiff, | Civil Action No. 07 CV 07787 (DAB) |
| v. | |
| JOSEPH ABBOUD, HOUNDSTOOTH CORP., and HERRINGBONE CREATIVE SERVICES, INC., | |
| Defendants. | **DECLARATION OF LOUIS S. EDERER IN SUPPORT OF CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS ON COUNTS ONE THROUGH SEVEN AND COUNT NINE OF PLAINTIFF'S COMPLAINT AND IN OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE ADMISSION OF PAROL EVIDENCE** |
| JOSEPH ABBOUD, HOUNDSTOOTH CORP., and HERRINGBONE CREATIVE SERVICES, INC., | |
| Counterclaim Plaintiffs, | |
| v. | |
| JA APPAREL CORP. and MARTIN STAFF, | |
| Counterclaim Defendants. | |

------------------------------------------------------------- x

# **EXHIBIT B**

## ASSIGNMENT OF UNITED STATES TRADEMARK/SERVICE MARK RIGHTS

WHEREAS, Mr. Joseph Abboud, a resident of the State of New York (the "Assignor"), is the owner of all right, title and interest in and to the trademarks and service marks (the "Marks") set forth on Schedule A attached hereto, the registrations or applications for them, and all associated good will;

WHEREAS, JA Apparel Corp., a Delaware corporation, ("Assignee"), wishes to acquire all rights, title and interest in and to the Marks and all registrations or applications associated with them, together with the goodwill of the business symbolized by and associated with the Marks and their respective registrations or applications, and the right to sue for and recover damages for past infringements of the Marks and to stand in place of Assignor in all matters related thereto;

NOW, THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, Assignor hereby transfers and assigns to Assignee, its successors and assigns, all rights, title and interest in and to the Marks and registrations or applications associated with them, together with the goodwill of the business symbolized by and associated with the Marks and their respective registrations or applications, and the right to sue for and recover damages for past infringement of the Marks and to stand in place of Assignor in all matters related thereto.

Effective as of July 13, 2000.

_____
Joseph Abboud

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

On this 13th day of July, 2000, before me appeared Mr. Joseph Abboud, to me known, who signed this instrument, and he acknowledged the same to be his free act and deed.

Notary Public

[SEAL]

By: _____

CHRISTOPHER A. ROSE
Notary Public, State of New York
No. 02RO6032174
Qualified in New York County
Commission Expires Oct 18, 2001

RECORDED: 07/15/2002

DEFENDANT'S EXHIBIT 180

TRADEMARK
REEL: 002544 FRAME: 0856

ASSIGNMENT OF TRADEMARK REGISTRATIONS
AND APPLICATIONS – UNITED STATES

SCHEDULE A

| Mark | Registration/Application Number |
|---|---|
| JOSEPH ABBOUD | 2,345,776 registered April 25, 2000 |
| | 2408,887 registered November 28, 2000 |
| | 2,408,889 registered November 18, 2000 |
| | 2,357,617 registered June 13, 2000 |
| | 1,675,915 registered February 18, 1992 |
| | 1,756,084 registered March 2, 1993 |
| | 2,471,279 registered July 24, 2001 |
| DIAMOND DESIGN | 2,400,258 registered October 31, 2000 |
| | 2,419,195 registered January 9, 2001 |
| | 75/906,917 filed January 24, 2000 |
| DIAMOND & RECTANGLE DESIGN | 1,773,480 registered May 25, 1993 |
| JUST ONE EARTH (& Design) | 1,893,638 registered May 9, 1995 |
| JA II | 1,648,203 registered June 18, 1991 |
| J.O.E. JUST ONE EARTH AN ENVIRONMENT OF STYLE | 1,802,766 registered November 2, 1993 |
| JOSEPH ABBOUD & DIAMOND DESIGN | 2,355,271 registered June 6, 2000 |

719109_1.DOC

| | |
|---|---|
| JOSEPH ABBOUD & DIAMOND & RECTANGLE DESIGN | 2,423,249 registered January 23, 2001 |

719109v1

**TRADEMARK
REEL: 002544 FRAME: 0855**