Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
(212) 715-1000
*Attorneys for Defendants and
Counterclaim Plaintiffs Joseph Abboud, Houndstooth Corp.
and Herringbone Creative Services, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x

JA APPAREL CORP.,

           Plaintiff,

           v.

JOSEPH ABBOUD, HOUNDSTOOTH CORP., and HERRINGBONE CREATIVE SERVICES, INC.,

           Defendants.

JOSEPH ABBOUD, HOUNDSTOOTH CORP., and HERRINGBONE CREATIVE SERVICES, INC.,

           Counterclaim Plaintiffs,

           v.

JA APPAREL CORP. and MARTIN STAFF,

           Counterclaim Defendants.

--------------------------------------------------------- x

Civil Action No. 07 CV 07787 (DAB)

**DECLARATION OF LOUIS S. EDERER IN SUPPORT OF CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS ON COUNTS ONE THROUGH SEVEN AND COUNT NINE OF PLAINTIFF'S COMPLAINT AND IN OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE ADMISSION OF PAROL EVIDENCE**

# EXHIBIT O

PRESS RELEASE

GFT Net (HdP) acquires Joseph Abboud.

GFT Net (HdP) and Joseph Abboud have announced that they have signed a contract for the acquisition by GFT Net of all the trademarks and licensing contracts with the name of Joseph Abboud.

Joseph Abboud is an award-winning American designer, whose talent and distinctive point of view have earned him accolades on an international basis.

GFT Net, is currently licensed to produce and distribute the Men's formal, sportswear and golf lines with the trademark Joseph Abboud through JA Apparel, a company controlled by GFT USA. With this agreement, GFT Net sets the objective of further reinforcing its existing activity and developing new product lines in new markets, within a global strategy.

On the basis of the signed contract, GFT Net will acquire the trademarks and licensing agreements registered in the name of Joseph Abboud and his company Houndstooth Corp. for a compensation of $65 million. The acquisition will be carried out during the month of July, once the necessary approvals have been attained by anti-trust authorities.

For GFT Net, the acquisition of one of the most successful U.S. trademarks of the last few years, with total sales estimated over $250 million, represents a significant step in their own strategy, to be realized both by external growth as well as by maximizing the value of the trademarks in their portfolio.

Milan, June 19, 2000      OK. 6/16/2000      16/06/00

[signatures]

DIN01082

DEFENDANT'S EXHIBIT 178