Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
(212) 715-1000
*Attorneys for Defendants and
Counterclaim Plaintiffs Joseph Abboud, Houndstooth Corp.
and Herringbone Creative Services, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

JA APPAREL CORP.,

    Plaintiff,

v.

JOSEPH ABBOUD, HOUNDSTOOTH CORP., and HERRINGBONE CREATIVE SERVICES, INC.,

    Defendants.

JOSEPH ABBOUD, HOUNDSTOOTH CORP., and HERRINGBONE CREATIVE SERVICES, INC.,

    Counterclaim Plaintiffs,

v.

JA APPAREL CORP. and MARTIN STAFF,

    Counterclaim Defendants.

------------------------------------------------------------- x

Civil Action No. 07 CV 07787 (DAB)

**DECLARATION OF LOUIS S. EDERER IN SUPPORT OF CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS ON COUNTS ONE THROUGH SEVEN AND COUNT NINE OF PLAINTIFF'S COMPLAINT AND IN OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE ADMISSION OF PAROL EVIDENCE**

# EXHIBIT P



# JOSEPH ABBOUD

**To:** ROBERTO JORIO FILI
**Fax:** 011-39-011-2397259
**From:** Bob Wichser
**Fax:** 212-841-4008
**Subject:** Press Interviews
**Date:** July 6, 2000

---

Joseph and I, along with our Public Relations firm, have meetings scheduled with DNR and Cranes, a New York based business publication next week. The purpose is to get a more in depth story to build on the momentum of the announcement a few weeks ago.

I have put together the following press release, which we plan to give out during the meetings, in order to control what is written.

We have added a few quotes from you. Please advise your approval of the release.

Best regards,

Bob

Cc: Paolo Vignello - 011-39-011-239-7487
Marina Mira – 011-39-011-239-7375
Paola Vitto – 011-39-02-6229-619

J.A. Apparel Corp. 650 Fifth Avenue New York, NY 10019
Tel. (212) 586-9140 Fax (212) 397-9360

CONFIDENTIAL PURSUANT TO COURT ORDER



D00008353

CONFIDENTIAL

D 03194



07/06/00 THU 13:21 FAX 2123748482          EPAULETTE AND ASSOCIATES                    ☒002

FOR IMMEDIATE RELEASE

## HdP EMBARKS ON AGGRESSIVE PLAN
## TO DEVELOP JOSEPH ABBOUD LABEL INTO GLOBAL LIFESTYLE BRAND

*New York, (date)* – Following its acquisition of the designer fashion label Joseph Abboud last month, Italian conglomerate Holding de Partecipazioni Industriali (HdP) is unveiling an ambitious, multi-year plan designed to boost the 14-year-old brand into an multi-tiered, lifestyle-driven upscale global entity.

The key underpinnings of this strategy will involve streamlining the structure of the Joseph Abboud business – particularly in the area of licensing – to achieve a unified brand identity that will then be applied over the next five years to a variety of new product extensions and ventures, including a major emphasis on sportswear expansion, a retail division, a women's fashion line, and international wholesale expansion.

Also intrinsic to this plan is a $60 million investment in advertising and marketing designed to solidify and increase exposure of the brand's lifestyle positioning, as well as amplify that positioning into all of the new brand extensions.

"We are fully committed to growing the Joseph Abboud business into a global designer lifestyle brand," says Roberto Jorio Fili, chief executive officer of GFT.Net, the fashion division of HdP that also includes Valentino, Fila and GFT in its lineup. "This is a classically modern brand, uniquely American in its orientation yet internationally sophisticated in its appeal. The potential for development is tremendous and we are very much enthused about moving forward with our strategy."

