Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
(212) 715-1000
*Attorneys for Defendants and
Counterclaim Plaintiffs Joseph Abboud, Houndstooth Corp.
and Herringbone Creative Services, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

JA APPAREL CORP.,

    Plaintiff,

v.

JOSEPH ABBOUD, HOUNDSTOOTH CORP., and HERRINGBONE CREATIVE SERVICES, INC.,

    Defendants.

JOSEPH ABBOUD, HOUNDSTOOTH CORP., and HERRINGBONE CREATIVE SERVICES, INC.,

    Counterclaim Plaintiffs,

v.

JA APPAREL CORP. and MARTIN STAFF,

    Counterclaim Defendants.

---------------------------------------------------------- x

Civil Action No. 07 CV 07787 (DAB)

**DECLARATION OF LOUIS S. EDERER IN SUPPORT OF CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS ON COUNTS ONE THROUGH SEVEN AND COUNT NINE OF PLAINTIFF'S COMPLAINT AND IN OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE ADMISSION OF PAROL EVIDENCE**

# EXHIBIT Q

August 8, 2002

John Torsiello
Westchester County Times
877 Post Road East
Westport, CT 06880

Dear Mr. Torsiello:

As the President and Chief Operating Officer of JA Apparel, I am writing to notify you of many inaccurate and misleading statements in your article on Joseph Abboud (WCT 'Joseph Abboud's Master Plan", August 2002). They are as follows:

-The Joseph Abboud brand is produced by JA Apparel – a wholly owned division of GFT NET since July 2000, when the latter acquired all existing trademarks, licensing agreements and new trademarks bearing the Joseph Abboud name. HdP (Holding di Partecipazioni), based in Milan and traded on the Milan Stock Exchange, wholly owns GFT NET, maker of designer apparel as well as publishing company RCS Editori.

-The company name is JA Apparel; Joseph Abboud Company does not exist.

-Mr. Abboud's title is Chairman Emeritus and while he holds an honorary title of Creative Director he has no direct reports in the company.

-While impressive, the company does not employ 700 people or do $300 million in annual sales.

-The company's products are not distributed in Great Britain nor do our categories currently include footwear or eyewear.

-Although a few categories already existed it is JA Apparel who has "delved" into the Home Furnishings market since buying the trademark two years ago.

-JA Apparel has been very involved with wardrobe for several networks but we are currently not the designer for the NFL Today.

-The relationship with General Motors is between JA Apparel and GM not Mr. Abboud.

Our company is a great success story but it is important that the facts be correct in order to maintain the integrity of our brand. In the future, should you be working on any story that would include JA Apparel, please contact either Traci Young, VP Marketing or myself.

Sincerely,

Robert J. Wichser

Cc: R.J. Marx - Editor



DEFENDANT'S EXHIBIT 15

CONFIDENTIAL

JAA0026170