Louis S. Ederer(LE 7574)
John Maltbie (JM 3658)
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
(212) 715-1000
*Attorneys for Defendants and
Counterclaim Plaintiffs Joseph Abboud, Houndstooth Corp.
and Herringbone Creative Services, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

JA APPAREL CORP.,

        Plaintiff,

        v.

JOSEPH ABBOUD, HOUNDSTOOTH
CORP., and HERRINGBONE CREATIVE
SERVICES, INC.,

        Defendants.

-------------------------------------------------------------

JOSEPH ABBOUD, HOUNDSTOOTH
CORP., and HERRINGBONE CREATIVE
SERVICES, INC.,

        Counterclaim Plaintiffs,

        v.

JA APPAREL CORP. and MARTIN STAFF,

        Counterclaim Defendants.

------------------------------------------------------------- x

Civil Action No. 07 CV 07787 (DAB)

**DECLARATION OF LOUIS S. EDERER IN SUPPORT OF CROSS-MOTION FOR JUDGMENT ON THE PLEADINGS ON COUNTS ONE THROUGH SEVEN AND COUNT NINE OF PLAINTIFF'S COMPLAINT AND IN OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE ADMISSION OF PAROL EVIDENCE**

# EXHIBIT U

# **DISCLOSURE SCHEDULES**

to

Stock Purchase Agreement

by and among

**JA HOLDING, INC.,**
as Purchaser,

**GFT (U.S.A.) CORP.,**
as Seller,

and

**RCS MEDIAGROUP S.p.A.**

Attached hereto are the Disclosure Schedules furnished in connection with the above referenced Stock Purchase Agreement (the "Agreement"). Information contained in these Schedules is as of February 10, 2004 unless otherwise stated. These Disclosure Schedules are qualified in their entirety by reference to specific provisions of the Agreement and are not intended to constitute, and shall not be construed as constituting, representations and warranties of Seller or Purchaser except as and to the extent provided in the Agreement or expressly provided herein.

Capitalized terms used herein and not otherwise defined in these Disclosure Schedules shall have the meanings ascribed to such terms in the Agreement. Section headings and numbers used in these Disclosure Schedules refer to the corresponding sections of the Agreement, and such headings and numbers are for convenience only and shall not be used to interpret any provisions of the Agreement or these Disclosure Schedules.

Matters reflected in these Disclosure Schedules are not necessarily limited to matters required by the Agreement to be reflected in these Disclosure Schedules. Such additional matters are set forth for informational purposes and do not necessarily include other matters of a similar nature. The disclosures in any of these Disclosure Schedules shall qualify other sections of the Agreement to the extent that the relevance of such disclosures to such other sections is readily apparent (notwithstanding the absence of a specific cross reference) on the face thereof.

CONFIDENTIAL


DEFENDANT'S EXHIBIT 24


EXHIBIT Spiel 10 11/5/07

JAAPP00021045

### Schedule 2.19(b)

Intellectual Property Rights

- Software License Agreement, dated as of June 3, 1994, between GFT (U.S.A.) Corp. and Application Consultants.
- See shrinkwrap software license agreements attached to <u>Schedule 2.19(c)</u>.
- josephabboud.com – domain name.
- josephabboud.org – domain name.
- josephabboud.net – domain name.
- Corporate names of each of the Companies.
- List of existing trademark registrations annexed hereto.
- RLM Apparel Software Systems, Inc. System/38 Integrated Apparel System (IAS) Package Contract #311, dated as of April 26, 1985, by and between RLM and GFT (U.S.A.) Corporation.

