# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JA APPAREL CORP.,<br><br>          Plaintiff,<br><br>   v.<br><br>JOSEPH ABBOUD, HOUNDSTOOTH CORP., and HERRINGBONE CREATIVE SERVICES, INC.,<br><br>          Defendants. | Civil Action No. 07 CV 07787 (THK) |
| JOSEPH ABBOUD, HOUNDSTOOTH CORP., and HERRINGBONE CREATIVE SERVICES, INC.,<br><br>          Counterclaim-Plaintiffs,<br><br>   v.<br><br>JA APPAREL CORP. and MARTIN STAFF,<br><br>          Counterclaim-Defendants. | |

## PLAINTIFF AND COUNTERCLAIM-DEFENDANTS' NOTICE OF MOTION TO STRIKE DECLARATION OF LOUIS S. EDERER

**PLEASE TAKE NOTICE**, that, upon the accompanying Memorandum of Law (1) in Reply to Defendants' Opposition to Motion *in Limine* to Preclude the Admission of Parol Evidence; (2) in Opposition to Defendants' Motion for Judgment on the pleadings; and (3) in Support of Plaintiff and Counterclaim-Defendants' Motion to Strike the declaration of Louis S. Ederer, plaintiff and counterclaim-defendant J.A. Apparel Corp. and counterclaim-defendant Martin Staff, by their attorneys, Kaye Scholer LLP, will move this Court before the Honorable

Theodore H. Katz, United States Magistrate Judge, at the United States District Courthouse for

the Southern District of New York, located at 500 Pearl Street, New York, NY 10007-1581, for

an order striking the declaration of Louis S. Ederer, signed February 14, 2008 (Dkt. Entry 33), in

its entirety, and granting such other and further relief as the court deems just and proper.  The

grounds for this motion, as more fully set forth in the accompanying memorandum of law, are

that Mr. Ederer does not have the personal knowledge necessary to authenticate the exhibits

attached to the declaration or to support the factual statements made therein and that the

declaration is argumentative.

Dated: February 19, 2008
      New York, New York

**KAYE SCHOLER LLP**

By: _____
      Thomas A. Smart
      Phillip A. Geraci
*Of counsel:*
      425 Park Avenue
      New York, New York  10022
  John D. Geelan
      (212) 836-8000
  Richard A. De Sevo
  Victoria Haje
      *Attorneys for Plaintiff and Counterclaim-*
  Patricia Ryder
        *Defendants*