## CERTIFICATE OF SERVICE

      I hereby certify that on February 19, 2008, I caused true and correct copies of Plaintiff and Counterclaim-Defendants' Memorandum of Law (1) in Reply to Defendants' Opposition to Motion In Limine to Preclude the Admission of Parol Evidence; (2) in Opposition to Defendants' Motion for Judgment on the pleadings; and (3) in Support of Motion to Strike Declaration, and Plaintiff and Counterclaim-Defendants' Notice of Motion to Strike Declaration of Louis S. Ederer of Louis S. Ederer to be served on the following:

<u>VIA HAND DELIVERY</u>

Louis S. Ederer, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022-4690
*Louis.Ederer@aporter.com*

*Attorney for Defendants and Counterclaim Plaintiffs Joseph Abboud, Houndstooth Corp., and Herringbone Creative Services, Inc.*

                                               */s/ Victoria Haje*
                                               Victoria Haje

31607315.DOC