Prior to the acquisition, GFT.Net (HdP) was the licensee for the Joseph Abboud core men's apparel business (which consists of tailored clothing, sportswear, furnishings and golf apparel) and produced and distributed these lines through its JA Apparel Corp. division. All other Joseph Abboud licensees were controlled by Rosner JA Worldwide, the New York-based designer company. Under the terms of the acquisition, HdP purchased all existing trademarks and licensing agreements and all future trademarks bearing the Joseph Abboud name. The net result of the acquisition, according to Fili, will be to effectively bring all brand manufacturing, marketing and strategy together under one organization. As a company,

*Continued*

CONFIDENTIAL

D00008354

D 03195

07/06/00  THU 15:22 FAX 2129748462           EPAULETTE AND ASSOCIATES                     ☒003

HdP EMBARKS ON AGGRESSIVE PLAN with JOSEPH ABBOUD ACQUISITION – 2

JA Apparel Corp. will now operate as the Joseph Abboud division of GFT.Net (HdP), inclusive of all in-house manufacturing and licensing.

As per HdP's strategy, JA Apparel will also run the brand's retail division, which is slated to launch in fall 2001 with the opening of a flagship store in New York. The majority of brand extension categories, on the other hand, will be produced by licensees but will be designed and marketed under the auspices of JA Apparel – by a creative team led by the designer Joseph Abboud – to ensure cohesive, fully integrated brand quality, design viewpoint and market positioning.

"From a creative perspective, we will continue to express the sophisticated, modern American elegance that has become our signature," notes Abboud, whose award-winning design has gained him a dedicated following among men's wear consumers. "What is most exciting is that HdP's ownership of the brand will allow us to extend our viewpoint into a whole new realm of lifestyle products and ultimately create an entire 'world' of Joseph Abboud."

According to Robert J. Wichser, president and chief operating officer of JA Apparel, the company's first major strategic step will involve assessment of all existing licensed categories now owned by GFT.Net (HdP.)

"With each licensee, we are looking to review the quality and positioning of each product as well as the viability of the merchandise category that product is in," Wichser explains. "These are all critical factors in building a successful designer lifestyle brand, and we intend to align every single product bearing the Joseph Abboud brand under one set of standards."

The lifestyle-geared marketing and advertising plan, which is planned to roll out over the next three to five years, will kick off this year with a $5.5 million expenditure on stand-alone and co-op national print ad campaigns, in-store merchandising and fixturing, special events/fashion shows and trade show support. A campaign around the new Joseph Abboud Home Collection, the first new brand extension launching at retail under HdP's ownership, will break in the August issue of Elle Décor and run through year-end in that publication. A second campaign around the core men's wear Fall 2000 collections will run for fall in national books – including Esquire and The New York Times Magazine – as well as in outdoor venues.

The development of a full-scale retail division will mark the next major step in the brand-building
Continued

CONFIDENTIAL

D00008355

D 03196



07/06/00 THU 15:22 FAX 2129718682          SPAULETTE AND ASSOCIATES                    ☐004

JRY EMBARKS ON AGGRESSIVE PLAN with JOSEPH ABBOUD ACQUISITION – 3

strategy. The New York flagship will be an estimated 3,500 to 4,500 square feet in size and likely will be located in the same neighborhood as other high-end designers' stores -- either Fifth or Madison Avenue, according to Wichser. Following the opening of this store, JA Apparel will begin opening secondary locations in other cities -- such as Boston, Chicago, Los Angeles, San Francisco, Washington D.C. and Atlanta -- with the goal of launching two to three stores per year.

For 2002, the JA Apparel agenda will include further investment in and development and expansion of the sportswear business as well as the development of a women's line. According to Wichser, the sportswear business in particular represents a major opportunity to branch into multiple lifestyle applications.

"Given the fact that major retailers are constantly looking for ways to diversify the merchandising mix within a major lifestyle brand, we are always looking for ways to diversify and expand our product mix to appeal to new consumers – including those that are in a younger demographic than our core customers," Wichser notes.

Finally, the company will focus on growing its international business over the next five years. The brand currently has some distribution in the United Kingdom and Scandinavia will continue to focus efforts on these countries.

"Global growth is the ultimate goal for us, and as we continue to build every aspect of the Joseph Abboud brand as a lifestyle concept, the global applications will continue to grow," Wichser says.

MEDIA CONTACT: Suzanne Kramer, Spauletts & Associates / 212-245-5538

D00008356

CONFIDENTIAL

D 03197