964165v7

**CONFIDENTIAL**

JAAPP00021045

## J.A. Apparel: Report of existing registrations

| COUNTRY | OWNER | MARK | APP NO | FILE DATE | REG NO | REG DATE | EXP/RENEWAL DATE | CLASS |
|---|---|---|---|---|---|---|---|---|
| AUSTRALIA | Joseph M. Abboud | JOSEPH ABBOUD | 628745 | 5/3/1994 | 628745 | 9/4/1996 | 5/3/2004 | 25 |
| AUSTRIA | JA Apparel Corp. | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | 5602/88 | 12/9/1988 | 126503 | 8/10/1989 | 8/31/2009 | 3, 25 |
| BENELUX | Joseph M. Abboud | JOSEPH ABBOUD | 126503 | 10/17/1989 | 129196 | 1/23/1990 | 1/23/2010 | 3, 25 |
| | Joseph M. Abboud | JOSEPH ABBOUD | 735469 | 10/6/1989 | 468886 | 10/6/1989 | 10/6/2009 | 25 |
| | JA Apparel Corp. | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | 066246 | 2/16/1989 | 460339 | 2/16/1989 | 2/16/2009 | 25 |
| CANADA | JA Apparel Corp. | JOSEPH ABBOUD | 633137 | 5/30/1989 | TMA422111 | 1/21/1994 | 1/21/2009 | 1 |
| | JA Apparel Corp. | JOSEPH ABBOUD | 723547 | 2/26/1993 | TMA512584 | 6/30/1996 | 6/30/2014 | 1 |
| | JA Apparel Corp. | JOSEPH ABBOUD | 737372 | 9/22/1993 | TMA509744 | 3/22/1999 | 3/22/2014 | 1 |
| | JA Apparel Corp. | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | 620958 | 12/6/1988 | TMA382228 | 3/29/1991 | 3/29/2006 | 1 |
| | JA Apparel Corp. | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | 664789 | 8/21/1990 | TMA435238 | 11/11/1994 | 11/11/2009 | 1 |
| | JA Apparel Corp. | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | 690472 | 9/26/1991 | TMA415014 | 7/30/1993 | 7/30/2008 | 20, 24, 27 |
| COLOMBIA | Joseph M. Abboud | JOSEPH ABBOUD | 737431 | 9/22/1993 | TMA483753 | 10/8/1997 | 10/8/2012 | 3 |
| | JA Apparel Corp. | JOSEPH ABBOUD | 341,185 | 3/15/1991 | 187,065 | 4/16/1996 | 4/16/2006 | 25 |
| | JA Apparel Corp. | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | 341,186 | 5/15/1991 | 173879 | 3/21/1995 | 3/21/2004 | 25 |
| FRANCE | Joseph M. Abboud | JOSEPH ABBOUD | 341,245 | 5/16/1991 | 158,278 | 4/29/1994 | 4/29/2004 | 25 |
| | Joseph M. Abboud | JOSEPH ABBOUD | 924,071 | 5/2/1988 | 1,463,108 | 5/2/1988 | 5/1/2008 | 25 |
| | Joseph M. Abboud | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | 113,294 | 2/27/1989 | 1,516,535 | 2/27/1989 | 2/28/2009 | 25 |

CONFIDENTIAL    JAAPP00021045

## J.A. Apparel: Report of existing registrations

| COUNTRY | OWNER | MARK | APPNO | FILE | REGNO | REGDATE | RENEWAL OR EXP DATE | CLASS |
|---|---|---|---|---|---|---|---|---|
| GERMANY | JA Apparel Corp. | MISCELLANEOUS COLORED DESIGN | A45477/25WZ | 11/22/1988 | 1,182,061 | 11/23/1988 | 11/22/2008 | 25 |
| | Joseph M. Abboud | JOSEPH ABBOUD | A44514/25WZ | 5/2/1988 | 1,130,076 | 5/2/1988 | 5/2/2008 | 25 |
| HONG KONG | Joseph M. Abboud | JOSEPH ABBOUD | 94 05875 | 5/26/1994 | 199509460 | 5/26/1995 | 5/26/2015 | 25 |
| ITALY | Joseph M. Abboud | FIGURE OF RHOMB AND RECTANGLE | 49740C/88 | 12/14/1988 | 553,952 | 11/18/1991 | 12/14/2008 | 25 |
| | Joseph M. Abboud | JOSEPH ABBOUD | 10436C/88 | 5/13/1988 | 518,092 | 11/25/1989 | 5/13/2008 | 25 |
| JAPAN | JA Apparel Corp. | J.O.E JUST ONE EARTH & DESIGN | 103161/1991 | 10/3/1991 | 2654924 | 4/28/1994 | 4/28/2004 | 10 |
| | JA Apparel Corp. | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | 103160/1991 | 10/3/1991 | 2654923 | 4/28/1994 | 4/28/2013 | 10 |
| | JA Apparel Corp. | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | 134460/1990 | 11/30/1990 | 2526961 | 4/28/1993 | 4/28/2013 | 21 |
| | JA Apparel Corp. | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | 134461/1990 | 11/30/1990 | 2531165 | 4/28/1993 | 4/28/2013 | 24 |
| | JA Apparel Corp. | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | 134480/1990 | 11/30/1990 | 2506540 | 2/26/1993 | 2/26/2013 | 4 |
| | JA Apparel Corp. | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | 134481/1990 | 11/30/1993 | 2548303 | 6/30/1993 | 6/30/2013 | 16 |
| | JA Apparel Corp. | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | 134482/1990 | 11/30/1990 | 2559782 | 7/30/1993 | 7/30/2013 | 20 |
| | Joseph M. Abboud | JOSEPH ABBOUD | 7613/1989 | 1/25/1989 | 2339804 | 9/30/1991 | 9/30/2011 | 17 |
| | Joseph M. Abboud | JOSEPH ABBOUD | 134479/1990 | 11/30/1990 | 2506539 | 2/26/1993 | 2/26/2013 | 24 |
| | Joseph M. Abboud | JOSEPH ABBOUD | 103162/1991 | 10/3/1991 | 2623800 | 2/28/1994 | 2/28/2004 | 10 |
| | Joseph M. Abboud | JOSEPH ABBOUD | 134476/1990 | 11/30/1990 | 2538998 | 5/31/1993 | 5/31/2013 | 20 |
| | Joseph M. Abboud | JOSEPH ABBOUD | 562-005625 | 5/21/1987 | 2205975 | 1/30/1990 | 1/30/2010 | 21 |

CONFIDENTIAL          JAAPP00021045

## J.A. Apparel: Report of existing registrations

| COUNTRY | OWNER | MARK | APP NO. | FILED | REG NO. | REG DATE | EXPIRATION OF NEXT RENEWAL | CLASS |
|---|---|---|---|---|---|---|---|---|
| JAPAN | Joseph M. Abboud | JOSEPH ABBOUD | 58693/1988 | 5/24/1988 | 2409539 | 5/29/1992 | 5/29/2013 | 20, 21, 22, 24 |
| MACAO | Joseph M. Abboud | JOSEPH ABBOUD | 12.997-M | | 12.997-M | 10/20/1993 | 4/20/2004 | 25 |
| MEXICO | Joseph M. Abboud | JOSEPH ABBOUD | 107008 | 2/20/1991 | 396951 | 6/24/1991 | 2/20/2006 | 3 |
| | Joseph M. Abboud | JOSEPH ABBOUD | 74103 | 10/19/1989 | 379787 | 7/20/1990 | 10/19/2004 | 5, 9, 10, 16, 18, 21, 25 |
| NEW ZEALAND | JA Apparel Corp. | JOSEPH ABBOUD ENVIRONMENTS AND DIAMOND DESIGN | Pending | Pending | Pending | Pending | Pending | 24 |
| NORWAY | Joseph M. Abboud | JOSEPH ABBOUD | 910126 | 1/7/1991 | 162436 | 5/11/1994 | 5/10/2004 | 3 |
| PANAMA | JA Apparel Corp. | J.O.E. IN DESIGN | 064779 | 2/8/1995 | 064779 | 9/20/1994 | 9/20/2004 | 25 |
| PORTUGAL | JA Apparel Corp. | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | 259663 | 11/7/1989 | 259663 | 9/23/1993 | 9/23/2008 | 25 |
| | JA Apparel Corp. | DIAMOND DESIGN | 1615988 | 2/6/1991 | 1615988 | 3/3/1992 | 4/20/2004 | 3 |
| | Joseph M. Abboud | JOSEPH ABBOUD | 258886 | 10/4/1989 | 258886 | 5/5/1993 | 4/20/2004 | 25 |
| | Joseph M. Abboud | JOSEPH ABBOUD | 270557 | 1/11/1991 | 270557 | 2/3/1993 | 4/20/2004 | 3 |
| SOUTH KOREA | Joseph M. Abboud | JOSEPH ABBOUD | 37403/1995 | 10/4/1995 | 410109 | 7/15/1998 | 7/15/2008 | 45 |
| SPAIN | JA Apparel Corp. | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | D274568 | 11/30/1989 | 1534539 | 11/5/1991 | 11/30/2009 | 25 |
| SWITZERLAND | JA Apparel Corp. | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | 8270 | 11/19/1988 | 368751 | 11/19/1988 | 11/19/2008 | 25 |
| | JA Apparel Corp. | JOSEPH ABBOUD | 989/1991.4 | 2/12/1991 | 388375 | 11/20/1991 | 2/12/2011 | 3 |
| | Joseph M. Abboud | JOSEPH ABBOUD | 133/19910 | 1/9/1991 | 387369 | 1/9/1991 | 1/9/2011 | 3 |
| | Joseph M. Abboud | JOSEPH ABBOUD | 363306 | 5/19/1998 | 363306 | | 5/19/2008 | 25 |

CONFIDENTIAL    JAAPP00021045

## J.A. Apparel: Report of existing registrations

| COUNTRY | OWNER | MARK | APPNO | FILED | REGNO | REGDATE | NEXT RENEWAL DATE | CLASS |
|---|---|---|---|---|---|---|---|---|
| TAIWAN | Joseph M. Abboud | JOSEPH ABBOUD | 88038440 | 8/5/1999 | 926370 | 1/16/2001 | 10/15/2010 | 25 |
| | Joseph M. Abboud | JOSEPH ABBOUD | 88038441 | 8/5/1999 | 923002 | 1/1/2001 | 11/30/2010 | 24 |
| | Joseph M. Abboud | JOSEPH ABBOUD | 88038442 | 8/5/1999 | 931404 | 2/16/2001 | 1/31/2011 | 18 |
| | Joseph M. Abboud | JOSEPH ABBOUD | 88038443 | 8/5/1999 | 922787 | 1/1/2001 | 12/15/2010 | 14 |
| | Joseph M. Abboud | JOSEPH ABBOUD | 88038444 | 8/5/1999 | 913910 | 11/16/2000 | 11/15/2010 | 9 |
| | Joseph M. Abboud | JOSEPH ABBOUD & DESIGN | 88034235 | 7/14/1999 | 917219 | 12/1/2000 | 11/30/2010 | 24 |
| | Joseph M. Abboud | JOSEPH ABBOUD AND DESIGN | 88034233 | 7/14/1999 | 919830 | 12/16/2000 | 12/15/2010 | 14 |
| | Joseph M. Abboud | JOSEPH ABBOUD AND DESIGN | 88034234 | 7/14/1999 | 928245 | 2/1/2001 | 1/31/2011 | 18 |
| | Joseph M. Abboud | JOSEPH ABBOUD AND DESIGN | 88034236 | 7/14/1999 | 910309 | 10/16/2000 | 10/15/2010 | 25 |
| | Joseph M. Abboud | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | 88034232 | 7/14/1999 | 911818 | 11/1/2000 | 10/31/2010 | 9 |
| UNITED KINGDOM | JA Apparel Corp. | J.O.E. JUST ONE EARTH AND ENVIRONMENT OF STYLE AND DESIGN | 1,485,131 | 12/5/1991 | 1,485,131 | 12/5/1991 | 6/27/2008 | 25 |
| | JA Apparel Corp. | LOZENGE DESIGN | 1,364,230 | 11/22/1988 | 1,364,230 | 11/22/1988 | 11/22/2005 | 25 |
| | JA Apparel Corp. | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | 1,455,594 | 2/13/1991 | 1,455,594 | 2/13/1991 | 2/13/2008 | 3 |
| | Joseph M. Abboud | ABBOUD | 1,452,165 | 1/4/1991 | 1,452,165 | 1/4/1991 | 1/4/2008 | 3 |
| | Joseph M. Abboud | JOSEPH ABBOUD | 1,343,597 | 5/5/1988 | 1,343,597 | 5/5/1988 | 5/5/2005 | 25 |
| | Joseph M. Abboud | JOSEPH ABBOUD | 1,523,782 | 1/13/1993 | 1,523,782 | 1/13/1993 | 1/13/2010 | 3 |
| UNITED STATES | JA Apparel Corp. | JOSEPH ABBOUD | 75/769,266 | 8/6/1999 | 2,345,776 | 4/25/2000 | 4/25/2005 | 3 |

CONFIDENTIAL    JAAPP00021045

## J.A. Apparel: Report of existing registrations

| COUNTRY | OWNER | MARK | APP NO. | FILE | REG NO. | REG DATE | RENEWAL DATE | CLASS |
|---|---|---|---|---|---|---|---|---|
| | JA Apparel Corp. | JA II AND DESIGN | 74/050,080 | 4/10/1990 | 1,648,203 | 6/18/1991 | 6/18/2011 | 25 |
| | JA Apparel Corp. | JOSEPH ABBOUD | 73/680,600 | 4/10/1990 | 1,675,915 | 2/18/1992 | 2/18/2012 | 25 |
| | JA Apparel Corp. | JOSEPH ABBOUD | 74/212,563 | 10/9/1991 | 1,756,084 | 3/2/1993 | 3/2/2013 | 9 |
| | JA Apparel Corp. | JOSEPH ABBOUD | 75/772,376 | 8/10/1999 | 2,357,617 | 6/13/2000 | 6/13/2005 | 35 |
| | JA Apparel Corp. | JOSEPH ABBOUD | 75/878,639 | 12/22/1999 | 2,408,660 | 11/28/2000 | 11/28/2005 | 30 |
| | JA Apparel Corp. | JOSEPH ABBOUD | 75/881,167 | 12/27/1999 | 2,423,249 | 1/23/2001 | 1/23/2006 | 25 |
| | JA Apparel Corp. | JOSEPH ABBOUD | 75/902,628 | 1/20/2000 | 2,471,279 | 7/24/2001 | 7/24/2006 | 9,18 |
| | JA Apparel Corp. | JOSEPH ABBOUD | 75/906,918 | 1/24/2000 | 2,408,887 | 11/28/2000 | 11/28/2005 | 24 |
| | JA Apparel Corp. | JOSEPH ABBOUD & DIAMOND DESIGN | 75/906,922 | 1/24/2000 | 2,408,889 | 11/28/2000 | 11/28/2005 | 14 |
| | JA Apparel Corp. | JOSEPH ABBOUD AND DESIGN | 76/343,075 | 11/29/2001 | 2,690,336 | 2/25/2003 | 2/25/2008 | 14, 18, 25 |
| | JA Apparel Corp. | JOSEPH ABBOUD ENVIRONMENTS & DIAMOND DESIGN | 75/772,402 | 8/10/1999 | 2,355,271 | 6/6/2000 | 6/6/2005 | 35 |
| | JA Apparel Corp. | JUST ONE EARTH AND DESIGN | 76/356,850 | 1/8/2002 | 2,796,710 | 12/23/2003 | 12/23/2008 | 20, 21, 24, 8 |
| | JA Apparel Corp. | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | 74/215,436 | 10/25/1991 | 1,893,638 | 5/9/1995 | 5/9/2005 | 25 |
| | JA Apparel Corp. | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | 75/878,009 | 12/22/1999 | 2,400,258 | 10/31/2000 | 10/31/2005 | 3 |
| | JA Apparel Corp. | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | 75/902,629 | 1/24/2000 | 2,419,195 | 1/9/2001 | 1/9/2006 | 24 |
| | JA Apparel Corp. | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | 75/906,921 | 1/24/2000 | 2,408,888 | 11/28/2000 | 11/28/2005 | 24 |
| URUGUAY | | MISCELLANEOUS MARK (DIAMOND AND RECTANGLE DESIGN) | 243055 | 6/7/1991 | 243055 | 3/24/1994 | 3/24/2004 | 3, 25 |

CONFIDENTIAL    JAAPP00021045

## J.A. Apparel: Report of existing registrations

| COUNTRY | OWNER | MARK | APP NO. | FILE | REG NO. | REG DATE | RENEWAL | CLASS |
|---|---|---|---|---|---|---|---|---|
| VENEZUELA | Joseph M. Abboud | JOSEPH ABBOUD | 003607-91 | 3/5/1991 | 162740-F | 7/7/1994 | 7/7/2004 | 6 |
| | Joseph M. Abboud | JOSEPH ABBOUD | 003608-91 | 6/10/1994 | 161592-F | 6/6/1994 | 6/6/2004 | 39 |

2/17/2004

PBWT

Page 6

CONFIDENTIAL

JAAPP00021045